Case No. _____

United States *district court*
*for the District of Columbia*

**FILED**

JUN 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PRINCETON HUMMINGWAY
[By Birth: Sidi Mohammed El 'Halabi El 'Kettani],
CITIZENS OF WORLD NATIONS, et al, PLAINTIFF,

v.

*Defendants:*

George W. Bush, Tony Blair, King Abdullah Bin Abd Al-Aziz Al Saud, Ariel Sharon, Kofi Annan, Shi Tiuyong and Other World Leaders,

and

SAUDI ARABIA [SAUDI-WAHHABI ROYAL PRINCESSES]; SAUDI ROYAL EMBASSY (Washington, DC), SAUDI CONSULATE (Los Angeles, CA), SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH Ibn TAIMMIYYAH—KING FAHAD MOSQUE (Culver City, CA); UNITED STATES OF AMERICA; UNITED KINGDOM OF GREAT BRITAIN; SO-CALLED STATE/GOVERNMENT OF ISRAEL; UNITED NATIONS; UNITED NATIONS—INTERNATIONAL COURT OF JUSTICE; UNITED NATIONS—WORLDCOURTS,_____

*Other Defendants include:*

ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF PAKISTAN, FEDERAL REPUBLIC OF NIGERIA, REPUBLIC OF TURKEY, ARAB REPUBLIC OF EGYPT, STATE OF KUWAIT, THE HESHEMITE KINGDOM OF JORDAN, LIBYAN ARAB REPUBLIC, UNITED ARAB AMIRATES, KINGDOM OF MOROCCO, And DEFENDANTS, SAUDI ARABIA,_____

*[See page __ for additional list of parties]*

CASE NUMBER 1:06CV01111
JUDGE: Rosemary M. Collyer
DECK TYPE: Civil Rights (non-employment)
DATE STAMP: 06/15/2006

**JURY ACTION**

---

*PRINCETON HUMMINGWAY – CITIZENS OF WORLD NATIONS*
*COMPLAINT   — 1, DECEMBER, 2005*

---

PRINCETON HUMMINGWAY,
Plaintiff Pro se

Suite 7, 3863 Prospect Avenue
Culver City, CA 90232   (323) 302-4459

Mailing Address: P.O. Box 341225
Los Angeles, CA 90034
Los Angeles, CA 90034

a   1

*Defendant*

SAUDI ARABIA – [SAUDI-WAHHABI ROYAL PRINCESSES]—GOVERNMENT OFFICIALS: KING FAHAD BIN ABD AL-AZIZ AL SAUD, FORMER HEAD OF STATE AND PRIME MINISTER; KING ABDULLAH BIN ABD AL-AZIZ AL SAUD, FORMER CROWN PRINCE AND FIRST DEPUTY PRIME MINISTER ( THE COUNTRY'S DE FACTO RULER) AND NEW CHIEF OF STATE AND HEAD OF GOVERNMENT; SAUDI ARABIA KEY MINISTERS AND CABINET MEMBERS: IBRAHIM ABDEL-AZIZ AL-ASAF, MINISTRY OF FINANCE; SAUD AL-FAISAL BIN ABDEL-AZIZ, MINISTRY OF FOREING AFFAIRS; NAYEF BIN ABDEL-AZIZ AL-SAUD, MINISTRY OF INTERIOR; ABDULLAH BIN MOHAMMED AL-SHEIKH, MIMISTRY OF JUSTICE; GHAZI AL-GOSAIBI, MINISTRY OF LABOUR; GRAND MUFTI SHEIK ABD AL-AZIZ BIN ABDILLAH BIN BAZ, MINISTRY OF ISLAMIC AFFAIRS; IMAM MOHAMMED IBN-SAUD, ISLAMIC UNIVERSITY IN RIYADH: [ MINISTRY OF EDUCATION, INFORMATION, HEALTH AND DEFENSE]; SUPREME COUNCIL OF JUSTICE, MUJLIS AL-SHURA, SAUDI NATIONAL COMMISSION FOR CHARITABLE WORK ABROAD; KING FAHD NATIONAL LIBRARY AND GENERAL PRESIDENCY OF THE ADMINISTRATION OF SCIENTIFIC RESEARCH (IFTA', DA'WA); SAUDI PERMANENT COMMITTEE FOR SCIENTIFIC RESEARCH AND THE ISSUING OF FATWAS; SAUDI AIR FORCE PUBLISHING HOUSE, AND OTHER KNOWN AND UNKNOWN SAUDI PRINCES—GOVERNMENT OFFICIALS AND CABINET MEMBERS; RIYADH, SAUDI ARABIA [ 601 NEW HAMPSHIRE AVENUE, N.W. WASHINGTON, D.C. 20037 (202) 337-4076];

ROYAL EMBASSY OF SAUDI ARABIA IN WAHINGTON, DC, PRINCE BANDAR BINSULTAN, FORMER AMBASSADOR TO THE UNITED STATES; ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON/FOREIGN POLICY ADVISOR; SAUDI EMBASSY'S CULTURAL DEPARTMENT, AND SAUDI FOREIGN DIPLOMATS, EMPLOYEES, AGENTS (KNOWN AND UNKNOWN); 601 NEW HAMPSHIRE AVENUE, N.W. WASHINGTON, D.C. 20037 (202) 337-4076;

CONSULATE OF SAUDI ARABIA IN LOS ANGELES, CA, ABDELAH ALHARTHI, CONSUL; AND SAUDI DIPLOMATS, AGENTS OR EMPLOYEES; 2045 SAWTELLE BLVD., LOS ANGELES, CA 90025 (310) 479-6000

SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE IN CULVER CITY, CA; KHALIL AL-KHALIL, FOUNDER AND CHAIR OF KFM; OSMAN (Last Name Unknown) FOUNDER AND CHAIR OF KFM; TAJUDDIN SHUAIB, DIRECTOR AND IMAM OF KFM; USMAN MADHA, SENIOR ADMINISTRATOR OF KFM; NISHAR SIDIQUI, COUNSEL; MUSTAPHA, SECURITY; DR. SAMI AL-IBRAHIMI AND SO-CALLED PRINCE AND HIS ASSOCIATES AS BOARD OF TRUSTEES, DIRECTORS, IMAMS, ACCOUNTANTS AND STAFF MEMBER; 10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323 (310) 202-0432 AND SAUDI ARABIA, et al

*Defendant*

UNITED STATES OF AMERICA; GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA; DICK CHENEY, VICE PRESIDENT; GEORGE TENET, CIA DIRECTOR; ROBERT MUELLER, FBI DIRECTOR; CONDOLEEZA RICE, SECRETARY OF STATE AND FORMER NATIONAL SECURITY ADVISOR; JOHN ASHCROFT, FORMER ATTORNEY GENERAL; AND GOVERNMENT OFFICIALS, JUSTICES, SENATORS, REPRESENTATIVES, AGENTS, OFFICERS AND EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; The WHITE HOUSE, 1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20008, AND THE UNITED STATES OF AMERICA, et al

*Defendant*

UNITED KINGDOM OF GREAT BRITAIN; QUEEN ELIZABETH THE SECOND (II), HEAD OF STATE, HEAD OF THE COMMONWEALTH, HEAD OF THE EXECUTIVE BRANCH OF THE GOVERNMENT, AN INTEGRAL PART OF THE LEGISLATURE, HEAD OF THE JUDICIARY BRANCH, THE COMMANDER-IN-CHIEF OF ALL ARMED FORCES OF THE CROWN AND THE 'SUPREME GOVERNOR' OF THE ESTABLISHED CHURCH OF ENGLAND; ANTHONY C. L. (TONY) BLAIR (MP), PRIME MINISTER, FIRST LRD. OF THE TREASURY AND MINISTER OF THE CIVIL SERVICE; JOHN PRESCOTT (MP), DEPUTY PRIME MINISTER AND FIRST SECRETARY OF STATE; GORDEN BROWN (MP), CHANCELLOR OF THE EXCHEQUER; JACK STRAW (MP), FOREIGN SECRETARY; DR. JOHN REID (MP), DEFENSE SECRETARY; GEOFF HOON (MP), LORD PRIVY SEAL AND LEADER OF THE HOUSE OF COMMONS; BARONESS AMOS OF BRONDESBURY, LEADER OF THE HOUSE OF THE LRDS. AND LRD. PRESIDENT OF THE COUNCIL; LRD. FATCONER OF THOROTON QC SECRETARY OF STATE FOR CONSTITUTIONAL AFFAIRS AND LRD. CHANCELLOR; HILARY BENN (MP), INTERANTIONAL DEVELOPMENT SECRETARY; ALAN JOHNSON (MP), TRADE AND INDUSTRY SECRETARY; LRD. GROCOTT OF TELFORD, LRDS CHIEF WHIP AND CAPTAIN OF THE GENTLEMEN AT ARAMS; LRD. GOLDSMITH OF ALLERTON QC, ATTORNEY GENERAL; DOUGLAS ALEXANDER (MP), MINISTER OF STATE FOR EUROPE IN THE FOREIN AND COMMONWEALTH OFFICE; H.E. SR. EMYR JONES PARRY, UK AMBASSADOR/ PERMANENT MEMBER - REPRESENTATIVE TO THE UNITED NATIONS (UN); ADAM THOMSON, UK AMBASSADOR/ DEPUTY PERMANENT REPRESENTATIVES TO THE UN; AND GOVERNMENT OFFICIALS, CABINET MINISTERS, AGENTS, OFFICERS, CHANCELLORS, SOLICITORS, MEMBERS OF BOTH HOUSES OF PARLIAMENT, INCLUDING CHIEF WHIPS, LIFE PEERS AND PEERESSES, ARCHBISHOPS AND SENIOR BISHOPS; THE POLITICAL PARTY SYSTEM, WHICH INCLUDES THE CONSERVATIVE PARTY, THE LABOUR PARTY AND THE NEW PARTY – THE LIBERAL DEMOCRATS; THE LEGAL SYSTEM [BOTH CIVIL AND CRIMINAL], AND THE UNITED KINGDOM OF GREAT BRITAIN—UNITED KINGDOM EMBASSY IN WASHINGTON DC; 3100 MASSACHUSETTS AVE., NW, WASHINGTON, DC 20008, et al

*Defendant*

SO-CALLED STATE/GOVERNMENT OF ISRAEL; PRESIDENT MOSHE KATZAV, HEAD STATE; ARIEL SHARON, HEAD OF GOVERNMENT AND PRIME MINISTER; EHUD OLMERT ACTING ISRAELI PRIME MINISTER DANIEL AYALON, AMBASSADOR TO THE UNITED STATES; AND ISRAELY GOVERNMENT OFFICIALS, CABINET MINISTERS, AGENTS, OFFICERS, MEMBERS OF THE KNESSET [UNICAMERAL KNESSET], INCLUDING: THE POLITICAL PARTY SYSTEM, WHICH INCLUDES: THE LIKUD PARTY, THE LABOUR PARTY, THE LEGAL SYSTEM [BOTH CIVIL AND CRIMINAL], AND THE GOVERNMENT OF ISRAEL—EMBASSY IN WASHINGTON, DC; 3514 INTERNATIONAL DRIVE NW, WASHINGTON, DC 20008, et al

*Defendant*

UNITED NATIONS; PERMANENT MEMBER OF THE UN SECURITY COUNCIL (PM-UNSC) WANG GUANGYA (CHINA); PM-UNSC JEAN-MARC DE LA SABLIERE (FRANCE); PM UNSC ANDREY I. DENISOV (RUSSIAN FEDERATION); PM-UNSC EMYR JONES PARRY (UNITED KINGDOM); PM-UNSC ANNE PATTERSON ( UNITED STATES OF AMERICA; NON-PERMANENT MEMBER (NPM-UNSC) ABDALLAH BAALI (ALGERIA); NPM-UNSC CESAR MAYORAL (ARGENTINA); NPM-UNSC JOEL W. ADECHI (BENIN); NPM-UNSC RONALDO MOTA SARDENBERG (BRAZIL); NPM-UNSC ELLEN MARGRETHE LOJ (DENMARK); NPM-UNSC ADAMANTOS (DEMIS) TH. VASSILAKIS (GREECE); NPM-UNSC LOICHI HARAGUCHI (JAPAN); NPM-UNSC LAURO L. BAJA JR. (PHILIPPINES); NPM-UNSC MIHNEA LOAN MOTOC (ROMANIA); NPM-UNSC AUGUSTINE P. MAHIGA (UNITED REPUBLIC OF TANZANIA); H.E. JAN ELIASSON, PRESIDENT OF THE UNITED NATION;

c

KOFI ANNAN, SECRETARY GENERAL OF THE UNITED NATION; LOUISE FRECHETTE, DEPUTY SECRETARY GENERAL (UN); AND HARRI HOLKERI, HAN SEUNG SOO, JAN KAVAN, JULIAN ROBERT ANNTE, JEAN PING | PREVIOUS PRESIDENTS OF THEGENERAL ASSEMBLY (2000-20004) |, AND PERMANENT AND NON-PERMANENT MEMBERS OF THE UNITED NATIONS AND GENERAL ASSEMBLY AND SECURITY COUNCIL, INCLUDING (UN STAFF REPRESEN-TATIVES, OFFICERS AND AGENTS), WHOSE NAMES ARE UNKNOWN AT THIS TIME; UN HEADQUARTERS, FIRST AVENUE, at 46TH STREET, NEW YORK, NY 10017, et al

*Defendant*

UNITED NATIONS—INTERNATIONAL COURT OF JUSTICE; PRESIDENT SHI TIUYONG (CHINA); VICE PRESIDENT RAYMOND RANJEVA (MADAGASCAR); JUDGE ABDUL G. KOROMA (SIERRA LEONE); JUDGE VLADLEN S. VERESHCHETIN (RUSSIA FEDERATION); JUDGE ROSALYN HIGGINS (UNITED KINGDOM); JUDGE GONZALOS PARRA-ARANGUREN (VENEZULA); JUDGE PIETER H. KOORJMANS (NETHERLAND); JUDGE FRANCISCO REZEK (BRAZIL); JUDGE AWN SHAWKAT AL-KASWNEH (JORDAN); JUDGE THOMAS BUERGENTHAL (UNITED STATES OF AMERICA); JUDGE NABIL ELARABY (EGYPT); JUDGE HISASHI OWADA (JAPAN); JUDGE BRUNO SIMMA (GERMANY); JUDGE PETER TOMKA (SLOVAKIA); JUDGE RONNY ABRAHAM (FRANCE); REGISTAR PHILIPE COUVREUR (BELGIUM), AND MEMBERS OF THE COURT, JUDGES, OFFICERS, AGENTS OR EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; INTERNATIONAL COURT OF JUSTICE, PEACE PALACE, 2517 KJ THE HAGUE, THE NETHERLANDS, et al,

*Defendant*

UNITED NATIONS—INTERNATIONAL WORLD COURTS; MEMBERS OF THE INTERNATIONAL WORLD COURTS, JUDGES, OFFICERS, AGENTS OR EMPLOYEES, WHOSE NAMES ARE UNKNOWN AT THIS TIME; UNITED NATIONS—INTERNATIONAL WORLD COURTS ; UN HEADQUARTERS, FIRST AVENUE, at 46TH STREET, NEW YORK, NY 10017, et al

*Other Defendants include:*

ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF PAKISTAN, FEDERAL REPUBLIC OF NIGERIA, REPUBLIC OF TURKEY, ARAB REPUBLIC OF EGYPT, STATE OF KUWAIT, THE HESHEMITE KINGDOM OF JORDAN, LIBYAN ARAB REPUBLIC, UNITED ARAB AMIRATES, KINGDOM OF MOROCCO,  THEIR HEADS OF STATES, KINGS AND PRINCESSES, PRIME MINISTERS, CABINETS MINISTERS, GOVERNMENTS OFFICIALS, AMBASSADORS, DIPLOMATS, MEMEERS OF PARLIAMENTS OFFICERS, AGENTS, EMPLOYEES, AND ALL OTHERS IN ACTIVE OR PASSIVE CONCERT WITH DEFENDANTS, AND EACH OF THEMM and DOES (1 Through____), INCLUSIVE

---

      Plaintiffs are all victims of **Crimes against Peace, War Crimes, Crimes against Humanity [ Fraud and Deceit, Fraud and Conspiracy ], and Other Offenses....** Plaintiffs are all  [Taxpayers of the United States of America and the World], except for Plaintiff "United States Government" ("USG"), which is named as plaintiff because 31 US Code Sec. 3730(b) states that an action under the Federal Fraudulent Claims Act must be

d

brought in the name of the US government. Plaintiffs also aver that they bring this action in the name of all VICTIMS of DEFENDANTS' schemes as stated in this action, including soldiers and others forced to go to Iraq and other parts of the world by defendants and risk and lose their lives and limbs.

**PLAINTIFFS ARE ALL AMERICANS… ARAB-AMERICANS, AFRICAN-AMERICANS, EUROPIANS, ASIANS, LATINOS, MUSLIMS AND NON-MUSLIMS THROUGHOUT THE WORLD et al, and DOES [ 1 through ___ ] INCLUSIVE,**

*Plaintiff will amend the Civil Rights Complaint to state Defendants' true names and/or Corporations when ascertained. Plaintiff will also amend the Civil Rights Complaint to include additional Defendants and/or Corporations when ascertained.*

---

e

## *UNITED STATES DISTRICT COURT*
## *FOR THE DISTRICT OF COLUMBIA*

**PRINCETON HUMMINGWAY, et al.**
    Plaintiff(s),
      vs.                                **Misc. Case No.  06-1111 (RMC)**

**GEORGE W. BUSH, et al.**
    Defendant(s).

## **NOTICE REGARDING BULKY PLEADING**

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that a bulky complaint was filed with the Clerk's Office and it is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                                                     **NANCY MAYER-WHITTINGTON**

                                                              Clerk