# United States district court

# For The District Of Columbia

**No. 06-1111 (RMC)**
[filed on 15, June, 2006]

| | |
|---|---|
| PRINCETON HUMMINGWAY, NOB: <br> Sidi MOHAMMED EL 'HALABI EL 'KETTANI, <br> and  CITIZENS OF WORLD NATIONS [9/11- <br> WORLD VICTIMS ] , et al . . . <br> VICTIMS ] , et al . . . <br><br> **Plaintiffs Pro se,** <br><br> v. <br><br> SAUDI ARABIA . . . SAUDI ROYAL EMBASSY <br> (Washington, DC), SAUDI CONSULATE (Los Angeles, <br> CA), SAUDI MOSQUE [KING FAHAD MOSQUE] <br> (Culver City, CA); KINGDOM OF MOROCCO; UNITED <br> STATES OF AMERICA, UNITED KINGDOM OF <br> GREAT BRITAIN; UNITED STATES-GOVERNMENT <br> OF ISRAEL; UNITED NATIONS-WORLD COURTS, <br> et al . . . <br><br> **Defendants.** | PLAINTIFFS' MOTION TO <br> EXTEND TIME TO AMEND <br> COMPLAINT <br><br> *CLASS ACTION* <br><br><br><br><br><br> **RECEIVED** <br><br> JUL **1 9** 2006 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |

PRINCETON HUMMINGWAY and CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS], hereinafter referred to as Plaintiffs, having on 15, June, 2006, filed a complaint with the United States district court for the District of Columbia alleging that Saudi Arabia [Saudi Royal Embassy (Washington, DC), Saudi Consulate (Los Angeles, CA), Saudi Mosque [King Fahad Mosque] (Culver City, CA)]; Kingdom of Morocco, United States of America, United Kingdom of Great Britain, United States-Government

i

of Israel and United Nations-World Courts, hereinafter referred to as the Defendants, conspired, agreed, aided and abetted, and confederated among and between each other to commit the un-Civilized, Barbaric, Cruel and Inhumane Acts against sovereign nations and peoples, including: **"Crimes Against Plaintiffs, Princeton Hummingway and Citizens of World Nations ['9/11-World Victims'], Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes"** Committed **[within the jurisdiction of the United States and other World Nations]**, in Violation of: **( I )** the Federal Constitution and Domestic Laws of the United States, Islamic Law [i.e., Shari'ah (*sacred law*)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws; **(II )** *Grave Violations* of the Charter of the United Nations (UN Charter), the North Atlantic Treaty (NAT), other international treaties, International Law, , the Basic Laws of Other Nations Including the United Kingdom, the Federal Republic of Germany, Turkey, the Netherlands, Hungary, Italy, Spain and other Governments of NATO members and the Federal Republic of Yugoslavia; and **( III )** *Grave Violations* of the Universal Declaration of Human Rights (UDHR), the International Covenant on Civil and Political Rights (ICCPR), the International Covenant on Economic, Social and Cultural Rights (ICESCR), the Genocide Convention, and Other International Covenants, Conventions, Treaties, Declarations and Domestic Laws named herein . . . hereby moves the Court to extend time in which to file an Amended Complaint from **24, July, 2006 to 10, September, 2006** for the reasons set forth in the attached declaration of Plaintiffs Pro se.

Dated: 16, July, 2006

Respectfully submitted,

PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS]

Plaintiffs Pro se

ii

## DECLARATION OF PLAINTIFFS PRINCETON HUMMINGWAY -- CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS]

We, Plaintiffs, Princeton Hummingway and Citizens of World Nations [9/11-World Victims] Declare:

I.   We Plaintiffs in this Complaint, which is a Class Action presided over by Rosemary M. Collyer, Judge in the District of Columbia, Washington, DC, on 23, June, 2006.

II.  Plaintiffs' Amended complaint is currently due 24, July, 2006.

### *BACKGROUND*

On (15, June, 2006), Plaintiffs, Princeton Hummingway, NOB: Sidi-Mohammed El 'Halabi El 'Kettani and Citizens of World Nations [9/11-World Victims], proceeding pro se filed a 'Class Action Lawsuit' against Defendants Saudi Arabia [Saudi Royal Embassy (Washington, DC), Saudi Consulate (Los Angeles, CA), Saudi King Fahad Mosque (Culver City, CA)]; Kingdom of Morocco; United States of America; United Kingdom of Great Britain; United States-Government of Israel; United Nations-World Courts, and other World Governments and Leaders.

On 23, June, 2006, the United States District Court for the District of Columbia, Judge Rosemary M. Collyer issued an **Order** pursuant to Federal Rules of Civil Procedure 8 and 41 (*sua sponte)* dismissing the Plaintiffs' Class Action Lawsuit without prejudice; and **Further Ordered** that Plaintiffs shall have until **24, July, 2006,** to file an **Amended Complaint** that correct the deficiencies addressed in the Order. If Plaintiffs

fail to file an amended complaint by that deadline, the action will be dismissed with prejudice and the case will be closed.

The judge further stated: ₁Similar complaints filed by Mr. Hummingway have been dismissed under Rule 8 by other courts in this district **[Not True . . . No Similar Complaints or Actions filed by Mr. Hummingway or dismissed under rule 8 by this court or other courts in this district].** See *Hummingway v. United States,* No. 05-1633, [Dkt. #4] Order (D.D.C. Aug. 12, 2005), *aff'd,* No. 05-5351 (D.C. Cir. May 18, 2005); *Hummingway v. United States,* No. 05-1019, {Fkt. #3] Memorandum Opinion (D.D.C. May 19, 2005) . . . .

---

Plaintiffs, pro se request an extension of time in which to file the *Amended Complaint* from **[24, July, 2006 to 10, September, 2006]**. This additional time is needed for pro se Plaintiffs to prepare their action because of the length and complexity of the issues involved, as well as plaintiffs' schedule in other legal matters. Moreover, this month alone (July, 2006), Mr. Hummingway has two additional Motions (*Petitions for Writ of Certiorari*) to file with the Supreme Court of the United States.

Plaintiffs Pro se have been diligent in preparing this action and expects to be able to file their amended complaint by 10, September, 2006, without further extension. Plaintiffs have not requested previously an extension of time in this action.

The Defendants in this action have not been informed of this motion.

For the reasons stated above, Plaintiffs, PRINCETON HUMMINGWAY, NOB: Sidi-Mohammed El 'Halabi El 'Kettani and CITIZENS OF WORLD NATIONS [9/11-

World Victims] request an extension for the filing of the <u>Amended Complaint</u> from 24, July, 2006 to 10, September, 2006.

We declare under the penalty of perjury that the foregoing is true and correct. Executed this 16th day of July, 2006, in Culver City, California.

_____
PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS

Plaintiffs pro se

PRINCETON HUMMINGWAY [CITIZENS
OF WORLD NATIONS ( 9/11-WORLD VICTIMS)] ,
PLAINTIFFS PRO SE

Suite 7
3863 PROSPECT AVENUE
CULVER CITY, CA 90232
(323) 302-4459

Mailing Address:
P.O. BOX 341225
LOS ANGELES, CA 90034

# United States district court
# For The District Of Columbia

No. 06-1111 (RMC)
[filed on 15, June, 2006]

| | |
|---|---|
| PRINCETON HUMMINGWAY, NOB:<br>Sidi MOHAMMED EL 'HALABI EL 'KETTANI,<br>and  CITIZENS OF WORLD NATIONS [9/11-<br>WORLD VICTIMS ] , et al . . .<br>VICTIMS ] , et al . . . | CERTIFICATE OF SERVICE |
| Plaintiffs Pro se, | *CLASS ACTION* |
| v. | |
| SAUDI ARABIA . . . SAUDI ROYAL EMBASSY<br>(Washington, DC), SAUDI CONSULATE (Los Angeles,<br>CA), SAUDI MOSQUE [KING FAHAD MOSQUE]<br>(Culver City, CA); KINGDOM OF MOROCCO; UNITED<br>STATES OF AMERICA, UNITED KINGDOM OF<br>GREAT BRITAIN; UNITED STATES-GOVERNMENT<br>OF ISRAEL; UNITED NATIONS-WORLD COURTS,<br>et al . . . | |
| Defendants. | |

The undersigned certifies that on 16, July, 2006, he served an original and one copy of the instant **PLAINTIFFS, PRINCETON HUMMINGWAY AND CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS] MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN AMENDED COMPLAINT WITH DECLARATION OF PRO SE** by placing said copies in a postpaid certified/registered envelope addressed to the persons hereinafter named at the place and address stated below, which is the last known address: Office of the Clerk, [Nancy Mayer, W. Clerk of Court], United States district court for the District of Columbia: U.S. Courthouse, 333 Constitutional Avenue, N.W., Washington, DC, 20001.

_____
PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS]

Plaintiffs Pro se



DCD_ECFNotice@dcd.uscourts.gov
06/23/2006 09:51 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01111-RMC HUMMINGWAY et al v. BUSH et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from KD, entered on 6/23/2006 at 9:51 AM and filed on 6/23/2006
**Case Name:** HUMMINGWAY et al v. BUSH et al
**Case Number:** 1:06-cv-1111
**Filer:**
**Document Number:** 2

**Docket Text:**
ORDER dismissing [1] Complaint and requiring Plaintiffs to file an amended complaint on or before July 24, 2006. The amended complaint must be a "short and plain statement of the claim showing that the pleader is entitled to relief" pursuant to Federal Rule of Civil Procedure 8. If Plaintiffs fail to timely file an amended complaint in compliance with Rule 8, this case will be dismissed. See Order for further details. Signed by Judge Rosemary M. Collyer on 6/23/06. (KD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\2006 Civil\06-1111 Hummingway v Bush\6-1111 Order requiring amd complaint.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/23/2006] [FileNumber=1141696-0]
[736abeef8ccd98933ad77261e222035a4485bf910d128eefdb77f0cc089d6aac9573
ef8c08a331659ab9fed37ffcfbd048ab9036ec2fda8f8084e4c56a0c18c4]]

**1:06-cv-1111 Notice will be electronically mailed to:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____     )
         Plaintiff(s)         )
                              )
                              )                Civil Action No. 06 1111-RMC
         v.                   )
                              )
                              )
_____     )
         Defendant(s)         )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____          _____
Attorney for the Plaintiff(s)             Date


_____          _____
Attorney for the Defendant(s)             Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____          _____
United States District Judge              Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
        TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

NOTICE OF RIGHT TO CONSENT TO TRIAL
BEFORE UNITED STATES MAGISTRATE JUDGE

   The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

```
             250.00
      ===== T O T A L =====
             100.00
510000    SPECIAL CIVIL FILING
CASE # 06-1111
             190.00
510000    SPECIAL CIVIL FILING
CASE # 06-1111
              45.00
504401    FILING FEE CIVIL
CASE # 06-1111
          REFUND WITHOUT RECTIFI------
     (  1-2 WEEKS )     Receipt # 136106
    06/17/06                 9:43:20 AM
              WASHINGTON D.C.
          U.S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRINCETON HUMMINGWAY, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 06-1111 (RMC) |

## ORDER

On June 15, 2006, Plaintiffs Princeton Hummingway and "Citizens of World Nations," proceeding *pro se*, filed a complaint against a multitude of defendants, including George W. Bush, Tony Blair, Ariel Sharon, Kofi Annan, and numerous other world leaders together with the United States, Iran, Pakistan, Nigeria, Turkey, Egypt, and numerous other countries. The Complaint charges "Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes in Violation of Islamic Law [i.e., Shari'ah (sacred law)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws." Complaint at 1. It further states that "this Complaint is presented to end the scourge of war, prevent future violations of fundamental human rights, and hold those responsible of [sic] the crimes alleged accountable for their acts." *Id.* at 476. The Complaint is 491 pages of confused, incomprehensible, and vague material.

Complaint is *sua sponte* **DISMISSED** without prejudice;[1] and it is

**FURTHER ORDERED** that Plaintiff shall have until **July 24, 2006**, to file an amended complaint that corrects the deficiencies addressed in this Order. If Plaintiffs fail to file an amended complaint by that deadline, this action will be dismissed with prejudice and the case will be closed.

**SO ORDERED**.

Date: June 23, 2006                                /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge

---

[1] Similar complaints filed by Mr. Hummingway have been dismissed under Rule 8 by other courts in this District. *Hummingway v. United States*, No. 05-1633, [Dkt. #4] Order (D.D.C. Aug. 12, 2005), *aff'd*, No. 05-5351 (D.C. Cir. May 18, 2005); *Hummingway v. United States*, No. 05-1019, [Dkt. #3] Memorandum Opinion (D.D.C. May 19, 2005).