# United States district court
# For The District Of Columbia

**No. 06-1111 (RMC)**
[filed on 15, June, 2006]

<u>*CLASS ACTION*</u>

PRINCETON HUMMINGWAY, By Birth:
Sidi MOHAMMED EL 'HALABI EL 'KETTANI,
and CITIZENS OF WORLD NATIONS [9/11-
WORLD VICTIMS ] , et al . . .

PLAINTIFFS' SECOND
MOTION FOR EXTENSION
OF TIME TO FILE [FIRST
AMENDED COMPLAINT

Plaintiffs Pro se,

v.

SAUDI ARABIA . . . SAUDI ROYAL EMBASSY
(Washington, DC), SAUDI CONSULATE (Los Angeles,
CA), SAUDI MOSQUE [KING FAHAD MOSQUE]
(Culver City, CA); KINGDOM OF MOROCCO; UNITED
STATES OF AMERICA, UNITED KINGDOM OF
GREAT BRITAIN; UNITED STATES-GOVERNMENT
OF ISRAEL; UNITED NATIONS-WORLD COURTS,
et al . . .

**RECEIVED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendants.

PLAINTIFFS, hereby move to extent the time in which to amend its complaint from 10, September, 2006 to 10, November, 2006, for the reasons set forth in the attached declaration of PRINCETON HUMMINGWAY.

PRINCETON HUMMINGWAY [SIDI MOHAMMED EL 'HALABI EL 'KETTANI] and CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS], hereinafter referred to as PLAINTIFFS, having on 15, June, 2006, filed a complaint with the United States district court for the District of Columbia alleging that Saudi Arabia [Saudi Royal Embassy (Washington, DC), Saudi Consulate (Los Angeles, CA), Saudi Mosque [King Fahad Mosque] (Culver City, CA)]; Kingdom of Morocco, United States of America, United Kingdom of Great Britain, United States-Government of Israel and

1

United Nations-World Courts, hereinafter referred to as the Defendants, conspired, agreed, aided and abetted, and confederated among and between each other to commit the un-Civilized, Barbaric, Cruel and Inhumane Acts against sovereign nations and peoples, including: **"Crimes Against Plaintiffs, Princeton Hummingway and Citizens of World Nations ['9/11-World Victims'], Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes"** Committed **[within the jurisdiction of the United States and other World Nations],** in Violation of: **( I )** the Federal Constitution and Domestic Laws of the United States, Islamic Law [i.e., Shari'ah (*sacred law*)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws;   **(II )** *Grave Violations* of the Charter of the United Nations (UN Charter), the North Atlantic Treaty (NAT), other international treaties, International Law, , the Basic Laws of Other Nations Including the United Kingdom, the Federal Republic of Germany, Turkey, the Netherlands, Hungary, Italy, Spain and other Governments of NATO members and the Federal Republic of Yugoslavia; and   **( III )** *Grave Violations* of the Universal Declaration of Human Rights (UDHR), the International Covenant on Civil and Political Rights (ICCPR), the International Covenant on Economic, Social and Cultural Rights (ICESCR), the Genocide Convention, and Other International Covenants, Conventions, Treaties, Declarations and Domestic Laws named herein . . . hereby moves the Court for further EXTENSION OF TIME to file Plaintiffs *First Amended Complaint* from **10, September, 2006 to 10, November, 2006** for the reasons set forth in the attached declaration of Plaintiffs Pro se.

Dated:  25, August, 2006

Respectfully submitted,

PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS]

Plaintiffs Pro se

2

# DECLARATION OF PLAINTIFFS PRINCETON HUMMINGWAY -- CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS]

We, Plaintiffs, Princeton Hummingway and Citizens of World Nations [9/11 World Victims] Declare:

I.  We are the pro se Plaintiffs in this case, which is a Class Action presided over by Rosemary M. Collyer, Judge in the District of Columbia, Washington, DC, on 23, June, 2006.

II.  We are seeking for a second extension of time in which to file an amended complaint. The United States district court granted our first request for an extension until 10, September, 2006.

III.  The reasons for this request is that we are in the process of attempting to retain attorneys specializing in class action lawsuits and complex litigation, but we need additional time to obtain such attorneys and to prepare the amended complaint. See Appendix "A, B, C , D & E", attached hereto.

IV.  Plaintiffs' Amended complaint is currently due 10, September, 2006.

## ***BACKGROUND***

On  (15, June, 2006), Plaintiffs, Princeton Hummingway, By Birth:  Sidi-Mohammed El 'Halabi El 'Kettani and Citizens of World Nations [9/11-World Victims], proceeding pro se filed a 'Class Action Lawsuit' against Defendants Saudi Arabia [Saudi Royal Embassy (Washington, DC), Saudi Consulate (Los Angeles, CA), Saudi King Fahad Mosque (Culver City, CA)]; Kingdom of Morocco; United States of America; United Kingdom of Great Britain; United States-Government of Israel; United Nations-World Courts, and other World Governments and Leaders.

On 23, June, 2006, the United States District Court for the District of Columbia, Judge Rosemary M. Collyer issued an **Order** pursuant to Federal Rules of Civil

Procedure 8 and 41 (*sua sponte*) dismissing the Plaintiffs' Class Action Lawsuit without prejudice; and **Further Ordered** that Plaintiffs shall have until **24, July, 2006,** to file an **Amended Complaint** that correct the deficiencies addressed in the Order. If Plaintiffs fail to file an amended complaint by that deadline, the action will be dismissed with prejudice and the case will be closed.

The judge further stated: ↓Similar complaints filed by Mr. Hummingway have been dismissed under Rule 8 by other courts in this district **[Not True . . . No Similar Complaints or Actions filed by Mr. Hummingway or dismissed under rule 8 by this court or other courts in this district].** See *Hummingway v. United States*, No. 05-1633, [Dkt. #4] Order (D.D.C. Aug. 12, 2005), *aff'd,* No. 05-5351 (D.C. Cir. May 18, 2005); *Hummingway v. United States*, No. 05-1019, {Fkt. #3] Memorandum Opinion (D.D.C. May 19, 2005) . . . .

On 16, July, 2006, Plaintiffs filed a motion to extend the time from [24, July, 2006 to 10, September, 2006].

MINUTE ENTRY ORDER granting [3] Plaintiffs' Motion for Extension of Time to file an amended complaint [ENTERED 07/21/06. (KD)

Plaintiffs' first amended complaint is currently due on 10, September, 2006.

---

Plaintiffs, pro se respectfully request an additional extension of time in which to file the *Amended Complaint* from **[10, September, 2006 to 10, November, 2006]**. This additional time is needed for pro se Plaintiffs to obtain such attorneys and to prepare the amended complaint.

4

Plaintiffs Pro se have been diligent in preparing this action and expects to be able to file their amended complaint by 10, November, 2006, without further extension.

Plaintiffs regret this additional delay, and do not anticipate the need for any additional extensions with respect to this filing.

Plaintiffs have requested previously an extension of time in this action.

The Defendants in this action have not been informed of this motion.

WHEREFORE, for the foregoing reasons, Plaintiffs, PRINCETON HUMMINGWAY, [SIDI MOHAMMED EL 'HALABI EL 'KETTANI] and CITIZENS OF WORLD NATIONS [9/11-World Victims] respectfully request a second extension of time, until 10, November, 2006, in which to file the <u>Amended Complaint,</u>

We declare under the penalty of perjury that the foregoing is true and correct. Executed this 25th day of August, 2006, in Culver City, California.

_____
PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS

Plaintiffs pro se

PRINCETON HUMMINGWAY [CITIZENS
OF WORLD NATIONS ( 9/11-WORLD VICTIMS)] ,
PLAINTIFFS PRO SE

Suite 7
3863 PROSPECT AVENUE
CULVER CITY, CA 90232
(323) 302-4459

Mailing Address:
P.O. BOX 341225
LOS ANGELES, CA 90034

# United States district court
# For The District Of Columbia

No. 06-1111 (RMC)
[filed on 15, June, 2006]

| | |
|---|---|
| PRINCETON HUMMINGWAY, NOB:<br>Sidi MOHAMMED EL 'HALABI EL 'KETTANI,<br>and CITIZENS OF WORLD NATIONS [9/11-<br>WORLD VICTIMS ] , et al . . .<br>VICTIMS ] , et al . . . | CERTIFICATE OF SERVICE |
| Plaintiffs Pro se, | *CLASS ACTION* |
| v. | |
| SAUDI ARABIA . . . SAUDI ROYAL EMBASSY<br>(Washington, DC), SAUDI CONSULATE (Los Angeles,<br>CA), SAUDI MOSQUE [KING FAHAD MOSQUE]<br>(Culver City, CA); KINGDOM OF MOROCCO; UNITED<br>STATES OF AMERICA, UNITED KINGDOM OF<br>GREAT BRITAIN; UNITED STATES-GOVERNMENT<br>OF ISRAEL; UNITED NATIONS-WORLD COURTS,<br>et al . . .<br>**Defendants.** | |

The undersigned certifies that on 25, August, 2006, he served an original and one copy of the instant **PLAINTIFFS, PRINCETON HUMMINGWAY AND CITIZENS OF WORLD NATIONS [9/11-WORLD VICTIMS] MOTION FOR AN ADDITIONAL EXTENSION OF TIME IN WHICH TO FILE AMENDED COMPLAINT WITH DECLARATION OF PRO SE** by placing said copies in a postpaid certified/registered envelope addressed to the persons hereinafter named at the place and address stated below, which is the last known address: Office of the Clerk, [Nancy Mayer, W. Clerk of Court], United States district court for the District of Columbia: U.S. Courthouse, 333 Constitutional Avenue, N.W., Washington, DC, 20001.

_____
PRINCETON HUMMINGWAY
CITIZENS OF WORLD NATIONS
[9/11-WORLD VICTIMS]

Plaintiffs Pro se

7