# APPENDIX "A"

1622 LOCUST STREET · PHILADELPHIA, PA 19103-6305 · phone 215/875-3000 · fax 215/875-4604 · www.bergermontague.com

## Berger & Montague, P.C.
ATTORNEYS AT LAW

JONATHAN D. BERGER

WRITER'S DIRECT DIAL | 215/875-4667
WRITER'S DIRECT FAX | 215/875-5707
WRITER'S DIRECT E-MAIL | jdberger@bm.net

August 15, 2006

**VIA OVERNIGHT DELIVERY - LETTER ONLY**
Mr. Princeton Hummingway
3863 Prospect Avenue, Suite 7
Culver City, CA 90232

**VIA FIRST CLASS MAIL- LETTER WITH ENCLOSURES**
P. O. Box 341225
Los Angeles, CA 90034

Re:   Princeton Hummingway, et al. v. King Abdullah Bin Abd Al-Aziz Al Saud, et al.; and Princeton Hummingway v. United States, et al.

Dear Mr. Hummingway:

Please be advised that Berger & Montague, P.C. is not in a position to represent you with respect to any potential claims you may have concerning the enclosed materials which were received today and which are enclosed and returned to you for your convenience.

You should immediately seek representation by other counsel to protect your rights including any statute of limitation (the time period in which you must file a lawsuit) and to comply with any existing court orders.

Please contact me immediately should you have any questions.

Good luck.

Sincerely,

Jonathan D. Berger

408542.wpd

Princeton Hummingway, By Birth:
Sidi Mohammed El 'Halabi El 'Kettani
— Citizens of World Nations

3863 Prospect Avenue [Suite 7]
Culver City, CA 90232

M/Add.: P.O. Box 341225
Los Angeles, CA 90034

10, August, 2006

John Berger
Berger & Momtague, P.C.
[Class Action Lawyers]
1622 Locust Street
Philadelpia, PA 19103

Tel: 1-800-424-6690 Fax: 1-215-875-4604

<u>Via U.S. Mail</u>

In Re:   A)   **Class Action [ 'First Amended Complaint' ] – Plaintifs Princeton Hunningway and "Citizens of World Nations" v. King Abdullah Bin Abd Al-Aziz Al Saud, Prine Bandar Bin Sultan, Prince Turki Al-Faisal, Abdelah Alharthi, Khalil A. Khalil, Tajuddin Shuaib, George (Walker) Bush, Tony Blair, Ariel Sharon, Ehud Olmert, Kofi Annan, King Mohammed VI, and numerous other world leaders together with Saudi Arabia, United States, United Kingdom of Great Britain, US-Government of Israel, Kingdom of Morocco, United Nations-World Courts, and numerous other countries, et al. No. 06-1111** ,

B)   **Civil Rights Complaint ['Tort'] - Princeton Hummingway v. United States, et al. No. 06-5300**

Dear John:

Please find enclosed a copy of the plaintiffs' **Class Action — [ 'First Amended Complaint' ]** , a copy of the court's **Order** [ENTERED 23, June , 2006], and a copy of the **Motion For AN Extention Of Time In Which To File An Amended Complaint With Declaration Of Plaintiffs Pro Se**. Also Attached is a copy of the **Petition For A Writ Of Certiorari**. Please take some time to review the complaint.

Sincerely,

PRINCETON HUMMINGWWAY
By Birth: Sidi Mohammed El 'Halabi
El 'Kettani…

[ 9/11-World Victims ]

126

1622 LOCUST STREET : PHILADELPHIA, PA 19103-6305 : phone 215/875-3000 : fax 215/875-4604 : www.bergermontague.com

# Berger & Montague, P.C.
ATTORNEYS AT LAW

JONATHAN D. BERGER

WRITER'S DIRECT DIAL | 215/875-4667
WRITER'S DIRECT FAX | 215/875-5707
WRITER'S DIRECT E-MAIL | jdberger@bm.net

August 23, 2006

**VIA FIRST CLASS MAIL**

Mr. Princeton Hummingway
3863 Prospect Avenue, Suite 7
Culver City, CA 90232

Re:   Princeton Hummingway, et al. v. King Abdullah Bin Abd Al-Aziz Al Saud, et al.; and Princeton Hummingway v. United States, et al.

Dear Mr. Hummingway:

Per your request, and as a courtesy, enclosed is the file copy of the documents previously returned to your attention on 8/15/06.

As discussed, I have not retained any copies of any documents.

As further discussed, you should immediately seek legal representation.

Sincerely,

Jonathan D. Berger

408806_00.wpd

# APPENDIX "B"

Subject: Hummingway, et al. v. Bush, et al.
From: "Blevin Shelnutt" <bshelnutt@nydclaw.com>
Date: Wed, Aug 23, 2006 1:05 pm
To: <psidimohammed@pwmgc.org>

Subject:
✓        Hummingway, et al. v. Bush, et al.

From: "Blevin Shelnutt"          To: <psidimohammed@pwmgc.org>
      <bshelnutt@nydclaw.com>

Dear Mr. Hummingway:

Thank you for contacting our firm regarding your experiences. Unfortunately, Sanford, Wittels & Heisler, LLP will be unable to represent you in your claims.

You are, of course, free to pursue your claims on your own or with other counsel. We wish you the best of luck should you decide to pursue your claims.

Best,
Blevin Shelnutt


Blevin Shelnutt
**Sanford, Wittels & Heisler LLP**
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
email: bshelnutt@nydclaw.com
ph: 202-742-7446
fax: 202-742-7776

CONFIDENTIAL INFORMATION -- This message and any information contained herein or attached hereto is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any review, copying, dissemination or distribution of this communication to anyone other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify this firm immediately by return e-mail and delete this message from your computer. Thank you.

14

# APPENDIX "C"

**ACLU** | LIBERTY AND JUSTICE FOR ALL

ACLU FOUNDATION OF SOUTHERN CALIFORNIA    1616 BEVERLY BOULEVARD LOS ANGELES CA 90026-5711 T: 213 977 9500 F: 213 250 3919 WWW.ACLU-SC.ORG

August 22, 2006

Princeton Hummingway
3863 Prospect Avenue, Suite 7
Culver City, CA 90232

Dear Princeton Hummingway:

Thank you for contacting the ACLU concerning your legal issue.

The ACLU receives over 10,000 requests for legal assistance each year, and simply does not have the resources to litigate each one. Our staff of seven attorneys is handling a docket of over 75 cases, including some of the largest class actions in the nation.

We have reviewed your request and regret that we cannot assist you with your legal issue. We have, however, included a list of referrals that we hope will be helpful to you.

Sincerely,

Lee Morgan
Intake Coordinator

LEGAL INTAKE DEPARTMENT

## NOTICE CONCERNING LEGAL INTAKE

You should immediately contact an attorney of your choice to discuss whether your case involves a <u>statute of limitations</u>. A statute of limitations is a time deadline within which a lawsuit must be filed. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing a claim in court;

Contacting the ACLU of Southern California does not mean that the ACLU/SC has accepted the case. The ACLU/SC has made no commitment or promise to represent you in this manner.

If you contacted the ACLU of Southern California through our telephone pre-screening procedure: The pre-screener with whom you spoke is not an attorney, but rather a volunteer who is prohibited from giving legal advice under state law. The pre-screener cannot accept or reject cases for the ACLU/SC;

You might try to contact the agencies on the reverse side of this sheet for assistance. These are only suggestions and the ACLU cannot guarantee results.

                                                ACLU of Southern California
                                                Legal Intake Department

## Bar Associations
### Los Angeles County Referrals
(Referral Sheet # LESR)

| | | |
|---|---|---|
| ☐ | Beverly Hills Bar Association Lawyer Referral Line | (310) 553-4022 |
| ☐ | Glendale Bar Association Referral Service | (818) 956-1633 |
| ☐ | Long Beach Bar Association Referral Service | (562) 432-5913 |
| ☐ | Los Angeles County Info-Line | (800) 339-6993 |
| ✓ | Los Angeles Bar Association Lawyer Referral Line | (213) 243-1525 |
| ☐ | San Gabriel Valley Lawyer Referral Service | (626) 795-5641 |
| ☐ | San Fernando Valley Bar Association Lawyer Referral | (818) 340-4529 |
| ☐ | South Bay Bar Association Referral Service | (310) 543-9773 |
| ☐ | Southeast District (Norwalk) Bar Association | (562) 868-6787 |
| ☐ | Burbank Bar Association Lawyer Referral Line | (818) 843-0931 |
| ☐ | LA County Bar Association: Barristers for Women | (213) 624-3665 |
| ☐ | Santa Monica Bar Association | (310) 581-5163 |

---

### Other Referrals (If Available)

1. _____

2. _____

### LOCATING YOUR ELECTED PUBLIC OFFICIALS

By Phone: Check the blue pages in your telephone directory.
Via the internet: Los Angeles City Counsel members: www.lacity.org
Los Angeles County Supervisors: www.co.la.ca.us
State of California Senators and Assembly members: www.ca.gov
United States House of Representatives: www.house.gov      United States Senate: www.senate.gov

# APPENDIX "D"

**John Balazs**
**Attorney At Law**
**916 2nd Street, 2nd Floor**
**Sacramento, CA 95814**
**916-447-9299**
**John@Balazslaw.com**

August 28, 2006

Princeton Hummingway
P.O. Box 341225
Los Angeles, CA 90232

    Re: <u>Your Class Action Lawsuit</u>

Dear Princeton:

    I received your letter and materials about your class action lawsuit. This letter is to let you know that I will not be able to represent or assist you in your action due to other commitments and my trial and work schedule. Best of luck.

                                                Sincerely,

                                                John Balazs

**Subject:** 2 letters attached
**From:** "John Balazs" <john@balazslaw.com>
**Date:** Mon, Aug 28, 2006 11:42 am
**To:** "Princeton Hummingway" <SidiMohammed@pwmgc.org>

**Subject:**

2 letters attached

From: "John Balazs"
<john@balazslaw.com>
To: "Princeton Hummingway" <SidiMohammed@pwmgc.org>

Princeton, I've also sent these letters to you by mail.
--John

John Balazs
Attorney At Law
916 2nd Street, Suite F
Sacramento, CA 95814
916-505-1687

*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this email, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you.

**Attachments**

Princeton Hummingway
By Birth: Sidi Mohammed El 'Halabi
El 'Kettani… [ the People of the World ]

Suite 7, 3863 Prospect Avenue
Culver City, CA 90232

Mailing Address: P.O. Box 341225
Los Angeles, CA 90034

31, July, 2006

John Balazs
Attorney At Law
916 2nd Street , 2nd Floor
Sacramento, CA 95814

<u>Via U.S. Mail</u>

In Re:   **Class Action Lawsuit — [ 'First Amended Complaint' ]**

**Class Action No. 06-1111-RMC**

Dear John:

Please find enclosed a copy of the plaintiffs' **Class Action — [ 'First Amended Complaint' ]**, a copy of the court's **Order** [ENTERED 23, June , 2006], and a copy of the **Motion For AN Extention Of Time In Which To File An Amended Complaint With Declaration Of Plaintiffs Pro Se.** Please take some time to review the complaint. I value your input in this matter.

Sincerely

PRINCETON HUMMINGWWAY
By Birth: Sidi Mohammed El 'Halabi
El 'Kettani…

[ 9/11-World Victims ]

# APPENDIX "E"

Princeton Hummingway, By Birth:
Sidi Mohammed El 'Halabi El 'Kettani
— Citizens of World Nations

3863 Prospect Avenue [Suite 7]
Culver City, CA 90232

M/Add.: P.O. Box 341225
Los Angeles, CA 90034

17, August, 2006

Jack King, NACDL
1150 18th Street, N.W. [Suite 950]
Washington, D.C. 20036

Tel: 1-202-872-8600  Fax: 1-202-872-8690

<u>Via U.S. Mail</u>

In Re:   A)   **Class Action** [ '**First Amended Complaint**' ] – Plaintifs Princeton Hunningway and "Citizens of World Nations" v. King Abdullah Bin Abd Al-Aziz Al Saud, Prine Bandar Bin Sultan, Prince Turki Al-Faisal, Abdelah Alharthi, Khalil A. Khalil, Tajuddin Shuaib, George (Walker) Bush, Tony Blair, Ariel Sharon, Ehud Olmert, Kofi Annan, King Mohammed VI, and numerous other world leaders together with Saudi Arabia, United States, United Kingdom of Great Britain, US-Government of Israel, Kingdom of Morocco, United Nations-World Courts, and numerous other countries, et al. No. 06-1111,

C)   **Civil Rights Complaint** ['**Tort**'] - Princeton Hummingway v. United States, et al. No. 06-5300

Dear Jack,

Please find enclosed a copy of the plaintiffs' **Class Action** — [ '**First Amended Complaint**' ], a copy of the court's **Order** [ENTERED 23, June, 2006], and a copy of the **Motion For AN Extention Of Time In Which To File An Amended Complaint With Declaration Of Plaintiffs Pro Se**. Also Attached as Exhibit Four, a copy of the **Petition For A Writ Of Certiorari** ('**Civil Rights Complaint**') [ENTERED 13, July, 2006]. Please take some time to review both *the Class Action and the Petetion for a Writ of Certiorari*.

Sincerely,

PRINCETON HUMMINGWWAY
By Birth: Sidi Mohammed El 'Halabi
El 'Kettani...

[ 9/11-World Victims ]

127