COPYRIGHT © 2006

# PLAINTIFFS' FIRST AMENDED COMPLAINT

**PRINCETON HUMMINGWAY, by birth:**
**Sidi-Mohammed Ibn Abd Al-Rahman El 'Halabi**
**El 'Kettani [ Idrisi Sharif ]**

**— US-World Victims**

RECEIVED

NOV 0 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# No. 06 1111

## United States district court
### for the District of Columbia

PRINCETON HUMMINGWAY, By Birth:
Sidi Mohammed El 'Halabi El 'Kettani |Idrisi Shaeif |

— US-WORLD VICTIMS, et al, PlAINTIFFS,

v.

### Defendants

SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL SAUD ( Saudi Arabia); PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES (Washington, DC); PRINCE TURKI AL-FAISAL, AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON (Washington, DC); OMAR BIN MUHAMMAD KUDRI, AMBASSADOR (Unite Nations, NY) ; ABDELAH ALHARTHI, CONSUL (Saudi Consulate, Los Angeles); KHALIL A. KHALIL, FOUNDER |SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA); OSMAN (Last Name Unknown) CO-FOUNDER |KFM – Los Angeles|; TAJUDDIN SHUAIB, DIRECTOR AND IMAM |KFM – Los Angeles|; USMAN MADHA, SENIOR ADMINISTRATOR |KFM – Los Angeles, CA|; NISHAR SIDIQUI, BABA ARAHMAN, ADMINISTRATORS |KFM – Los Angeles, CA|; MUSTAPHA (Last name Unknown), SECURITY |KFM – Los Angels, CA|;  DR. SAMI AL-IBRAHIMI, *OFFICIALLY & INDIVIDUALLY,* AND OTHER UNNAMED PAST, PRESENT, SAUDI-WAHHABI ROYAL PRINCESSES, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES OR EMPLOYEES – | SAUDI AMBASSADORS TO THE UNITED STATES, SAUDI AMBADSADORS/DIPLOMATS TO THE UNITED NATIONS, GRAND MUFTIS, SUPREME COUNCIL OF JUSTICE, MUJLIS AL-SHURA, ASSOCIATES, DIRECTORS, IMAMS, TRUSTEES, ACCOUNTANTS|, PRIVATE CONSULTANTS, OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF SAUDI ARABIA |, et al ,

601 NEW HAMPSHIRE AVE., N.W., WASHINGTON. D.C. 20037  (202) 337-4076  –  2045 SAWTELLE BLVD., LOS ANGELES, CA 90025  (310) 479-6000  --  10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323  (310) 202-0432

### Defendants

SULTAN (KING) MOHAMMED VI (Rabat Morocco) ; SULTAN (KING) HASSAN II (Rabat, Morocco) ; SULTAN (KING) ABD AL-HAFIZ ALAWI (Fez/Mekness, Morocco) ; ALAWITE ROYAL PRINCESSES ; AZIZ MEKOUAR, AMBASSADOR TO THE UNITED STATES (Washington, DC) ; LOTFI BOUCHAARA, COUNSELLOR |AMBASSADORS/DIPLOMATS|, ALAWITE/MOROCCO PERMANENT MISSION TO THE UNITED NATIONS (New York, NY) ; DRISS JETTOU, PRIME MINISTER (Rabat Morocco), *OFFICIALLY & INDIVIDUALLY,* AND OTHER KNOWN AND UNKNOWN PAST, PRESENT,  ALAWITE ROYAL PRINCESSES (DYNASTY), ROYAL CABINET MEMBERS, MINISTERS, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES, AMBASSADORS, DIPLOMATES, |SUPREME COUNCIL OF THE JUDICIARY| JUSTICES, ACCOUNTANTS,  |THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF MOROCCO|, et al ,

1601 21st Street, NW, Washington DC 20009  Tel: 1-202-462-7979 Fax: 1-202- 265-0161

_Defendants_

GEORGE [WALKER] BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA ;
RICHARD (DICK) CHENEY, VISE PRESIDENT OF THE UNITED STATES;  DONALD H.
RUMSFELD, SECRETARY OF DEFENSE (DOD); CONDOLEEZA RICE, SECRETARYOF
STATE; JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES (DOJ);
GEORGE J. TANNET, DIRECTOR, (CIA); NORMAN Y. MINETA, SECRETARY,  (DOT);
PETER G. PETERSON, CHAIRMAN OF THE BOARD COUNCIL ON FOREIGN RELATIONS
(CFR);  GEORGE H. BUSH, FORMER, DIRECTOR, (CIA), VICE-PRESIDENT AND
PRESIDENT OF THE UNITED STATES OF AMERICA; KENNETH R. FEINBERG, SPECIAL
MASTER, [SEPTEMBER 11 VICTIM COMPENSATION FUND OF 2001] , _OFFICIALLY &_
_INDIVIDUALLY_, AND OTHER UNNAMED PAST, PRESENT, GOVERNMENT OFFICIALS,
[PRESIDENTS,     SECRETARIES,     SENATORS,     CONGRESSMEN,     GOVERNORS,
AMBASSADORS,  DIPLOMATS,  ASSOCIATES,  DIRECTORS,  ATTORNEYS-GENERAL,
JUSTICES], AGENTS, REPRESENTATIVES OR EMPLOYEES, ACCOUNTANTS], PRIVATE
CONSULTANTS AND THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE
GOVERNMENT OF THE UNITED STATES OF AMERICA , et al ,

The WHITE HOUSE; 1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20008

_and Defendants & Co-Defendants_

KINGDOM OF SAUDI ARABIA [SAUDI-WAHHABI ROYAL PRINCESSES], SAUDI ROYAL EMBASSY
(Washington, DC) ; SAUDI PERMANENT MISSION TO THE UNITED NATIONS (New York, NY) ; SAUDI
ROYAL CONSULATE (Los Angeles, CA) ; SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH
IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA) ;  SAUDI ARABIA-
KINGDOM OF MOROCCO [ALAWITE ROYAL PRINCESSES], ALAWITE ROYAL EMBASSY
(Washington, DC), ALAWITE PERMANENT MISSION TO THE UNITED NATIONS ( New York,
NY) ; SAUDI ARABIA-UNITED STATES OF AMERICA [THE BUSH ADMINISTRATION],
DEPARTMENT OF STATE, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE,
CENTRAL INTILLEGENCE AGENCY (CIA), HOMELAD SECURITY (HS), FEDERAL
BUREAU OF INVESTIGATION (FBI), US-BUSH PERMANENT MISSION  TO THE UNITED
NATIONS , et al

_additional Defendants listed on Inside Cover  (page xviii-xx)_

PRINCETON HUMMINGWAY
[US-World Victims]

Suite 7,  3863 Prospect Avenue
Culver City, CA 90232    (323) 302-4459

Mailing Address:  P.O. Box 341225
Los Angeles, CA 90034

# Substantive Allegations - Facts
### *[ In Brief ]*

### *Part One*

### Saudi-Wahhabi  - King Fahad Mosque
**[ Culver City, CA ]**

## I.    KING FAHAD MOSQUE, CULVER CITY, CA: MUSLIM WORSHIPERS THREATENED WITH DEATH FOR SPEAKING OUT AGAINST CORRUPTION…

**Muslims — Arab-Americans of Middle Eastern-African descent expelled from Saudi-Wahhabi financed King Fahad Mosque ("KFM") in Culver City, California for speaking out against Corruption – that Both [ Sidi Mohammed Bn' Abd-Al-Rahman El 'Halabi El 'Kettani, aka Princeton Hummingway and Sufyan Omeish ], were threatened with violence, including death, by the Saudi Diplomat—KFM Administration, Director/Imam Tajuddin Shuaib… "That If <u>We</u> [Muslim worshipers] Tried This (i.e. conduct a separate prayer—Jama'a) at Masjid Al-Mumin (a mosque near downtown LA) <u>We Wouldn't Leave The Mosque Alive!"</u>**

*["That <u>If We</u> [Muslim worshipers] Tried This (i.e. conduct a separate prayer—Jama'a) at Masjid Al-Mumin (a mosque near downtown LA) <u>We Wouldn't Leave The Mosque Alive!"</u>]*

*Since the day of the incident (which occurred on June 26th, 2005), both Sidi Mohammed Bn' Abd-Al-Rahman El 'Halabi El 'Kettani, aka Princeton Hummingway and Sufyan Omeish continue to pray  outside on the sidewalk (**5 times a day**) as a protest to raise awareness about the Saudi-Wahhabi—KFM administration's long-standing unchallenged corruption (both visible and hidden), and to call for reform and transparency. This outspoken stance let to further retaliation and harassment by the Saudi Diplomats/officials in the United States and the administration of King Fahad Mosque.*

### *Part Two*

### Saudi Arabia Is Trying To Kill Me!!

## II.    THE ROYAL FAMILY CANNOT TOLERATE ANYONE WHO PUBLICLY DISAGREES WITH IT….

*MEQ:*    **The government of Saudi Arabia has tried to kill you on United States territory?**

*Mr. Khilewi*:    **Yes.**

iv

*MEQ*: In the months following your defection you wore a bulletproof vest, had body-guards, and moved from one safe house to another. In fact, a front-page New York Post headline blared out "kidnap Team Stalks Ex-U.N. Envoy: Saudi Diplomat is Terror Target." Are you still Worried for your safety?

*Mr. Khilewi*: Yes I am still concerned about it. The last threat was in the winter of 1998.

*MEQ*: Soon after your defection, Prince Salman, the governor of Riyadh, reportedly summoned members of your family and threatened them, "Tell your relative we can get him in the United States, we can get him even if he goes to the moon."

*Mr. Khilewi*: I hope he's wrong. I do know that he would still like to get me; every once in a while undercover Saudi intelligence agents turn up. But these terrorist activities are empty threats because historically a terrorist threat from any dictatorial government never works in the face of legitimate demands. They do nothing except increase my determination to achieve my legitimate goals. Every threat gives me new momentum.

*MEQ*: Why does the Saudi government threaten you?

*Mr. Khilewi*: The royal family cannot tolerate anyone who publicly disagrees with it. If you criticize them or disagree with their actions, as I do, they immediately start with threats— which include kidnapping, imprisonment, or blackmailing.

*Mr. Khilewi*, further added: I believe that I have a moral, political, and religious obligation to fight to correct wrong-doings in my country. Although the Saudi regime has been corrupt since its establishment in 1932, the scope and volume of corruption increased to unprecedented heights when Fahd became king in 1982. During the 1980s, it spent billions of dollars on propaganda to polish the image of the king. In 1990s, things changed somewhat. With the beginning of the Gulf War, the government could no longer hide the reality of the economic, political, and social crisis from its people or the rest of the world because the size of the disaster was too big to hide with its traditional propaganda."

---

### *Part Three*

### Saudi-Wahhabis Behind Surge Of Beheadings!!

III. "I thank Allah, and all I need is to be with you... Regarding my problem, do not worry. Time will solve it and I will soon be with you God willing". *Shortly after Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded.*

IV. " A Filipino returned to his home in Saudi Arabia in mid-1999. Shortly afterwards, a colleague of his entered his room accompanied by two mutawa'een (religious police15) and a policeman. His colleague, a Christian like himself, was in handcuffs and said, "Brother, I am sorry." Before he could say more, one of the mutawa'een hit him in the face and told him to be quiet. Without explanation the mutawa'een and policeman searched the room and found a Bible and other Christian literature. The Filipino was then taken without

v

explanation to the office of the mutawa'een, where he was accused of being a preacher. When he denied the allegation, one of the mutawa'een became angry, put one of his wrists in handcuffs and beat him in the ribs. "He shouted in Arabic, 'Refute your God', and spat in my face."

V.    Muhammad al-Farraj, a Saudi Arabian lecturer at the Imam Muhammad Ibn Sa'ud Islamic University in Riyadh, was reportedly arrested at his home in Riyadh by al-Mabahith al-'Amma in August 1999 and detained in al-Ha'ir Prison in Riyadh. Reports indicate that he was arrested because of a poem he wrote and publicized about a week before his arrest about two political prisoners, Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali.

VI.    Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali were arrested in September 1994 for their religious and political activities and were kept in al-Ha'ir Prison in Riyadh until June 1999.

VII.    "I told my investigators... 'What crime do you have against me?'... Their answer was nothing else but beating me... They tied my hands behind my back, then they shackled my legs, then tied my hands to my feet. After, they pulled me flat on the ground and then they started beating me." *This account, by a political prisoner held in a prison in al-Taif in 1996, is typical of many testimonies Amnesty International has documented from people who have been detained in Saudi Arabia.*

VIII.    "The time when they are investigating me I am facing the wall with handcuffs at the back [and] with ankle chain... When they feel that my answer is not... connected to what they are asking me I received a lot of slapping on my ear and... pushing my face on the wall so sometimes I had bleeding in my nose and my mouth... When they are hitting me in my ribs sometimes I fall down and they used to kick me again with a steel toe... so I had to get up to receive a kicking... At the same time they are showing me a baseball bat... and they say 'if you don't tell us the truth tonight or today we are going to break your bones'. So I am very, very scared..."

IX.    "... Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded. He had no idea that he faced imminent execution, and neither his family nor apparently the Syrian Embassy even knew that he was under sentence of death. Abdul-Karim al-Naqshabandi, a Syrian, was arrested, tortured into signing a confession and then convicted of "witchcraft" after a secret and summary trial.1 He had no access to a lawyer and was given no opportunity to defend himself, even though he faced an offence punishable by death. In a letter to the court he protested his innocence."

# STONING  IN ISLAM

---

*. . . Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S. and International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims-Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated . . .*

---

## Stoning  in Islam

**A woman being prepared to be stoned to death.**

The condemned is wrapped in a sheet and buried up to his/her wait. The Muslim mob gather around her and throw stones at her while shouting Allah is great.

### EYEWITNESS TO STONING WOMAN IN SAUDI ARABIA FOR ADULTERY

". . . Hear the deafening silence of the 1 billion muslims worldwide, who are in a vigorous fit of inactivity, calmly pretending not to know. But, the balance 5/6th of the world, (1.5 billion Christians, 1.1  billion Taoists, 1 billion Hindus, 700 million Bhuddists and others) can do something to stop this barbarism of the middle-east.

When I was sent to Riyadh for a month to work with the US Air Force for a joint assignment, I never realized the sights I'd see. One of them was a public stoning. All I saw was a woman standing in a hole tied to a post, she was shoulder deep in the hole. The guy I was with wanted to see it. It's rare that westerners are even allowed to see this They gathered around this poor girl for around an hour, throwing rocks at her.

**Stoning a human to death**

Dear readers, please put on your thinking cap and imagine a mental picture of the following story.

A deep hole is dug in the ground. A 30 year old lady, tied up from feet to shoulders, as a stick, is lowered alive into this hole, in a standing position. Only her neck and head are visible. Can you imagine a human head sticking above ground?

When the order is given, a man throws a fist-sized stone at her protruding head. The stone hits her head with a thud. She screems in pain as the blood oozes down her face. Another man picks up a stone and scraps the side of her head drawing a lateral line of blood. She cries and screems in excruciating pain. Since it is a free for all, a teenage spectator from this open playing field, tries his luck, but misses her head completely. Another aims at her and flings it with force. The stone hits its intended target, her forehead.

She screems and cries loudly for mercy. There is now a gash on her forehead. Blood spurting out, down her eyes, nose, cheeks, mouth and down to the ground. She cries out for mercy but to not avail. The minutes become an hour, between the many misses, scraps, nicks, chips and strikes. Another spectator flings forcefully at her.

The stone hits the bridge of her nose with another thud. She screems again and again. This time the blood comes down from inside and outside her nose. Probably, her nasal bridge-bone is broken, causing the bleeding from inside her nostrils as well. Though her wounds are grave, as you can imagine, her screems by now are not as vociferous as earlier, and her tears help to wash some of the blood on her cheeks. Her vision has completely gone with the blood coating.The next stone hits her again. A piece of flesh pops out. No, its not, oh god, it really can't be her eye-ball. It is so bloody that you cann't really make out. By this time, blood has covered her entire face and the ground in front of her.She still makes groaning sounds. More time pass. Stoning her, continues. Her sounds are less and less audible. Her face has become unrecognisable. Flesh, like mashed meat is her face, but only more bloody, as she now literally has no human face. Small strips of flesh, like locks of hair are hanging from her. Her head is now droopping forward. At this stage a hit on her make splashes of blood. She has stopped making a sound for the last two stone pelting. Two hours have passed. The Islamic authorities check her neck for pulse. It is still beating but barely, due to the loss of blood. A flesh piece drops off her head, as the stoning process continues.

Finally,death comes to this lady. She is then left there for a few more hours for the spectators to see, because this is a public lesson for all muslim females, who commit adultery.Then her father and relatives are allowed to dig her body, and bring it above ground. Pieces of her flesh, lying on the ground, is collected and because she has no face, it is put back on the front of her head, and bundled up. Now readers, imagine that is your mother, or your daughter, or sister, or even you, yourself."

*-- Freeman Centre's List's Editor's Note*

\* \* \* \* \*

X.    **Ahmad bin Ahmad al-Mulablib, a prayer leader, was reported to have died in November 1998 while in the custody of al-Mutawa'een. The reason for his arrest was said to have been that he did not heed a warning not to call to prayer in the Shi'a way, which differs from the Sunni call to prayer.**

XI.    **"I said to the officer, 'Can I ask you a question?... Where is it found in the Kitab [the Qur'an] that other people who are not Muslims (e.g. the Christians) are forced to pray?' He replied, 'It is found in Saudi Arabia'."**

XII.    **"...The place was very overcrowded with ladies and children. It is very dirty, very smelly, air conditioners sometimes worked, other times not... There were plenty of cockroaches, they go all over the clothes, the food was not hygienic."** *A woman describing conditions in the Women's Prison in Riyadh, where she was held in 1999.*

XIII.    **"We were detained in cell number 4... a stretch of about 40 by 100 feet. The cell had a capacity of 500 inmates but was congested with prisoners, many of whom slept in pairs under the bed or on the narrow pathways... Water supply to the cell was only about 30 minutes per day while the [small amount of] food made it compulsory for the inmates to scramble and fight for both food and water.  All air-conditioning was switched off from 8am to about 5pm so that the cell is automatically turned into an oven during the day and a fridge during the night... As a result of the dehumanizing condition of the prison, many of the inmates had gone completely mad or displayed crazy tendencies by beating one another, shouting or roaming about naked..."**

XIV.    **"I was  brought to the whipping area. They tied me to a post. My hands were hand-cuffed and they also shackled my legs. I was wearing a T-shirt and jogging pants... The whip was one and a half meters long... with a heavy lead piece attached to the tip.  It was terrible. Some fell on my thighs and my back. I would fall when the whip reached my feet but the prison guard would raise me up to continue the whipping. It was terrible. I was amazed to find myself still alive after the 70th lash was given. It lasted about 15 minutes... my back was bleeding. I cried."**

XV.    **"I thought it will be fast but no, it was done one at a time... [The policeman] really takes his time before striking. I started counting and when it reached 40 I thought I could not make it... I prayed so hard... At last it reached 60... I could not explain the pain I experienced. The stick he used was like a bamboo, round but hard."**

XVI.    **"Nieves, a married Filipina mother of two children who worked in Riyadh, was sentenced in 1992 to 60 lashes and 25 days' imprisonment for prostitution after she was tricked into signing a "confession". Her trial, she said, lasted "a matter of minutes". She described the flogging:**

XVII.    **"...for me it is more difficult to cut off a hand than to carry out an execution, because executions are done momentarily by the sword and the person leaves this life. By contrast, severing a hand demands more courage, especially because you are cutting off the hand of someone who will remain alive afterwards, and also you have to cut it off at a specific joint and use your skill to make sure that cutting implement stays in position.**

XVIII.  "I use a sword to kill male criminals... and firearms, specifically pistols, to kill female criminals... I think firearms are used to spare the woman, as to be executed by sword would mean uncovering her head and exposing her neck and some of her back."

XIX.  "Every time a guard opens her cell door she gets very scared [thinking] that they will come to take her out for execution."

XX.  "Despite our best efforts, the Department regrets to inform you... you're your husband, OFW Yolando Isnan, was reportedly executed in Jeddah on 22 July 1998, after he was found guilty by the Islamic court of deliberately causing fatal vehicular accident on 04 February 1994 killing four Saudis, injuring four people and damaging vehicles.

XXI.  "In reference to the Consulate's note... requesting shipment of remains of [...] who was executed in Jeddah city... the Ministry wishes to inform the Consulate that the concerned party has advised that shipment of human remains of said person is not possible...

XXII.  "Madam... I ask you in the name of God and humanity... to help me because I have no one who could help me here in Saudi Arabia. My poor family has done everything they could but I believe they have lost hope... I beg you madam to understand my letter... In this prison...we cannot have contact with the outside world, we cannot defend ourselves..."

### *Part Four*

#### Saudi Arabia-Kingdom of Morocco
[ 614 A.D. – Present ]

XXIII.  MY FAMILY MEMBERS HAVE BEEN TORTURED AND MURDERED, AND SCATTERED ACROSS THE EARTH...

Sultan (King) Sidi MuHammed Bn' Abd-al-kabir Al 'kattani (IDRISSID DYNASTY), also known as al-Kutub (Books), Died in 1909 , murdered (flogged to death) by the present despotic *'Alawite Regime/Government – Abd al-HafiZ'* in Morocco...

Abd al-Hayy ibn 'Abd al-kabir al-kattani , an idrisi sharif, one of the most renowned scholars and religious figures in Morocco, (d.1962), Forced into exile by the present authoritarian *'Alawite Regime/Government'* in Morocco ...

Imam Ali Abu Talib-ibne-Abdul Muttalib , (First cousin of the Prophet Mohammed),   Born - Friday 13th of Rajab, in Holy Ka'ba, Died - at the age of 63 years, at Kufa, on Monday, the 21st Ramadan 40 AH, murdered by an assassin who mortally wounded him with a poisoned sword in the Mosque at Kufa during morning prayers on the 19th of Ramadan.

Hazrat Fatima, daughter of the Prophet Mohammed (PBUH) , Born - Friday 20th of Jamadi-ul-Akhar in Mecca, Died - 14th Jamadi-ul-Awwal at Medina at the age of 18 years (due to injury inflicted upon her through force of a falling door by a hypocrite).

x

**Imam Hassan Ibn Ali ibne abu Talib** , (Mother, Fatima, daughter of the Holy Prophet Mohammed, Born - Tuesday, 15th Ramadan 3 AH at Medina, Died - at the age of 46 years, at Medina, on Thursday, 28th Safar, 50 AH. **(Poisoned) .**

**Imam Husain Ibn Ali ibne abu Talib** , (Mother, Fatima, daughter of the Holy Prophet Mohammed), Born - Thursday, 3rd Shaban 4 AH at Medina **, Martyred - at the age of 57 years, in Kerbala, on 10th Muharram 61 AH by Yazid-ibn-Muawiya and his ruthless army.**

**Imam Ali-ibn-ul Husain** (Mother, Shahr Banoo, daughter of King Yazdigard II), Born - Saturday 15th of Jamadi-ul-Awwal, at Medina, Died - at the age of 58 years, in Medina , on the 21st of Muharram 95 AH. **Poisoned by Waleed bin Abdul Malik Marwan.**

**Imam Muhammad, Ibn** Ali ibn Husain (Mother, Fatima bint Hassan), Born, Tuesday 1st of Rajab 57 A.H. , at Medina, Died - At the age of 59 years, at Medina, on Monday, 7th Zilhajj 116 AH. **Poisoned by Hisham bin Abdul Malik.**

**Imam Ja'far** Ibn Muhammad ibn Ali (Mother, Umme-e-Farwah), Born - Monday 17th of Rabi-ul-Awwal 83 A.H. in Medina, Died - At the age of 65 years, at Medina, on Monday, 15th Rajab 148 AH. **Poisoned by Mansur Dawaneeqi the Abbasite.**

**Imam Musa** Ibn Ja'far ibn Muhammad (Mother, Hamida Khatoon), Born - Sunday 7st of Safarb 128 A.H. , at Abwa (Between Mecca and Medina), Died - At the age of 55 years, at Baghdad, on Friday, 25th Rajab 183 AH. **Poisoned by Harun-al-Rashid the Abbaside caliph.**

**Imam Ali** Ibn Moosa ibn Ja'far (Mother, Ummul Baneen Najma), Born - Thursday 11th of Zilqad 148 A.H. , at Medina, Died - At the age of 55 years, at Mashad in Khorasan, on Tuesday, 17th Safar 203 AH. **Poisoned by Mamoon the Abbaside Caliph.**

**Imam Hasa** Ibn Ali ibn Musa (Mother, Khaizuran), Born - Friday 10th of Rajab 195 A.H. , at Medina, Died - At the age of 25 years, at Kazmain , on Wednesday, 29th Zilqad 220 AH. **Poisoned by Mu'tasin the Abbaside Caliph.**

**Imam Muhammad** Ibn Muhammad ibn Ali (Mother, Summana Khatoon), Born - Friday 15th of Zilhajj 212 A.H., at Surba, Died - At the age of 42 years, at Samarra , on Monday, 26th Jamadi-ul-Akhar 254 AH. **Poisoned by Mu'taz the Abbaside Caliph**

**Imam Hasan** Ibn Mohammed ( Mother, Saleel) , Born - Monday 8th of Rabi-ul-Akhar 232 A.H. , at Medina, Died - At the age of 28 years, at Samarra, on Friday 8th Rabi-ul-Awwal 260 AH. **Poisoned by Mo'tamad the Abbaside Caliph.**

LES CRUAUTES DU SULTAN MOOLAY-HAFID

## 1909 Print Horrible Torture to People in Morocco P560B

The Le Petit Journal was a leading illustrated news journal published in France from 1891 until WW2. It was famous for its brightly colored prints graphically depicting news events around the world as well as happenings in France. This is one of the prints these old, rare and interesting illustrated journals

xii

***Part Five***

**Saudi-Wahhabis-US-Bush Administration [USA]**

XXIV     "THE ATTACKS OF SEPTEMBER 11, ON THE UNITED STATES, THE ONCE
ABSTRACT AND DISTANT THREAT OF TERRORISM HAS BECOME A DAILY
FACT OF LIFE FOR EVERY AMERICAN -- MUSLIM AND NON-MUSLIM
THROUGHOUT THE WORLD. THE ONGOING THREAT OF TERRORISM HAS
BEEN PERMANENTLY LODGED IN THE PSYCHE OF EVERY CIVILIZED
PERSON IN THIS WORLD...

XXV.     "There are a few moments in life that call into question one's deepest beliefs, the
cherished core of who one claims to be. The usual superficial concerns that seem to cloud
my head disappeared, and while I questioned myself as to how there could be such dark,
overriding hate in the world, the only reply my mind, my body, and my soul could seem to
muster was how deeply I loved my family....The sound of my mother's calm voice
reassuring me of [their] safety could not have been sweeter. My head ached from hours of
tensions and tears... I will never forget that day of massacre. New York, that day, seemed
more my home than it has ever been, and I, never more patriotic."
—Mieke ten Have '05 of New York City, writing from London, 9/12/01

XXVI.     "They told me they found her remains, but I decided not to look. The Pentagon
officials also said the remains of at least 19 others on board the plane were also identified by
a military medical group. Immediately after the crash, I was assigned a personal liaison
who handled my case. He was cooperative and helpful and I decided I didn't want to see
Suzanne's remains," said on family member who lost a loved one in 9/11 but wanted to
remain anonymous.

XXVII.     "I never received any remains or evidence of the person I lost on 9/11, but if there
were any remains, I surely would have had them independently tested instead of relying on
the word of the government."

XXVIII.     "This 'open letter' is coming from my heart. I want you to know that I am
neither a Republican nor a Democrat and that this is not an attempt to 'bash the
Government.' You Mr. Bush should be held responsible and liable for any and all acts that
were committed to aid in any "cover up" of the tragic events of September 11, 2001. As
President you have a duty to protect the American people. On September 11th you did not
instruct your staff to issue a nationwide emergency warning/alert to advise us of the attack
on America. We had to receive the news of the attacks via the news networks." "They
hijacked my case just like my husband's plane," Mariani told American Free Press. "To
cover up the truth."

     ["... Plaintiffs will prove Defendants have engaged in a "pattern of abuse of public powers"
dating back to the late 1970's to support her civil RICO Act and Bivens constitutional tort action
in this matter. The facts will show, Defendants' have engaged in both personal business and
national security "deals" with alleged terrorists, "OBL" and Saddam Hussein, providing the
foundational claim of Plaintiff that her husband was murdered due to Defendants' "failure to act

*and prevent" the attacks on the United States of America on "911" for one overall chilling
reason, to profit either personally or politically from the so-called "IWOT." [12] Plaintiff asserts,
in the late 1970's and throughout the 1980's, Defendants were allies with OBL and Saddam
Hussein during the former Soviet Union's invasion of Afghanistan and Iran-Iraq war respectively,
wherein, personal and political deals were made and it is believed upon discovery, these dealings
hold the truth about "911"].*

XXIX.  **"For those of us that watched with horror as the Bush administration attacked and
massacred innocent men, women and children, the satirical analysis by Morris and
Iannucci summed up what the Americans were doing because there is no other way of
looking at it than as an act of pure insanity. Obviously innocent people died in America on
11 September, but we must not forget that many more innocent people were killed in brutal
attacks on Afghanistan [and other parts of the world]. The British Government is also to
blame because they acted as the US government's lackies. My own government, the Irish
government, is also not without blame, despite its supposed neutrality. Neutrality was
thrown to the wayside and now we hear that the Taoiseach of neutral Ireland, Bertie Ahern,
is going to 'support whatever the next step in the war on terrorism will be'. Shame on them
all. They are condoning the murder of innocents, Bernard M. Cantillon, UCD-Belfield,
Dublin**

XXX. **"Like most Americans, I was gripped by senses of profound shock, horror, revulsion,
sadness, and rage as I watched the horror of September 11, 2001 unfolding live on my
television screen. Watching the mass murder of thousands of innocent people live on
television was the most upsetting experience of my life. How could any person of sound
moral character not be enraged at witnessing this horrific act of barbarism? To read about
some faraway, long-ago genocide in a newspaper or a book is distressing enough. But to
actually witness the mass murders of what was, at first, believed to have been tens of
thousands of innocent people is truly heart stopping and traumatic. I barely slept for two
nights afterwards and suffered nightmares. Polling data would later reveal that 65% of
Americans actually shed tears on 9-11.**

XXXI.  **"I don't want taxpayer's money," Mariani said. "I want the truth, justice,
and accountability. The sense of closure and justice cannot be compensated with
money. We need and deserve an answer that may become clear only during a full,
fair and complete investigation," Mariani wrote in an open letter to federal judge
Alvin K. Hellerstein of the U.S. District Court, Southern District of New York. The
letter never reached the judge, Mariani said. "I will never trust my country again,"
Mariani told AFP. "They can just snap their fingers and a lawsuit is thrown out. It's
evil."**

{ **Plaintiffs have reasons to believe once their cause of action is set for trial the facts,
circumstances and substantial evidence will meet the requirements of the U.S.   and
International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this
matter is representative of a numerous class of 'Muslims and non-Muslims-Americans
wherein its claims, questions of law and fact are common and Plaintiffs will represent all
parties fairly and adequately who are compelled to join this civil action and are similarly
situated } . . .**

# INTRODUCTION

## Saudi-Wahhabism-King Fahad Mosque

**Saudi Arabia is a country without a constitution or elected representatives...** Saudi Arabia
[**the Sheikdom**], ruled by King Fahd bin Abd al-Aziz al-Saud **(Saudi-Wahhabi Royal Princesses)**
**view Muslims who speak out against corruption... who support or advocate basic human/**
**individual rights and freedoms as an urgent threat who must be dealt with harshly if purity**
**of Islam, which Saudi-Wahhabis claim to represent, is to be safeguarded...**

**See Appendix "A"**

## NATURE OF THE CASE/ACTION

"This civil action seeks to hold those responsible for a more subtle and
insidious form of terrorism, that which attempts to hide behind the façade of
legitimacy. These entities, clocked in a thin veil of legitimacy, were and are the true
enablers of terrorism. The financial resources and support network of those
defendants – charities, banks, and individual financiers – are what allowed or
(caused) the attacks of September 11, 2001 to occur".

## THE ACT AND THE RULES

*1)    Torture Conduct: Noncitizens are deportable who have, outside the United States,
committed, ordered, incited, assisted, or otherwise participated in the commission of any act of
torture, as defined in 18 U.S.C. Sec. 2340. INA Sec. 237(a)(4)(D), 8 U.S.C. Sec. 1237(a)(4)(D),
referencing INA Sec. 212(a)(3)(E)(iii)(I), as amended Intelligence Reform and Terrorism
Prevention Act of 2004 ("IRTPA"), Sec. 5501, Pub. L. No. 108-458; S. 2845, 108th Congress
\*Dec. 17, 2004) (covering offenses committed before, on or after the date of enactment of this
Act). Note: No conviction is required to establish this ground of deportation.*

*2)    Title 18 U.S.C. Section 241 [Conspiracy Against Rights]:  makes it unlawful for two or
more persons to conspire to injure, oppress, threaten, or intimidate any person of any state,
territory or district in the free exercise or enjoyment of any right or privilege secured to him/her
by the Constitution or the laws of the United States, (or because of his/her having exercised the
same). It further makes it unlawful for two or more persons to go in disguise on the highway or*

*on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured. Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or  may be sentenced to death.*

***3) 18 .S.C. § 248(a)(2) prohibits:*** *the use of: force, threat of force, or physical obstruction which;  1) intentionally injures, intimidates or interferes with, or attempts to injure, intimidate, or interfere with a person; 2) who is lawfully exercising or seeking to exercise the First Amendment right of religious freedom at a place of religious worship.*

*Chapter 19 – Conspiracy – Tax Fraud...*

***4)     Title 18 U.S.C. Sec. 371 [Conspiracy to Commit Offense or to Defraud The United States]:*** *If two or more persons conspire to commit any offense against the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisonment not more than five years, or both. If, however, the offense, the commission of which is the subject of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.*

***5)     Title 26 U.S.C. Sec. 7201: Attempt to Evade or Defeat Tax:***  *Any person who willfully attempts in any manner to evade or defeat any tax imposed by this title or the payment thereof shall, in addition to other penalties proviaed by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 5 years, or both, together with the costs of prosecution.*

***OTHER SECTIONS:*** *26 U.S.C. Section 7206(2) - Aiding and assisting in the filing of false federal income tax return; Section 7206(1) - Filing false federal income tax returns; Section 7203 - Willful failure to file federal income tax returns; and 18 U.S.C. Section 641 - theft of government property.*

***6)     FREEDOM OF EXPRESSION--SPEECH AND PRESS  [Adoption and the Common Law Background]:*** *Madison's version of the speech and press clauses, introduced in the House of Representatives on June 8, 1789, provided: "The people shall not be deprived or abridged of their right to speak, to write, or to publish their sentiments; and the freedom of the press, as one of the great bulwarks of liberty, shall be inviolable."1 The special committee rewrote the language to some extent, adding other provisions from Madison's draft, to make it read: "The freedom of speech and of the press, and the right of the people peaceably to assemble and consult for their common good, and to apply to the Government for redress of grievances, shall not be infringed."2 In this form it went to the Senate, which rewrote it to read: "That Congress shall make no law abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble and consult for their common good, and to petition the government for a redress of grievances."3 Subsequently, the religion clauses and these clauses were combined by the Senate.4 The final language was agreed upon in conference.*

**7) *RELIGIOUS FREEDOM VIOLATION CONDUCT:*** *Noncitizens are deportable who, while serving as foreign government officials, were "responsible for or directly carried out, at any time, particularly severe violations of religious freedom, as defined in section 3 of the International Religious Freedom Act of 1998 (22 U.S.C. 6402)." INA Sec. 237(a)(4)(E), 8 U.S.C. Sec. 1237(a)(4)(E), added by Intelligence Reform and Terrorism Prevention Act of 2004 ("IRTPA"), Sec. 5502, Pub. L. No. 108-458; S. 2845, 108th Congress (Dec. 17, 2004). NOTE: There now appear to be two distinct statutes both numbered INA Sec. 237(a)(4)(E), 8 U.S.C. Sec. 1227(a)(4)(E). Compare IRTPA Sec. 5502 [religious freedom violation], with IRTPA Sec. 5402 [terrorist training recipient]. NOTE: No conviction is required to establish this ground of deportation.*

# *Complaint For*

Plaintiffs Princeton Hummingway, NOB: Sidi-Mohammed Bn' Abd Al-Rahman El 'Halabi El 'Kettani] – US-World Citizens seek relief from this Court in the form of Orders: 1) Plaintiffs seek a Declaratory Judgment and opinion barring the Saudi Princesses -- Saudi Officials, Diplomats, Imams, Mosques and/or Religious Institutions from spreading and/or (continuing) their Saudi-Wahhabism political and religious ideology in the United States and other parts of the world... and declaring the Saudi-Wahhabi-style Islamic Law -- Saudi-Wahhabi Indoctrination within the United States and other parts of the world un-Islamic, un-civilized and un-Constitutional in its face;     2) Mandatory Injunction from the ongoing Genocides, Tortures, and  Execution of Political Prisoners, the Killing of Innocent Civilians and the Unconscionable Acts of Defendants Saudi-Wahhabis, [Saudi Royal Princesses/Government Officials]; Saudi-Kingdom of Morocco [Saudi-Wahhabi-Alawi   Royal   Princesses/Government   Officials];     Saudi-US-Bush Administration, and Saudi-Wahhabis-Alawites-US-Bush Administration, and each of them;  3) Mandamus Relief Commanding the U.S. Congress/World Tribunal to assign Independent-Special-Committee [Independent Task Force] to begin an in-depth investigation into the allegations – to determine if in any 'Criminal Violations' occurred or were committed;  4) Defendants, jointly and severally be ordered to pay Damages and Special Damages to Plaintiffs [US-World Victims and the Victims of the 9/11 Attacks; and  5) an Accounting from Defendants, and each of them, for the Unconscionable -- Unconstitutional Acts . . . .

Plaintiffs seek a Declaratory Judgment and opinion declaring the USA Patriot Acts I and II unconstitutional, for violating plaintiffs' clearly established Rights under the International Laws; Common Laws and the 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, 13th, and 14th Amendments to the US Constitution. We ask the Court to enjoin enforcement of the USA Patriotic Acts I and II accordingly.

Plaintiffs also ask the Court to render a Declaratory Judgment declaring the U.S. military action in Iraq, Afghanistan and other parts of the world to be unconstitutional.

There is a need for an injunction because defendants, and each of them, continue to squander taxpayers' money and there is reason to believe defendants plan further military adventures in Syria, Iran, the Middle Eastern countries and other parts of the world, which would drain the U.S. and the world treasury, deprive plaintiffs of federal and state funds and tax money.

Plaintiffs, US-World Victims—are united in condemning, in the strongest possible terms, the invasion and occupation of Iraq, Afghanistan, Palestine, Chechnya, and other parts of the world. Plaintiffs, and the citizens of world nations are united in condemning, in the strongest possible terms, the terrorists of all shapes and forms—who planned and carried out the [9/11/2001 attacks on the World Trade Center and the Pentagon], and in pursuing all those responsible for those attacks and their sponsors until they are brought to justice.

Defendants all have offices in California, Washington, DC, New York (USA); Riyadh (Saudi Arabia); Rabat/Fes (Morocco); Middle East, Africa, Asia, Europe, and the Two Americas

## *The Charges*

[[. . . . **Death threats,** Religious intolerance, Intimidation, Racial and Ethnic classifications -- [Systematic discrimination], Suppression of civil liberties, Suppression of opposition views, Suppression  and Killing of ethnic and religious minorities; Blackmailing, Assassinations, Summary execution and kidnapping of political prisoners, Torture and  Execution of both citizens and foreigners by beheading or  stoning;  Cruelty and other corporal punishments, including: [arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging , beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by the  Oppressive Regimes; Secret military tribunals and summary execution of both citizens and foreigners;    Passing  laws and instituting judicial  and  political procedures which have seriously eroded the rights of the individual under the United States Constitution, the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights . . . . Planning and executing the dismemberment, segregation and impoverishment of the 4.8 billion Muslims and non-Muslims worldwide (Africa, Middle East, Asia, South America, etc.); Inflicting, Inciting and Enhancing violence between and among Muslims and

non-Muslims countries; Disrupting efforts to maintain unity, peace and stability in Middle East, Africa,  and other parts of the world; Destroying the peace-making role of the United Nations; Killing and injuring a defenseless population throughout the world; Planning, Announcing and executing attacks intended to assassinate the Head of Government, other Government Leaders and Selected Civilians; Destroying and damaging economic, social, cultural, medical, diplomatic and religious resources, properties and facilities throughout Middle East, Africa and the World; Attacking objects indispensable to the survival of the population of Iraq, Afghanistan, Palestime, Chechnya, Sudan, Ethiopia, and other parts of the world; Attacking facilities containing dangerous substances and forces;  Using depleted Uranium, Cluster Bombs and other Prohibited Weapons;  Waging War on the environment;  Imposing sanctions through the UN That are a Genocidal Crime against Humanity;   Attempting to destroy the sovereignty, Right to self-determination, democracy and culture of the Middle Eastern Nations, African and Asian Nations, including [Iraq, Afghanistan, Cheshnya, Palestine, Sudan, Ethiopia and the Muslim World]] . . . .

Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes in Violation of the Islamic Law [i.e., Shari'ah (*sacred law*)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws;

Grave Violations of the Charter of the United Nations (UN Charter), the North Atlantic Treaty (NAT), other international treaties, International Law, the Federal Constitution and Domestic Laws of the United States, the Basic Laws of Other Nations Including the United Kingdom, the Federal Republic of Germany, Turkey, the Netherlands, Hungary, Italy, Spain and other Governments of NATO members and the Federal Republic of Yugoslavia;

Grave Violations of the Universal Declaration of Human Rights (UDHR), the International Covenant on Civil and Political Rights (ICCPR), the International Covenant on Economic, Social and Cultural Rights (ICESCR), the Genocide Convention, and Other International Covenants, Conventions, Treaties, Declarations and Domestic Laws named herein . . . .

Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S. and International Law, Federal Rules of Civil Procedures, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims—Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated.

# *Parties to the Proceeding*

. . . The Plaintiffs here and Defendants  below are Princeton Hummingway, [NOB: Sidi-Mohammed Bn' Abd Al-Rahman El 'Halabi El 'Kettani [Idrisi Sharif] — US-World Victims, *et al.*

The Defendants below here are Saudi-Wahhabis King Fahad Mosque, Kingdom of Saudi Arabia, Kingdom of Morocco, United States of America, *et al,*

   *and*

**SAUDI-WAHHABIS-KING FAHAD MOSQUE [SAUDI ROYAL PRINCESSES], SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL SAUD ( USA-Saudi Arabia); PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES** (Washington, DC); **PRINCE TURKI AL-FAISAL, AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON** (Washington, DC); **OMAR BIN MUHAMMAD KUDRI, AMBASSADOR** (Unite Nations, NY) ; **ABDELAH ALHARTHI, CONSUL** (Saudi Consulate, Los Angeles); **KHALIL A. KHALIL, FOUNDER [SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE** (KFM-Culver City, CA); **OSMAN (Last Name Unknown) CO-FOUNDER [KFM – Los Angeles]; TAJUDDIN SHUAIB, DIRECTOR AND IMAM [KFM – Los Angeles];  USMAN MADHA, SENIOR ADMINISTRATOR [KFM – Los Angeles, CA]; NISHAR SIDIQUI, BABA ARAHMAN, ADMINISTRATORS [KFM – Los Angeles, CA]; MUSTAPHA (Last name Unknown), SECURITY [KFM – Los Angels, CA];  DR. SAMI AL-IBRAHIMI,** *OFFICIALLY & INDIVIDUALLY,* **AND OTHER UNNAMED PAST, PRESENT, SAUDI-WAHHABI ROYAL PRINCESSES, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES OR EMPLOYEES – [ SAUDI AMBASSADORS TO THE UNITED STATES, SAUDI AMBADSADORS/DIPLOMATS TO THE UNITED NATIONS, GRAND MUFTIS, SUPREME COUNCIL OF JUSTICE, MUJLIS AL-SHURA, ASSOCIATES, DIRECTORS, IMAMS, TRUSTEES, ACCOUNTANTS], PRIVATE CONSULTANTS, OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF SAUDI ARABIA ], et al ,**

601 NEW HAMPSHIRE AVE., N.W., WASHINGTON, D.C. 20037   (202) 337-4076  –  2045 SAWTELLE BLVD., LOS ANGELES, CA 90025 (310) 479-6000  --  10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323  (310) 202-0432

   *and*

**ALAWITE ROYAL PRINCESSES, SULTAN (KING) MOHAMMED VI, HEAD OF STATE, HEAD OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE GOVERNMENT, AND THE COMMANDER-IN-CHIEF OF ALL ARMED FORCES OF THE CROWN;   (Morocco) ; SULTAN (KING) HASSAN II ; SULTAN (KING) ABD AL-HAFIZ** (Morocco); **AZIZ MEKOUAR, AMBASSADOR TO THE UNITED STATES** (Washington, DC) ; **LOTFI BOUCHAARA, COUNSELLOR [AMBASSADORS/DIPLOMATS], ALAWITE/ MOROCCO PERMANENT MISSION TO THE UNITED NATIONS** (New York, NY) ; **DRISS JETTOU, PRIME MINISTER** (Rabat Morocco), *OFFICIALLY & INDIVIDUALLY,* **AND OTHER KNOWN AND UNKNOWN PAST, PRESENT, ALAWITE ROYAL PRINCESSES (DYNASTY), ROYAL CABINET MEMBERS, MINISTERS, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES, ABMASSADORS, DIPLOMATES, [SUPREME COUNCIL OF THE JUDICIARY] JUSTICES, ACCOUNTANTS,   [THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF MOROCCO], et al ,**

1601 21st Street, NW, Washington DC 20009  Tel: 1-202-462-7979  Fax: 1-202- 265-0161

*and*

GEORGE [WALKER] BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA ; RICHARD (DICK) CHENEY, VISE PRESIDENT OF THE UNITED STATES;  DONALD H. RUMSFELD, SECRETARY OF DEFENSE (DOD); CONDOLEEZA RICE, SECRETARYOF STATE; JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES (DOJ); GEORGE J. TANNET, DIRECTOR, (CIA); NORMAN Y. MINETA, SECRETARY,  (DOT); PETER G. PETERSON, CHAIRMAN OF THE BOARD COUNCIL ON FOREIGN RELATIONS (CFR); GEORGE H. BUSH, FORMER, DIRECTOR, (CIA), VICE-PRESIDENT AND PRESIDENT OF THE UNITED STATES OF AMERICA; KENNETH R. FEINBERG, SPECIAL MASTER, [SEPTEMBER 11 VICTIM COMPENSATION FUND OF 2001] , *OFFICIALLY & INDIVIDUALLY*, AND OTHER UNNAMED PAST, PRESENT, GOVERNMENT OFFICIALS, [PRESIDENTS,   SECRETARIES,   SENATORS,   CONGRESSMEN,   GOVERNORS, AMBASSADORS, DIPLOMATS, ASSOCIATES, DIRECTORS, ATTORNEYS-GENERAL, JUSTICES], AGENTS, REPRESENTATIVES OR EMPLOYEES, ACCOUNTANTS], PRIVATE CONSULTANTS AND THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE GOVERNMENT OF THE UNITED STATES OF, et al ,

The WHITE HOUSE; 1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20008

and

SAUDI-WAHHABIS-KING FAHAD MOSQUE, [KINGDOM OF SAUDI ARABIA – SAUDI ROYAL PRINCESSES/ GOVERNMENT OFFICALS] , SAUDI ARABIA-KINGDOM OF MOROCCO  [SAUDI-WAHHABI-ALAWITE   ROYAL   PRINCESSES],   SAUDI-US-BUSH ADMINISTRATION/GOVERNMENT OFFICIALS, et al ,

and does [ 1-____], inclusive - DEFENDANTS

# *Jurisdiction & Venue*

The following jurisdictional and venue claims merit this Complaint to be afforded judicial review on behalf of plaintiffs and other similarly situated Americans -- Muslims and non-Muslims -- who lost loved ones in the aftermath of September 11th attacks.

Jurisdiction over this case is conferred by federal statutes 28 U.S.C. Sec. 1331, 31 U.S.C. Sec. 3729 et seq. 18 U.S.C. Sec. 1961 et seq. and directly under the U.S. Constitution.

Jurisdiction is said to be predicated upon various provisions of Title 28 of the U.S. Code, specifically Sections 1331, in that it is a civil action arising under the laws of the United States, and the First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Thirteenth, Fourteenth, Amendments to the Constitution of the United States, (Federal Question):

b. 28 U.S.C. Sec. 1346, United States as a Defendant;

c. 28 U.S.C. Sec. 1361, An action to compel an officer of the United States to perform his duty;

d. 28 U.S.C. Sec. 1366, Constitution of reference to laws of the United States or Act of Congress;

e. 28 U.S.C. Sec. 1357, Injuries under federal law;

f. 28 U.S.C. Sec. 1365, Senate actions;

g. 28 U.S.C. Sec. 1349, Corporation organized under federal law as party;

h. 32 U.S.C. Sec. 102(3), Federally recognized agencies as all Defendants, named and unnamed are all employees, former employees, agents, officers, or consultants of the United States Federal Government.

Jurisdiction arises pursuant to 28 U.S.C. Sec. 1330(a), 1331 and 1332(a)(2), and 18 U.S.C. Sec. 2388. Jurisdiction also arises based on defendants' violations of 28 U.S.C. Sec. 1605(a)(2), 1605(a)(5) and (a)(7) (the Foreign Sovereign Immunities Act), 28 U.S.C. Sec. 1350 ("Alien Tort Claims Act"), 28 U.S.C. Sec. 1361 (Mandamus), the Torture Victims Protection Act, PL 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. Sec. 1350 note (West 1993)), and 28 U.S.C Sec. 2333;

28 U.S.C. Sec. 1343(a)(2)(3), Civil rights and elective franchise and 42 U.S.C. Sec. 1983, 1985 and 1986, Public Health and Welfare Act in conspiracy and or failure to act and prevent criminal violations of civil rights;

28 U.S.C. Sec. 1332(a)(1), in that there is complete diversity of citizenship and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs;

18 U.S.C. Sec. 1961(1) and 1964(a)(c), Racketeer Influenced and Corrupt Organization s Act (RICO Act) civil remedies and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), compensation for victims of "constitutional torts" by federal actors; and

28 U.S.C. Sec. 2201, declaratory and injunctive relief as deemed necessary.

This Court has a federal question jurisdiction over the action pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed2d 619 (1971) and Sec. 1331, 1343 (a)(1-4) of Title 28 of the United States Code, and has authority to grant the relief requested herein under the authority granted in Dalton v. Specter, 511 U.S. 462, 472 (1994); Malone v. Bowdoin, 369 U.S. 643, 647 (1962).

This Court has supplemental jurisdiction over Plaintiffs claims arising under the Laws of the State of California, New York, Pennsylvania and the District of Columbia pursuant to sec. 1367(a) of Title 28 of the United States Code because these claims are so related to Plaintiff's claims under Federal law that they are part of the same controversy and are derived from a common set of operative facts.

Venue is proper here because, inter alia, Plaintiffs live and one of the skyjacked aircraft that crashed on Sept. 11, 2001 (UAL flight #93) was bound for San Francisco, CA, and because Plaintiffs suffered damages here as they reside here. Also 18 U.S. Code Sec. 1965 and 31 U.S. Code Sec. 3791-3731 provided that actions under RICO and Federal Fraudulent Claims Act may be brought in the district where the person injured (Plaintiffs) resides.

Venue is properly lodged in this District pursuant to Sec. 88 and 1391(a)(b)(2)(3) of Title 28 of the United States Code because at least four of the Defendants are either Federal Agents, Federal Employees, Federal Officers and the Solicitor General, who accepts service for such Federal Agents, Officers or Employees, or Attorneys is also found there, and because, there are several Defendants named who are Court Officials, Federal Employees or Attorneys who are found in several different jurisdiction, the best location to assure an 'Impartial Court' would be the District of Columbia.

*The cause of action give rise to damages exceeding $75,000.*

# *REQUESTED RELIEF*

WHEREFORE, Plaintiffs Princeton Hummingway, NOB: Sidi-Mohammed bin Abd Al-Rahman El 'Halabi El 'Kettani [US-World Victims], pray this <u>Court</u> will grant judgment against Defendants as hereinafter set forth:

I. For declaratory relief, an order declaring that the USA PATRIOT ACTS I AND II are null and void for violation the Constitution, and declaring the defendants' actions to have violated RICO and the FCA, and an injunction enjoining defendants from implementing the USA PATRIOT ACTS I AND II;

II. An order to defendants requiring them to release all information they have concerning the genesis and execution of the 911 acts;

III. Declaratory judgment declaring USA patriot acts I and II to be unconstitutional, null and void;

IV. An order compelling defendants and their cronies and business associates, including Bechtel corp; and Haliburton corp., to reimburse the US treasury for all tax dollars gained by them, which tax dollars have been extracted from plaintiffs, us taxpayers on the basis of false and fraudulent information;

V. An injunction forbidding defendants, and defendants Attorneys-General and Solicitors-General from enforcing patriot acts I or II, and declaratory relief in the for of an order declaring both patriot acts to be unconstitutional.

    a.  For general damages in an amount according to proof at trial;
    b.  For monetary damages according to proof;
    c.  For economic damages according to proof;
    d.  For property damage and loss of use of property according to proof ;

    e.  For punitive damage and all treble damages based on compensatory damages per *RICO* statute as allowed by law according to proof;

    f.  For prejudgment interest as allowed by law;
    g.  For all compensatory damages for pain and suffering, etc;

    h.  For all costs of suit, including all other related fees and costs pursuant to 42 U.S.C. § 1988;

    i.  For all special damages in the amount of $_____ (billions) according to proof; and

    j.  For such other and further extraordinary declaratory and injunctive relief as this <u>Court</u> may deem just and proper on behalf of Plaintiffs and others similarly situated . . . .