No.  **06 1111 - RMC**

# CLASS ACTION
## LAWSUIT

_____
_____ *Jury Trial Demanded* _____

COPYRIGHT © 2006

# No. 06 1111

## United States district court
### for the District of Columbia

PRINCETON HUMMINGWAY, By Birth:
Sidi Mohammed El 'Halabi El 'Kettani [Idrisi Shaeif ]

— US-WORLD VICTIMS, et al, PlAINTIFFS,

v.

### *Defendants*

SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL SAUD ( Saudi Arabia); PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES (Washington, DC); PRINCE TURKI AL-FAISAL, AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON (Washington, DC); OMAR BIN MUHAMMAD KUDRI, AMBASSADOR (Unite Nations, NY) ; ABDELAH ALHARTHI, CONSUL (Saudi Consulate, Los Angeles); KHALIL A. KHALIL, FOUNDER [SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA); OSMAN (Last Name Unknown) CO-FOUNDER [KFM – Los Angeles]; TAJUDDIN SHUAIB, DIRECTOR AND IMAM [KFM – Los Angeles]; USMAN MADHA, SENIOR ADMINISTRATOR [KFM – Los Angeles, CA]; NISHAR SIDIQUI, BABA ARAHMAN, ADMINISTRATORS [KFM – Los Angeles, CA]; MUSTAPHA (Last name Unknown), SECURITY [KFM – Los Angels, CA]; DR. SAMI AL-IBRAHIMI, *OFFICIALLY & INDIVIDUALLY*, AND OTHER UNNAMED PAST, PRESENT, SAUDI-WAHHABI ROYAL PRINCESSES, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES OR EMPLOYEES – [ SAUDI AMBASSADORS TO THE UNITED STATES, SAUDI AMBADSADORS/DIPLOMATS TO THE UNITED NATIONS, GRAND MUFTIS, SUPREME COUNCIL OF JUSTICE, MUJLIS AL-SHURA, ASSOCIATES, DIRECTORS, IMAMS, TRUSTEES, ACCOUNTANTS], PRIVATE CONSULTANTS, OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF SAUDI ARABIA ], et al ,

### *and Defendants & Co-Defendants*

KINGDOM OF SAUDI ARABIA [SAUDI-WAHHABI ROYAL PRINCESSES], SAUDI ROYAL EMBASSY (Washington, DC) ; SAUDI PERMANENT MISSION TO THE UNITED NATIONS (New York, NY) ; SAUDI ROYAL CONSULATE (Los Angeles, CA) ; SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA) ; SAUDI ARABIA-KINGDOM OF MOROCCO [ALAWITE ROYAL PRINCESSES], ALAWITE ROYAL EMBASSY (Washington, DC), ALAWITE PERMANENT MISSION TO THE UNITED NATIONS ( New York, NY) ; SAUDI ARABIA-UNITED STATES OF AMERICA [THE BUSH ADMINISTRATION], DEPARTMENT OF STATE, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, CENTRAL INTILLEGENCE AGENCY (CIA), HOMELAD SECURITY (HS), FEDERAL BUREAU OF INVESTIGATION (FBI), US-BUSH PERMANENT MISSION TO THE UNITED NATIONS , et al

3

---

**Complaint for Damages, Injunction
and Declaratory Relief**

---

# PLAINTIFFS' FIRST  AMENDED COMPLAINT

NOW COMES, the Plaintiffs, Princeton Hummingway, NOB: Sidi Mohammed Bn' Abd Al-Rahman El 'Halabi El 'Kettani [US-World Victims"] , on information, belief and established facts, by and through Princeton Hummingway, Plaintiffs Pro se,  and for their causes of action against all named and unnamed Defendants state the following:

## *STATEMENT OF THE CASE*

Plaintiffs commenced this *'Class Action Lawsuit'* on 6, June, 2006, by filing of Complaint with the United States district court for the District of Columbia (Washington, DC). This Amended Complaint provides substantial  additional facts, evidence and voluntary support from all concerned Citizens of the world who seek justice and the truth as to the alleged charges_____. Plaintiffs hereby assert Defendants, officially and individually are exclusively liable to answer the *Counts* in this Complaint under the Federal Constitution and Domestic Laws of the United States, the Islamic Laws [i.e., Shari 'ah (Sacred) Laws, the International Law, the Basic Laws of other Nations including, the United Kingdom, the Republic of France, the Netherlands, Italy, Spain and other Governments of NATO members; the Charter of the United Nations, the Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and other National and International Laws.

This is a civil action arising under the laws of the United States of America and customary international law on behalf of named Plaintiffs and a class of all Citizens [Christains, Jews, Muslims and non-Muslims] . . . .

4

Defendants' actions were in violation of numerous fundamental human rights laws and the international treaties prohibiting crimes against humanity, genocide war crimes, and crimes against peace. Defendants' actions violated US Laws and customary international law, laws which "result from a general and consistent practice of states followed by them from a sense of legal obligation." Restatement (Third) of the Foreign Relations Law of the United States, § 102 (2)(1987). Plaintiffs cite numerous treaties, court decisions and the United Nations resolutions, not as a source of their substantive rights, but rather as evidence of the content of customary international law. In further support, Plaintiffs cite the Universal Declaration of Human Rights; the Genocide Convention; the 1919 Paris Commission on Responsibility of Authors of the War; the United Nations Charter; the Geneva Convention of 1929; the supplemental Geneva Convention of the Treatment of non-Combatants During World War Time; the principles of customary international law recognized by the Nuremberg Tribunals; the Covenant on Civil and Political Rights; and the Hague Convention of 1907.

Additionally, Defendants committed torts under the laws of the United States, requiring Defendants to pay Plaintiffs and the Class members appropriate compensatory and punitive damages for their injuries and losses.

*"This civil action seeks to hold those responsible for a more subtle and insidious form of terrorism, that which attempts to hide behind the façade of legitimacy. These entities, clocked in a thin veil of legitimacy, were and are the true enablers of terrorism. The financial resources and support network of those defendants – charities, banks, and individual financiers – are what allowed the Dismemberment, Segregation and Impoverishment of the 4.8 billion Muslim and non-Muslims worldwide – are what allowed [Inflicting, Inciting and Enhancing Violence Between and Among Muslims and non-Muslims countries; Blackmailing... Assassinations, summary execution and kidnapping of political prisoners, torture and execution of both citizens and foreigners by beheading or stoning, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging , beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by the Oppressive Regimes]... And are what allowed t[he Massacre in Srebrenica, Bosnia; the Genocide in Palestine, Sudan, Ethiopia, Chechnya and Afghanistan - Iran-Iraq War… and the Events of September 11[th] to occur.*

Plaintiffs are all victims of **Crimes against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes …** Plaintiffs are all [Taxpayers of the United States of America and the World], except for Plaintiff "United States Government" ("USG"), which is named as plaintiff because 31 US Code Sec. 3730(b) states that an action under the Federal Fraudulent Claims Act must be brought in the name of the US government. Plaintiffs also aver that they bring this action in the name of all VICTIMS of DEFENDANTS' schemes as stated in this action.

Plaintiffs are suing the above named Defendants of the 'Illegal Acts – Illegal Policies' on behalf of the Saudi Government [Saudi-Wahhabi Royal Princesses], Saudis-Kingdom of Morocco [Saudi-Alawi Royal Princesses], Saudi-Wahhabis-US-Bush Administration/Government Officials, herein.

*Plaintiffs will amend the Class Action to state Defendants' true identities and/or corporations when ascertain… Plaintiffs will amend the Class Action to include additional Defendants and/or Corporations when ascertained.*

"This is an actual case and controversy and is not "Political" case. In particular, the second cause of action for violation of 31 US Code Sec. 3729 is brought under 31 US CODE Sec. 3730 (b), which states that private citizens have rights to bring such an action against Saudis-Alawites-US-Bush Administration, *et al*. In the name of the US-World Victims ["US-World Citizens"]," to recover funds of which the US-World Victims [USG] have been defrauded by defendants, via false claims… Plaintiffs accuse Defendants of violating U.S. Constitutions – U.S. federal laws and Statutes, International Laws, and abusing powers, (i.e., committing illegal acts, not of political decisions. The acts are ministerial, not discretionary. Defendants violated clearly established laws and rights of plaintiffs, such as First Amendment rights of Free Speech and Fourth Amendment rights to be free from Unreasonable Searches and Seizures, and cannot claim "Qualified Immunity." Though they are high federal officeholders, defendants are not immune from suit. A sitting president can be sued for violating clearly established laws in office."

*Plaintiffs demand a jury trial.*

*The statute of limitation does not bar this action.*

This is an action to recover Damages for Crimes Against Humanities… World Crimes, and other Criminal Acts and High Crimes, e.g., [[Death threats, Torture, Blackmailing, Assassinations, summary execution and kidnapping of political prisoners, torture and execution of both citizens and foreigners by beheading or stoning, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging , beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by the Oppressive Regimes; Secret military tribunals and

summary execution of both citizens and foreigners... Crimes against Peace, War Crimes, and other Criminal Acts and High Crimes ]]...

This is an action to recover Damages for the Inhumane Treatment of US-World Victims – World Citizens and Prisoners alike... for the Miscarriage of Justice; Gross Misconduct ; Gross Negligence ; Fraud and Deceit; Fraud and Conspiracy ; Conspiracy to Commit Offense; Conspiracy to the Defraud the Citizens of the United States and World Nations; Conspiracy against Rights; Bribery, Theft, Extortion, Secrilege, Treason and Murder; The Great Intolerance: The Great Injustices; Intentional Personal Injury; Intentional Infliction of Emotional Distress; Physical and Mental Torture; Abuse of Process; Abuse of Power; Political Oppression; Tyranny; Cruel and Unusual Punishment; Racial and Ethnic Classification    False Imprisonment; and the Unconscionable – Unconstitutional Acts and other Wrongful Conduct , which occurred in the course of 9/11 events and prior to the September 11 attacks... the torture and killing of innocent lives [Men, Women and Children] by the Oppressive [Brutal] Regimes        [Saudi-Wahhabi-Alawi Regimes -- US-Bush Administration (USA)], their Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Agents, Justices, Lords, Chancellors, Archbishops, Bishops, Members of Congress [United Nations], Ambassadors, Diplomats, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them.

Plaintiffs seek relief from this Court in the form of Orders: 1)    Plaintiffs seek a Declaratory Judgment and opinion barring the Saudi Princesses -- Saudi Officials, Diplomats, Mosques and/or Religious Institutions from spreading and/or (continuing) their Saudi-Wahhabism political and religious ideology in the United States and other parts of the world... and declaring the Saudi-Wahhabi-style Islamic Law -- Saudi-Wahhabi Indoctrination within the United States and other parts of the world un-Islamic, un-Civilized and un-Constitutional in its face; 2) Mandatory Injunction from the ongoing Genocides, Tortures, and   Execution of Political Prisoners, the Killing of Innocent Civilians and the Unconscionable Acts of Defendants Saudi Arabia [Saudi-Wahhabi Royal Princesses/Government Officials], Saudi-Wahhabis-Kingdom of Morocco [Alawite Royal Princesses], Saudi Arabia-US-Bush Administratio [USA]; 3) Mandamus Relief Commanding the U.S. Congress/World Tribunal to assign Independent-Special-Committee [Independent Task Force] to begin an in-depth investigation into the Allegations – to determine if in any 'Criminal Violations' occurred or were Committed; 4) Defendants, jointly and severally be ordered to pay Damages and Special Damages; and   5) an Accounting from Defendants, and each of them, for the Unconscionable -- Unconstitutional Acts . . . .

Plaintiffs seek a declaratory judgment and opinion declaring the USA Patriot Acts I and II unconstitutional, for violating plaintiffs' clearly established Rights Under the International Laws; Common Laws and the 1st, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, 13th and 14th Amendments to the US Constitution. We ask the Court to enjoin enforcement of the USA Patriotic Acts I and II accordingly.

7

Plaintiffs also ask the Court to render a Declaratory Judgment declaring the military action in Iraq, Afghanistan and other parts world to be unconstitutional.

There is a need for an injunction because defendants, and each of them, continue to squander taxpayers' money and there is reason to believe defendants plan further military adventures in Syria, Iran, and other parts of the Middle Eastern countries and the world, which would drain the U.S. and the world treasury, deprive plaintiffs of federal and state funds and tax money.

The people of the world... are united in condemning, in the strongest possible terms, the invasion and occupation of Iraq, Afghanistan, Palestine, Chechnya, and other parts of the world. the people of the world are united in condemning, in the strongest possible terms, the terrorists of all shapes and forms—who planned and carried out the [9/11/2001 attacks on the World Trade Center and the Pentagon], and in pursuing all those responsible for those attacks and their sponsors until they are brought to justice.

Defendants all have officers in California, Washington, DC, New York (United States); Riyadh (Saudi Arabia); Rabat/Fez (Morocco), Paris (France), London (United Kingdom); Tel Aviv (Israel); Africa, Asia, Europr, Middle East, the Two Americas and the Hague (Netherlands) . . . .

***Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S. and International Law, Federal Rules of Civil Procedures, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims—Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated.***

# CLASS ALLEGATIONS

This action is brought and may properly be maintained as a class action pursuant to the provisions of Federal Rule of Civil Procedure 23. Plaintiffs bring this action on behalf of themselves and a class of all US-World Victims [Americans -- Christians, Jews, Muslims and non-Muslims] and their heirs and beneficiaries, who suffered monetary and/or property losses or forced into slave labor due to the systematic and brutal extermination by the *'World Dictators and Totalitarian Regimes . . . .*

The exact number of the members of the class, as identified above, is not known to Plaintiffs, but it is estimated that members of the class number in the tens or hundreds of thousands and are so numerous that joinder of individual members herein is impracticable.

Questions of fact and law common to the class predominate over any questions affecting only individual members. Common questions of fact and law include:

a.   Whether Defendants were directly and/or indirectly involved with the torture, killing, plundering and/or conversion of Plaintiffs and their property and Plaintiffs' labor in violation of U.S. and international law.

b.   Whether Plaintiffs experienced irreparable harm by Defendants' wrongful taking of Plaintiffs' property and goods, supporting a claim for restitution.

a.   Whether Defendants were unjustly enriched by their unconscionable – wrongful acts.

Plaintiffs' claims are typical of the claims of the other members of the Class, since all such claims arise out of Defendants' actions or the actions of its agents, which resulted in the deaths, torture, assault, plunder and the loss of Plaintiffs' and their ancestors' rightful property, which gives Plaintiffs the right to the relief sought.

There is no conflict as between the named Plaintiffs and the members of the class which they represent with respect to this action, or with respect to the claims for relief set forth herein.

Plaintiffs are committed to the vigorous prosecution of this action and will retain competent counsels experienced in the prosecution of class actions. Accordingly, Plaintiffs are adequate representatives of the Class and will fairly and adequately protect the interests of the Class.

9

The prosecution of separate actions by individual members of the Class would create a risk of inconsistent or varying adjudications, which would establish incompatible standards of conduct for the defendants in this action.

Plaintiffs anticipate that there will be no difficulty in the management of this litigation. A class action is superior to other available methods for fair and efficient adjudication of the controversy. Accordingly, Certification of the Plaintiff class is appropriate under Fed. R. Civ. P. 23(b)(1), (2) and/or (3).

---

## *Statement of the Argument*

### STONING A HUMAN TO DEATH

". . . Hear the deafening silence of the 1.2 billion muslims worldwide, who are in a vigorous fit of inactivity, calmly pretending not to know. But, the balance 5/6th of the world, (1.5 billion Christians, 1.1 billion Taoists, 1 billion Hindus, 700 million Bhuddists and others) can do something to stop this barbarism of the middle-east."

*FACTS*....

A deep hole is dug in the ground. A 30 year old lady, tied up from feet to shoulders, as a stick, is lowered alive into this hole, in a standing position. Only her neck and head are visible. Can you imagine a human head sticking above ground?

When the order is given, a man throws a fist-sized stone at her protruding head. The stone hits her head with a thud. She screems in pain as the blood oozes down her face. Another man picks up a stone and scraps the side of her head drawing a lateral line of blood. She cries and screems in excruciating pain. Since it is a free for all, a teenage spectator from this open playing field, tries his luck, but misses her head completely. Another aims at her and flings it with force. The stone hits its intended target, her forehead.

She screems and cries loudly for mercy. There is now a gash on her forehead. Blood spurting out, down her eyes, nose, cheeks, mouth and down to the ground. She cries out for mercy but to not avail. The minutes become an hour, between the many misses, scraps, nicks, chips and strikes. Another spectator flings forcefully at her.

The stone hits the bridge of her nose with another thud. She screems again and again. This time the blood comes down from inside and outside her nose. Probably, her nasal bridge-bone is broken, causing the bleeding from inside her nostrils as well. Though her wounds are grave, as you can imagine, her screems by now are not as vociferous as earlier, and her tears help to wash some of the blood on her cheeks. Her vision has completely gone with the blood coating.The next stone hits her again. A piece of flesh pops out. No, its not, oh god, it really can't be her eye-ball. It is so bloody that you cann't really make out. By this time, blood has covered her entire face and the ground in front of her.She still makes groaning sounds. More time pass. Stoning her, continues. Her sounds are less and less audible. Her face has become unrecognisable. Flesh, like mashed meat is her face, but only more bloody, as she now literally has no human face. Small strips of flesh, like locks of hair are hanging from her. Her head is now droopping forward. At this stage a hit on her make splashes of blood. She has stopped making a sound for the last two stone pelting. Two hours have passed. The Islamic authorities check her neck for pulse. It is still beating but barely, due to the loss of blood. A flesh piece drops off her head, as the stoning process continues.

10

Finally,death comes to this lady. She is then left there for a few more hours for the spectators to see, because this is a public lesson for all muslim females, who commit adultery.Then her father and relatives are allowed to dig her body, and bring it above ground. Pieces of her flesh, lying on the ground, is collected and because she has no face, it is put back on the front of her head, and bundled up. Now readers, imagine that is your mother, or your daughter, or sister, or even you, yourself.

\* \* \* \* \*

Defendants Saudi Arabia [Saudi-Wahabi Royal Princesses/Government Officials], Saudi-Wahhabis-Kingdom of Morcco [Alawi Royal Princesses], Saudi-Wahhabis-US-Bush Administration [USA], their  [Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Senators, Congressmen, Justices, Lords, Chancellors, Bishops… [United Nations], Ambassadors, Diplomats, Agents, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them,… knowingly  conspired, agreed, (aided and abetted), and confederated among and between each other to Defy the United States Constitution, the Universal Declaration of Human Rights, the International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights by:  1) Authorizing the 9/11/2001 attacks on the World Trade Center and the Pentagon, and the  killing of thousands of innocent lives. . . . [the Dismemberment, Segregation and Impoverishment of the 4.8 Billion Muslims and non-Muslims worldwide, t[he Genocide in Middle East, Asia, Africa [Palestine, Iraq, Sudan, Ethiopia, Chechnya and Afghanistan] - t[he Massacre in Srebrenica, Bosnia; Iran-Iraq War… and the Events of September 11th ];  *2)* *Seizing power to wage wars of aggression against sovereign nations (innocent civilians);* *3)    Authorizing, ordering and condoning massive assaults on and  occupation of* *Afghanistan, Iraq, Palestine, Chechnya and other parts of the world, which resulted in*

11

*the death and disfigurement of millions of innocent lives [both civilians and military];*
4)    Authorizing, ordering and condoning assassinations, summary execution and kidnapping of political prisoners, torture and execution of both citizens and foreigners by beheading or stoning, suppression of civil liberties, suppression of opposition views, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: [arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging , beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by the Oppressive Regimes; 5) Authorizing, ordering and condoning secret military tribunals and summary execution of both citizens and foreigners; 6) passing laws and instituting judicial and political procedures which have seriously eroded the rights of the individual; 7) targeting citizens of Arabian nationality and Islamic religious beliefs; 8) Attempting with impunity to commit crimes against the peace of humanity, acts of war crimes against the peoples of the world, deprivations of the civil rights and basic freedoms of its own citizens and visitors, all by usurping and abusing powers limited by the Laws of Nations; 9) Violating and ignoring the U.S. Constitution, the U.N. Charters and those fundamental human freedoms which form the core of the political religion of Americanism, by acting to strip its citizens and visitors of the procedural safeguards of the American Justice System, through ordering the arrests and indefinite detention of persons involved in noncriminal, political and religious activities, placing them under arrest and subjecting them to the intimidation and indignity of interrogation; 10) Violations and subversions of the Constitution of the United States, The U.N. Charters and the International Human Rights Law, in an

attempt to commit with impunity crimes against peace and humanity and war crimes in wars and threats of aggression against the third world.

# The PARTIES

Plaintiffs, **Princeton Hummingway, NOB: Sidi Mohammed Bn' Abd Al-Rahman El 'Halabi El 'Kettani [911-World Victims] -- Americans, Arab-Americans, African-Americans, Christians, Jews, Muslims and non-Muslims... Taxpayers of United States of America and the World (hereinafter Citizens of World Nations ("9/11WV-CWN"), _et al…_**

### _Defendants_

SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL SAUD ( Saudi Arabia); PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES (Washington, DC); PRINCE TURKI AL-FAISAL, AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON (Washington, DC); OMAR BIN MUHAMMAD KUDRI, AMBASSADOR (Unite Nations, NY) ; ABDELAH ALHARTHI, CONSUL (Saudi Consulate, Los Angeles); KHALIL A. KHALIL, FOUNDER [SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA); OSMAN (Last Name Unknown) CO-FOUNDER [KFM – Los Angeles]; TAJUDDIN SHUAIB, DIRECTOR AND IMAM [KFM – Los Angeles]; USMAN MADHA, SENIOR ADMINISTRATOR [KFM – Los Angeles, CA]; NISHAR SIDIQUI, BABA ARAHMAN, ADMINISTRATORS [KFM – Los Angeles, CA]; MUSTAPHA (Last name Unknown), SECURITY [KFM – Los Angels, CA]; DR. SAMI AL-IBRAHIMI, _OFFICIALLY & INDIVIDUALLY_, AND OTHER UNNAMED PAST, PRESENT, SAUDI-WAHHABI ROYAL PRINCESSES, GOVERNMENT OFFICIALS, AGENTS, REPRESENTATIVES OR EMPLOYEES – [ SAUDI AMBASSADORS TO THE UNITED STATES, SAUDI AMBADSADORS/DIPLOMATS TO THE UNITED NATIONS, GRAND MUFTIS, SUPREME COUNCIL OF JUSTICE, MUJLIS AL-SHURA, ASSOCIATES, DIRECTORS, IMAMS, TRUSTEES, ACCOUNTANTS], PRIVATE CONSULTANTS, OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF SAUDI ARABIA ], et al ,

601 NEW HAMPSHIRE AVE., N.W., WASHINGTON, D.C. 20037    (202) 337-4076  –  2045 SAWTELLE BLVD., LOS ANGELES, CA 90025 (310) 479-6000  --  10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323 (310) 202-0432

### _and Defendants & Co-Defendants_

KINGDOM OF SAUDI ARABIA [SAUDI-WAHHABI ROYAL PRINCESSES], SAUDI ROYAL EMBASSY (Washington, DC) ; SAUDI PERMANENT MISSION TO THE UNITED NATIONS (New York, NY) ; SAUDI ROYAL CONSULATE (Los Angeles, CA) ; SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA) ;  SAUDI ARABIA-KINGDOM OF MOROCCO [ALAWITE ROYAL PRINCESSES], ALAWITE ROYAL EMBASSY (Washington, DC), ALAWITE PERMANENT MISSION TO THE UNITED NATIONS ( New York, NY) ; SAUDI ARABIA-UNITED STATES OF AMERICA [THE BUSH ADMINISTRATION], DEPARTMENT OF STATE, DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE, CENTRAL INTILLEGENCE AGENCY (CIA), HOMELAD SECURITY (HS), FEDERAL

13

BUREAU OF INVESTIGATION (FBI), US-BUSH PERMANENT MISSION TO THE UNITED NATIONS , et al

———————

# **INTRODUCTION**

### **Saudi-Wahhabism-King Fahad Mosque**

**Saudi Arabia is a country without a constitution or elected representatives... Saudi Arabia [the Sheikdom], ruled by King Fahd bin Abd al-Aziz al-Saud (Saudi-Wahhabi Royal Princesses) view Muslims who speak out against corruption... who support or advocate basic human/ individual rights and freedoms as an urgent threat who must be dealt with harshly if purity of Islam, which Saudi-Wahhabis claim to represent, is to be safeguarded...**

**See Appendix "A"**

### *Defendant Saudi Arabia*

### **Saudi-Wahhabis-King Fahad Mosque**
[ Culver City, CA ]

*Defendant, the Kingdom of Saudi Arabia (hereinafter " Defendant KSA"),* an international sovereign nation, empowered, limited and controlled subject to its Saudi-Wahhabi-style Islamic Law -- Islamic Ideology, is the Kingdom of Saudi Arabia as set forth by its territorial boundaries description which the Court is requested under the Applicable Laws, Islamic Laws, International Laws and Common Laws, and under U.S. Federal Rules and Statutes to take judicial notice of said territorial description and boundaries commonly referred to as the KSA, herein as defined and set forth under the Saudi-Wahhabi-style Islamic Law -- Islamic Ideology.

14

Defendant King Abdullah bin Abd al-Aziz Al Saud (hereinafter "KA-AlSaud") former Crown Prince and First Deputy Minister (the Country's De Facto Ruler), under color of authority and office is responsible as Chief of State and Monarch of the Kingdom of Saudi Arabia, and Head of Government and Armed Forces, respectively, officially and individually, under the Saudi-Wahhabi-style isalmic Law -- Islamic Ideology (hereinafter "SWIS-II") was and continues to be in control of Defendant KSA and all other named and unnamed Defendants, and each of them, officially and individually. At all times relevant to the claims herein, all Defendants present and past Saudi Royal Princesses—Saudi Government Officials, Ministers, Ambassadors, Diplomats, Officers or Employees, and each of them, have long had personal ties to Defendant King Abdullah and his family relevant to establish and support the Saudi-Wahhabi-style Islamic Law—Islamic Ideology_____. Defendant KA-AlSaud holds great _____, _____ and political power, and is often likened to an absolute monarch. Defendant King Abdullah is an individual who is also a citizen of Saudi Arabia who acted with executive [legislative and judicial] power as King and New Chief of State under Saudi-Wahhabi-style Islamic Law—Islamic Ideology. Defendant King Abdullah receives for his compensation for services payments from the Saudi Arabia Treasury to conduct his official acts in a faithful manner and solemnly swore he will faithfully execute the Office of Chief of the Kingdom of Saudi Arabia and will do the best of his ability, to preserve, protect and defend the "Two Holy Mosques [Islam's Holiest Shrine in Medina and birthplace of the Prophet Mohammed in Mecca]. Defendant KA-AlSaud's conduct during the 1970s-1980s, prior to... [the Massacre in Srebrenica, Bosnia; the Genocide in Palestine, Sudan, Ethiopia, Chechnya and Afghanistan -- Iran-Iraq-War... and the events of September 11th [9/11/2001 attacks on the World Trade

15

Center and the Pentagon]... raises serious doubt on the face of the evidence he failed to uphold his "oath" to protect Plaintiffs' Families and Relatives: Husbands, Wives, Fathers, Mothers and Children [American Citizens... Arab-Americans, African-Americans, Saudi and Foreign Citizens, Muslims and non-Muslims]... and the Holiest Shrine of Islam in Medina and Mecca from the devastating attacks of this famous and infamous crimes against humanities. Due to the complexity of this litigation and large number of named and unnamed Defendants in this matter, for clarity purposes, Defendants KSA, et al., will mean King Abdullah as he is solely responsible for all acts and omissions of all subordinate Defendants under the provisions of Islamic Law, International Human Rights Law, International Humanitarian law, Common Law, the US Constitution and the Law of the Nations.

## Background on
## Sidi Mohammed and King Fahad Mosque Relationship

**On or around 20 December, 2004,** Shortly after Sidi Mohammed's (S.M.) release from federal prison, S.M. decided to visit King Fahad Mosque (KFM) to meet with Khalil Al-Khalil (one of the owners of the mosque). S.M. was hoping to speak to Khalil about his current plans for pursuing justice and explain at length the significance of his work which is intended to benefit society and Muslims at large. S.M. sought Khalil and other prominent figures in the community in order to champion his cause by providing resources and financial assistance. S.M. arrived at KFM in the morning of December 20, 2004, and while still outside the facility, he was approached by Tajuddin Shuaib. Shuaib was at first suspicious of S.M.'s appearance, and with a disgruntled look on his face Shuaib cautiously questioned him about why he was at KFM. S.M. explained that he was there to meet with Khalil, S.M. mentioned that he had been in touch with Khalil back in 1998 and gave Shuaib some background information about himself. At that point, Shuaib welcomed S.M. and informed him that he is the director of KFM. Shuaib also mentioned that he is one of the persons in charge, and thus S.M. could speak to him instead.

Shuaib took S.M. into the KFM library and both individuals sat and talked. S.M. further explained his current situation (i.e. the recent release from prison and his pursuit of justice). Shuaib was intrigued with what S.M. had to say and sensed that S.M. may be of beneficial use to him and KFM's affairs. Therefore Shuaib offered S.M. full use of the KFM library, and had also introduced him to KFM's working staff so that they would know of the arrangement. Later that evening, Shuaib also made a public announcement to members of the congregation requesting financial contributions, and described S.M. as

17

someone in need of help. S.M. was bothered with this announcement, as he didn't want to be treated as a charity case, S.M.'s intention was for people to support his cause and not necessarily himself. S.M. relayed this to Shuaib, and Shuaib had then apologized.

S.M.'s relationship with KFM continued without any problems for at least 2 to 2 ½ months. At that time, S.M. worked on his affairs in the library from morning (about 9:30 AM) to late evening (about 8:30 PM) everyday. (S.M.'s affairs included work on two major civil lawsuits against the Government of the United States for his unjust imprisonment and the Justice Department's longstanding unconstitutional practices). S.M. also offered legal advice to a number of people who attended the mosque and became a point of contact where many who attended KFM would meet and spend quality time speaking with S.M.

Shuaib on many occasions would also meet with S.M. to ask for advice on many issues, which also included KFM administrative issues. Since KFM was going through financial troubles -- making it difficult for the administration to keep up with operational costs, S.M. offered to advise Shuaib on how to multiply KFM's revenue. S.M. asked Shuaib to arrange a meeting with the board and with KFM owners (such as Khalil), so that S.M. could outline plans that would improve the administrative and financial operations of KFM – he also wanted to further advise on ways to improve greater community outreach and brotherhood. Shuaib welcomed this offer verbally, but never moved ahead to arrange such a meeting; Shuaib would either make excuses to S.M. or avoid bringing it up. But, nonetheless Shuaib would continue to seek advice from S.M. to suit his own agenda.

18

During private conversations between Shuaib and S.M., Shuaib revealed some of the behind-the-scenes politics and competition going on between the Arab and Pakistani administrators. There had been extensive divisions and mistrust between the two racial groups. Baba-Rahman (another administrator who was Pakistani) also took an interest in S.M.'s affairs, and after speaking to him was interested to hear about what kind of plans S.M. had in mind to improve KFM's operations. Baba-Rahman informed S.M. that Shuaib was the main problem to improving KFM operations and offered to set up a meeting with the Pakistani's to discuss the issue further. A day or two later Baba-Rahman confirmed with S.M. that a meeting had been scheduled for the weekend – however Babarahman never moved forward with the meeting and never brought it up again to S.M.

Since Sidi Mohammed was present inside KFM everyday of the week (from opening until closing), he also observed many unsettling matters that took place in the mosque. S.M. noticed the humiliation, mistreatment, and lack of consideration towards certain poor individuals who came to KFM for help. As well as the crude and ill-mannered behavior of Mustafa (a staff member) who didn't have the appropriate communication skills to deal with non-Muslim visitors and who often times would help himself to clothing that was donated for the purposes of helping the mosque's poor and needy. The observation of these corrupt practices bothered Sidi Mohammed, who didn't want to remain silent and wanted to present his plans for improving the mosque to KFM's board.

Members of the community who attended KFM also noticed that S.M. was hard working, respectful, and easy to speak to for advice. And in a short period of time S.M.

quickly gained the community's trust and respect. Prominent figures of the community would stop by the library (which is located next to the entrance) and spend considerable time speaking with S.M. about various issues. S.M.'s prominent visibility led to the envy of some KFM administrators, given that S.M.'s work ethic began to overshadow their substandard behavior and superficial attitude.

Consequently, shortly afterward things quickly took a dramatic turn. During this time period, some of the envious KFM administrators discussed suspicions among themselves about Sidi Mohammed's intentions. Some rumors even spread to members of the congregation that S.M. may be an agent working for the FBI. This sense of mistrust was further fuelled by a congregation prayer held by S.M. During this prayer, S.M. forgot to recite a portion of the ritual Quranic recitation . . . to be more specific... while S.M. was reciting the Quran in the first rak'ah he made a mistake in the recitation, then some members of the congregation began to try and correct his recitation, however more than one voice was calling out the correction and making matters worse the corrections were conflicting and so it caused even further confusion for S.M. Then on the second rak'ah S.M. accidentally forgot to recite al-Fatiha, due to all the confusion and frustration caused earlier and continued to recite the portion of the Quran where he left off from the first rak'ah.) After the prayer ended, this mistake angered a few worshippers (although some were upset, others were understanding because mistakes in reciting the Quran have happened to many before, including the main Imam, Director Shuaib – Even Shuaib once had voiced his displeasure to the congregation when more than one person attempted to correct his recitation, which also led to his confusion and frustration.

20

And so not only did the handful of irritated worshippers raise their objections to the mosque's Director Shuaib, but also began to shun and avoid greeting S.M. One of the very few who passionately raised their objections was a Pakistani man who a few weeks prior to this incident was bothered by S.M.'s refusal to accept money from him (in other words, the man felt insulted and later used it in retaliation against Sidi Mohammed).

Another incident occurred with a patron of the mosque who claimed to be a Saudi Royal Prince. S.M. had discussed his mission with this so-called Prince, who also worked at the Saudi Consulate of Los Angeles, however the phone conversation they shared didn't go well and the so-called prince was very angered by some of S.M.'s straightforward comments. Afterward, the so-called Prince called Shuaib on the phone and vehemently voiced his complaint and displeasure with S.M.

Shortly after this incident, Shuaib "invited" S.M. to continue his work upstairs in a private conference room away from the public's view. S.M. continued his work upstairs for about 2 weeks, then he was told by Shuaib that he can no longer use KFM's premises to conduct any of his work. S.M. was quite surprised with the sudden change of heart. Shuaib explained to S.M. that the owners of KFM felt threatened with the nature of Sidi Mohammed's legal work (i.e. the lawsuits against the U.S. Government), and were supposedly concerned with the mosque's future stability. Shuaib also made it clear that the owners will "force you out" if you do not comply. Sidi Mohammed respectfully complied with Shuaib's request and stopped conducting any of his affairs at KFM.

Sidi Mohammed felt used and manipulated by the KFM administrators. He was always asked by Shuaib and others for advice on administrative, financial and legal issues. But since S.M. noticed that Shuaib and others misused this advise to benefit their

21

own selfish needs – and not for the benefit of the community – he no longer agreed to comply, and thus was no longer of use to them. S.M. was usually straight forward with Shuaib and told him the truth even if it wasn't pleasant. KFM administrators are accustomed to running the mosque on their terms – which is usually not according to divine Islamic principles – and as long as someone can be of material benefit, then they are welcomed. However -- like many others in the past -- when one raises concerns about corrupt practices and/or the mosque's extensive failures, they are either ignored or pushed out.

## *Summary*

Beginning on or about 15 March, 2005 and continuing to on or about present, in the City of Culver, California, and elsewhere, Defendants Saudi Arabia [Saudi-Wahhabi Kingdom], Saudi Royal Embassy in Washington, DC, Saudi Consulate in Los Angeles, CA, Saudi-Wahhabi Islamic Foundation of Shaikh Ibn Taimmiyyah—King Fahad Mosque in Culver City, CA,... their Governments: Agents, Kings, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Ambassadors, Diplomats, Directors, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants: King Fahd Bin Abd al-Aziz Al Saud, former Head of State and Prime Minister: [ King Abdullah bin Abd al-Aziz Al Saud, former Crown Prince and First Minister (the Country's De Facto Ruler); Prince Bandar Bin Sultan, former Ambassador to the United States; Saudi Embassy's Spokesperson Abdel-al Jubeir; Saudi Consul Abdelah Alharthi; Sheikh Ibn Taimmiyyah, Khalil Al-Khalil, Tajuddin Shuaib, Usman Mahda, Osman, Nishar Sidiqui, Mustapha,

Baba Alrahman, Dr. Sami Al-Ibrahimi and so-called Prince and his Associates, and each of them...] conspired, agreed, (aided and abetted), and confederated among and between each other to oppress and injure Plaintiffs in the free exercise and enjoyment of their Constitutional liberties, and to subject them to humiliation, intimidation, threats and harassment... all in violation of the US Law [Constitution] the UN Charters, the International Human Rights Law, Humanitarian Law, and the Laws of Nations.

Beginning on or about 24, June, 2005 and continuing to on or about 11, November, 2005, in Culver City, California, and elsewhere,   shortly after the Friday prayer ended (approximately 0150 hours), and while the two Muslim worshippers [Sidi Mohammed El 'Kettani and Sufyan Omeish] were focused on the prayer,  under the direction of KFM Board of Trustees, Directors and Associates,... Khalil al-Khalil, Chair and Co-Founder of KFM-Islamic Foundation of Shaikh Ibn Taimmiyyah (in Culver City California); Saudi Embassy (in Washington DC); Saudi Consulate (in Los Angeles, California);   Nishar Sidiqui, along with other KFM Staff and Council Members (known and unknown), knowingly and intentionally retaliated against the two worshippers [Sidi Mohammed and Sufyan ]... they did this in spite of the fact that they were served with a notice of a pending lawsuit against them, and they did this in spite of the fact  that they were aware of the Criminal Complaint/Police Report that was filed against them on 29 August, 2005, and which charged them with: Criminal activities that endanger public safety or national security, terrorist activities,  blackmail, and other threatening language  [ i.e., *We Wouldn't Leave The Mosque Alive If We Try This,... Conduct A Separate Prayer— Jama'a At Masjid Al-Mumin"* ... (a mosque near downtown L.A.) ]... and  which also

23

charged them with: Gross human right violations, political oppression, financial and political corruption: [money laundering – embezzlement… fraud and deceit, fraud and conspiracy, conspiracy to commit offense or defraud the United States]… and the unconscionable.

Beginning on or about 14, April, 2005 and continuing to on or about present, in Culver City (Los Angeles County), within the central district of California, and elsewhere, and to further oppress, harass, intimidate and injure the two Muslim worshippers (Plaintiffs in a pending civil lawsuit against Saudi Royal Princesses and Saudi Government Officials, Diplomats and Staff Representatives), with regard to their knowledge of KFM – Saudi Government activities) (i.e., Corruption, political oppression, religious intolerance, systematic discrimination, racial hatred, racial and ethic classification, torture and execution of Saudi citizens and foreigners without charge, trial, or legal representation, et.; torture and execution of political prisoners—dissidents by beheading or stoning, suppression of civil liberties, suppression of opposition views, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: [arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging, beating and deprivation of sleep during months, and amputation of the hands and limbs, which

---

*1)* ***Torture Conduct:*** *Noncitizens are deportable who have, outside the United States, committed, ordered, incited, assisted, or otherwise participated in the commission of any act of torture, as defined in 18 U.S.C. Sec. 2340. INA Sec. 237(a)(4)(D), 8 U.S.C. Sec. 1237(a)(4)(D), referencing INA Sec. 212(a)(3)(E)(iii)(I), as amended Intelligence Reform and Terrorism Prevention Act of 2004 ("IRTPA"), Sec. 5501, Pub. L. No. 108-458; S. 2845, 108th Congress \*Dec. 17, 2004) (covering offenses committed before, on or after the date of enactment of this Act). Note: No conviction is required to establish this ground of deportation.*

are systematically imposed by Saudi Regime -- Saudi-Wahhabi sect; [the Massacre in

Srebrenica, Bosnia; the Genocide in Palestine, Sudan, Ethiopia, Chechnya and

Afghanistan – Iran-Iraq War and the Bloody Attacks—Chemical Massacre of the Kurds

by the Oppressive Regimes], and the Events of September 11th etc.),... Defendants KFM

administration, Nashir Sidiqui, Khalil Al-Khalil, Osman, Usman Mahda, and  Baba

Rahman,  together with Saudi Embassy in Washington, DC; Saudi Consulate in Los

Angeles, California and other known and unknown Saudi Officials – Saudi Diplomats

and Staff Representatives, and each of them,  conspired, agreed (aided and abetted), and

confederated among and between each other to further retaliate against Plaintiffs, namely:

1) to knowingly and intentionally disrupt our prayer;  2) subject us to further humiliation

and verbal abuse; and  3) act in a threatening manner to put us in fear of immediate harm,

in violation of Title 18, United States Code, section 115 and  1114; Section 3 of the

"IRFA of 1998" (22 USS 6402); 8 U.S.C. Section 1237(a)(4)(E) of the "IRTPA"; Section

5502, Pub. L. No. 108-458;  S. 2845... 18 U.S.C. Sec. 32, 33, 36, 38, 351, 372 (involving

intimidation  and threats ), and  plaintiffs' clearly established  Constitutional rights

---

*2)  **Title 18 U.S.C. Section 241 [Conspiracy Against Rights]:**  makes it unlawful for two or more persons to conspire to injure, oppress, threaten, or intimidate any person of any state, territory or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or the laws of the United States, (or because of his/her having exercised the same). It further makes it unlawful for two or more persons to go in disguise on the highway or on the premises of another with the intent to prevent or hinder his/her free exercise or enjoyment of any rights so secured. Punishment varies from a fine or imprisonment of up to ten years, or both; and if death results, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years, or for life, or  may be sentenced to death.*

*3)  **18 .S.C. § 248(a)(2) prohibits:**  the use of: force, threat of force, or physical obstruction which;  1) intentionally injures, intimidates or interferes with, or attempts to injure, intimidate, or interfere with a person; 2) who is lawfully exercising or seeking to exercise the First Amendment right of religious freedom at a place of religious worship.*