protected under the 1st, 4th, 5th, 6th 7th, 8th, 9th, 13th, and 14th Amendment to the U.S. Constitution, the Common Law, and Plaintiffs' Constitutional rights protected under the International law.

### *Part One*

### Saudi-Wahhabi - King Fahad Mosque
[ Culver City, CA ]

**I.    KING FAHAD MOSQUE, CULVER CITY, CA: MUSLIM WORSHIPERS THREATENED WITH DEATH FOR SPEAKING OUT AGAINST CORRUPTION...**

**Muslims — Arab-Americans of Middle Eastern-African descent expelled from Saudi-Wahhabi financed King Fahad Mosque ("KFM") in Culver City, California for speaking out against Corruption – that Both [ Sidi Mohammed Bn' Abd-Al-Rahman El 'Halabi El 'Kettani, aka Princeton Hummingway and Sufyan Omeish ], were threatened with violence, including death, by the Saudi Diplomat—KFM Administration, Director/Imam Tajuddin Shuaib)... "That If <u>We</u> [Muslim worshippers] Tried This (i.e. conduct a separate prayer—Jama'a) at Masjid Al-Mumin (a mosque near downtown LA) <u>We Wouldn't Leave The Mosque Alive!</u>"**

*["That If <u>We</u> [Muslim worshippers] Tried This (i.e. conduct a separate prayer—Jama'a) at Masjid Al-Mumin (a mosque near downtown LA) <u>We Wouldn't Leave The Mosque Alive!</u>"]*

The incident began when two American Muslims, Sidi Mohammed El-Halabi El-Kettani and Sufyan Omeish chose not to participate in the congregation prayer led by corrupted Imams. This was considered as an 'affront to the mosque' by King Fahad mosque Director/Imam Tajuddin Shuaib and he warned Sufyan **"that if we tried this (i.e. conduct a separate prayer—Jama'a) at Masjid Al-Mumin (a mosque near downtown LA) <u>we wouldn't leave the mosque alive!</u>"** Shuaib reiterated that point and used other threatening language to make sure this practice was immediately stopped.

Sidi Mohammed and Sufyan discussed Shuaib's attitude and concluded that since their behavior didn't violate any Islamic law (see footnote 2 below) nor any U.S. law they

decided on continuing to pray separately if Shuaib was to lead the congregation. The following day when the two worshippers returned for the noon prayer they chose to conduct their own prayer quietly at the backend of the mosque. After the prayer ended Shuaib and Usman Madha (another administrator) retaliated by intimidating and threatening the two worshippers to either leave the mosque or be forcibly expelled by the local police. Sidi Mohammed and Sufyan behaved very calmly and with restraint doing nothing to provoke the aggressive behavior directed at them, and chose to peacefully exit the mosque. Hours later, Sidi Mohammed and Sufyan returned again to pray, only this time outside on the public sidewalk, rather than inside King Fahad mosque [owned by the Islamic Foundation of Shaikh Ibn Taimmiyyah]. Since the day of the incident (which occurred on June 26th, 2005) the two continue to pray outside on the sidewalk (5 times a day) as a protest to raise awareness about the administration's long-standing unchallenged corruption ( both visible and hidden ), and to call for reform and trans-parency. This outspoken stance let to further retaliation and harassment by the administration of King Fahad Mosque.

The continued peaceful demonstration outside the mosque is meant to challenge the way Islam is being taught at the facility, especially through the narrow-minded example of Saudi-Wahhabi Islamic ideology. A hypocritical model where Saudi elite,

---

6) *"The Islamic ruling of praying behind someone who is corrupt is that the group prayer is invalid. Whether the imam is less corrupt than the followers makes no difference: the prayer is still invalid. Someone who prays behind such a person has not, according to Islamic Law, carries out what Allah Most High has ordered. Leading the prayer, like all positions involving responsibility, must only be given to qualified individuals, and preferably to the one who is most qualified. Absence of corruption is part of what it means to be qualified. Someone who is corrupt is still required to obey Allah, and in this given situation obedience includes refusing to lead the prayer."*

government employees, ambassadors, and wealthy businessmen are given preferential treatment and even VIP parking during the Friday prayer service; orders given from the very top are enforced whether they fall along true Islamic ideals or not. Saudi royal elite claim to be following the traditions of Prophet Muhammad as custodians of the two Holiest Shrines, yet the compassion and human dignity that the Prophet (peace and blessing be upon him) exemplified towards the poor and underprivileged is almost entirely missing. In fact, often the poor are taken as personal servants and treated like slaves. This example is also present in the United States; and we bear witness to one example of this at King Fahad mosque, where a wealthy businessman who poses as a royal prince, enters the Friday prayer in a mobster like fashion with an entourage of bodyguards and servant-like associates, including his personal assistant Dr. Sami Al-Ibrahimi. The "prince" carries on with a pompous attitude, where his entourage cater to

---

*(7) Chapter 19 – Conspiracy – Tax Fraud...*

**Title 18 U.S.C. Sec. 371 [Conspiracy to Commit Offense or to Defraud The United States]:** *If two or more persons conspire to commit any offense against the United States, or any agency thereof in any manner or for any purpose, and one or more of such persons do any act to effect the object of the conspiracy, each shall be fined under this title or imprisonment not more than five years, or both. If, however, the offense, the commission of which is the subject of the conspiracy, is a misdemeanor only, the punishment for such conspiracy shall not exceed the maximum punishment provided for such misdemeanor.*

**Title 26 U.S.C. Sec. 7201: Attempt to Evade or Defeat Tax:** *Any person who willfully attempts in any manner to evade or defeat any tax imposed by this title or the payment thereof shall, in addition to other penalties provided by law, be guilty of a felony and, upon conviction thereof, shall be fined not more than $100,000 ($500,000 in the case of a corporation), or imprisoned not more than 5 years, or both, together with the costs of prosecution.*

**OTHER SECTIONS:** *26 U.S.C. Section 7206(2) - Aiding and assisting in the filing of false federal income tax return; Section 7206(1) - Filing false federal income tax returns; Section 7203 - Willful failure to file federal income tax returns; and 18 U.S.C. Section 641 - theft of government property.*

his whims,  and even one of his servants is summoned to carry, deliver, and dress his shoes for him after the  prayer  service  finishes.  This  condescendingly  arrogant attitude has no place in a civil society, let alone a designated house of God.

*[Sidi Mohammed and Sufyan sent a written document to (the Director) Shuaib listing conditions for ending the protest.  Mr. Shuaib replied (to one of the members of the mosque) that "the conditions are unreasonable."  **A copy of that document is attached  as Appendix "  ," (Not Sent)]***

## <u>Report on encounter with two Culver City Police<br>officers on Thursday August 25, 2005</u>

*<u>The Police officers Names and Badge Numbers:</u>*

> **COLEN      889**
> **REPPUCCI  675**

At approximately 7:45PM,   Princeton Hummingway and Sufyan Omeish began praying outside on the public sidewalk adjacent to the King Fahad Mosque.  This is a daily protest prayer (that has been going on since June 26th, 2005) conducted by the two worshippers to peacefully raise awareness about the corruption prevalent at the King Fahad Mosque and in Saudi Arabia.

Shortly after the prayer began and while focused on the prayer, Hummingway and Omeish were approached on both sides by two police officers.   Colen stood next to Hummingway and Reppucci stood next to Omeish.  Reppucci attempted to disrupt the prayer by using such statements as "it must be these two right here"... "if they don't respond to us, then were gonna have to break it up ourselves"... "we don't have all day". And between statements he would repeatedly spit on the ground.  All this occurred within

seconds and minutes of the officers' arrival. Reppucci kept getting verbally agitated since we were focused on prayer and not responding to his intimidating behavior. Finally after 2-3 minutes of their arrival, Hummingway indicated with his hands to officer Colen the number 2 – which the officers understood as 2 more minutes until we finish our prayer.

Once we finished our prayer, we stood up to ask the officers the reason for this encounter. Reppucci informed Omeish that someone from the mosque called the police and said that we were a possible threat to the mosque and wanted the police to investigate. Both officers then asked us if we had any weapons and frisked us. Omeish asked Reppucci why we were being treated as criminals, especially since we were peacefully praying on the public sidewalk. Reppucci then replied that we can pray anywhere and asked why we are choosing to pray outside next to this mosque. Omeish then replied that we were protesting Saudi corruption here at the mosque and the extreme Wahhabi ideology. Omeish further commented that there are always two sides to any story and it is unfair for the police to blindly accept the false accusations labeled against us from the mosque. Reppucci in a dismissive manner said that "he doesn't know the whole story" and he "doesn't know who we are" and "whether we are dangerous or not." Omeish replied that it is within our First Amendment Right to peacefully voice our

---

(8) Dear Muslims; <u>This sidewalk is not a place of worship.</u> Please go inside of your mosque to pray. Your praying on this public sidewalk is not welcome in this neighborhood anymore. We support your right to worship in the privacy of your own homes or in your mosque, but not on a public sidewalk in our neighborhood. If you continue to pray on this public sidewalk you will be bringing attention from the local police and other law enforcement agencies as well as formal complaints against the mosque. Please respect the mosque's neighbors wishes on this matter. Thank you, ____

opinion and protest on the public sidewalk and that our approach is completely non-violent. During the conversation with Omeish, Reppucci continued to spit on the ground from time to time which seemed to indicate his disrespectful and degrading attitude.

As the officers were checking ID and calling them in to the dispatcher, Omeish attempted to explain the reason why were weren't able to talk to the officers while we were focused on prayer. Reppucci then replied that "we just wanted to know how long it was gonna take, otherwise who knows we could have been wrestling on the floor." Omeish felt threatened by Reppucci's attitude and demeanor. Reppucci seemed not the least concerned with decency and approaching people with the mindset of "innocent until proven guilty."

On the other hand officer Colen was respectful. He didn't use any belittling language and carried himself in a professional manner.

### Comments:

We hope that an encounter like this does not take place again in the future and that if the Culver City Police department had any questions for us we would have been open and willing to engage them at any time. But, unfortunately we were treated as suspect, intimidated and threatened. We had to bear the humiliation of having the entire congregation of the mosque witness this degrading encounter.

We appreciate and accept the apology of Lieutenant Bailey once we brought this matter to his attention over the telephone on August 26th, 2005, however we are confused when he informed us of a different reason as to why the police were called to investigate. Bailey mentioned the neighbors called, while Reppucci mentioned that it was someone from the mosque. This contradictory statement leaves many questions unanswered. We hope that as we present the facts, so to will we be given the truth. This is very important to us since we are currently in the process of filing lawsuits against the Government of

*Saudi Arabia, the Saudi Embassy in Washington DC, the Saudi Consulate in Los Angeles, and the King Fahad Mosque in Culver City.*

Signed on this 29th day of August 2005.

Princeton Hummingway                                        Sufyan Omeish


## Notable events that followed the June 26th Expulsion

**On or around 15 September, 2005,** Tajuddin Shuaib, Director and Imam of King Fahad Mosque fired from his post and forcibly expelled.

Sufyan Omeish was informed of this incident by several sources. He first heard the news via a telephone message left on his cell phone from his brother Abdallah who attends the mosque. Sufyan called Nabil (someone who previously worked for Shuaib) to verify the authenticity of the claim. Nabil had confirmed this news through a telephone conversation he had with Abdul Qadir, a young Muslim man who leads the congregation prayer.

A day or two later, Sufyan was approached by the Muathin and was told in Arabic "I hope you are now happy (in a disgruntled manner)... Shuaib is gone!... now the Pakistani's are taking over, etc" Sufyan responded that he was not particularly happy to see Shuaib fired, since Khalil (the owner who fired Shuaib) is really the bigger problem. Muathin then described that Khalil had the police summoned to force Shuaib out, and that Khalil later made an announcement to the congregation that Shuaib is no longer the Director of KFM. Muathin felt that this was unfair, and that our protest must have triggered it... Having pity for Shuaib he then exclaimed "How is Shuaib going to feed his

little ones?!" Again Sufyan replied that the bigger problem is the owners of KFM who have corrupted the sanctity of the masjid, and he assured him that Sidi Mohammed is pursuing legal action against the administration (along with the Saudi Embassy) to cleanse the mosque from corrupted individuals. The Muathin then replied that he hopes God takes care of the situation, Sufyan agreed and they each walked their separate ways.

During this same week Sufyan received a phone call from Nabil who had spoken to Shuaib over the phone to get more information of the actual incident. Shuaib told Nabil the following (paraphrased): Khalil (one of the owners of the mosque) got into an argument with Shuaib over membership issues. Shuaib was attempting to allow members of the community to become members of King Fahad Mosque (KFM) by pledging monthly contributions to help offset administrative and operational costs. Khalil, however, argued that KFM is privately owned and no one is allowed to become a member – in order to ensure control and thus preventing people from having a say in the affairs of the mosque. This altercation, as well as a history of disagreements between the two, finally resulted in Khalil firing Shuaib from his post as Imam and Director of KFM. In opposition, Shuaib didn't comply with Khalil's command and remained in his post. It was then that the Culver City police were summoned by a KFM administrator (allegedly Usman Madha), which led to Shuaib being physically escorted out of the building.

*(One should keep in mind that what Shuaib described to Nabil as his reason for starting a membership program was purely to save his public image. The reason Shuaib attempted to draw membership for the mosque was a direct result from the pressures that had resulted from Sidi Mohammed's and Sufyan's protest prayer. Shuaib felt the need to appeal to members of the community in order to portray the facade of community involvement at King Fahad Mosque. KFM had been operating since 1998, why now all of a sudden -- and seven years later a membership program was finally initiated?)*

**On or around 21 September,** a Pakistani man (who worships at the mosque) approached Sufyan while he and Sidi Mohammed were walking back home after concluding their longstanding protest prayer on the sidewalk. He told Sufyan -- in a friendly manner -- that since Shuaib no longer works at KFM, that the protest prayer should come to an end and both worshippers should come back inside and join the congregation. He explained to Sufyan that he and Sidi Mohammed were puzzles in the bigger piece of the Muslim community, and that these pieces have been missing for a while and should be put back in place for the sake of community brotherhood and unity. Sufyan thanked the man for his concern and mentioned that the problem was bigger than Shuaib being fired. They shook hands and went their separate ways.

Another Pakistani man -- who is one of the mosque administrators (he drives a black Mercedes and is usually accompanied by his two young male children) approached Sufyan after prayer (Maghrib or Isha). He told Sufyan that since Shuaib is now gone, both demonstrators should come back inside and pray. Sufyan informed him that the problem is not just about Shuaib, it also involves Usman Madha (who took Shuaib's position as the new director of KFM), not to mention the more significant issue of Saudi influence and authority.

Other random worshippers both Arab and Pakistani, when passing by Sidi Mohammed and Sufyan on the sidewalk, would signal to both individuals to return back inside and pray with the congregation since the problem (i.e. Shuaib) is now gone.

**On or around 11 October, 2005,** Khalid, who worships at KFM, came by Sufyan's residence to deliver a package of dates as a gift during the month of Ramadan. Khalid informed Sufyan that he and other members of the community complained to

Khalil about his actions towards Shuaib and about Khalil's decision to appoint Usman Madha as Director of KFM.  Khalid boasted about his interaction with Khalil and bragged that "he spoke the truth to his face" by complaining to him that Usman is unqualified because he doesn't even show up regularly to pray with the congregation. Khalil mentioned that it was a temporary appointment and that supposedly he was planning to bring in an official from Saudi Arabia to become the new Director.

Khalid also mentioned to Sufyan that Usman Madha had told Abu Suhaib that he has until the end of Ramadan and then he is no longer allowed to worship inside of KFM. The reason for this is because Abu Suhaib had his attorney send a letter to the KFM administration ordering them to pay Abu Suhaib for services he had previously carried out for KFM.  Abu Suhaib was not compensated for these services and thus was threatening to take KFM to court over the matter.

*(One should bear in mind that what Khalid - and other worshippers at KFM - consider "speaking the truth" is hardly the bare minimum when compared to the true Divine standard of speaking truth to power.  Khalid and others claim to be staunch advocates of righteousness and have convinced themselves that they act for the best interests of the mosque; however they have never taken any real action to better the condition of KFM.  They are best described as 'opportunists' because they are more concerned with their social image and business ties, and wouldn't dare speak out or take any action that would jeopardize their interests.  As Khalid noticed Sidi Mohammed's and Sufyan's protest against the corrupt practices prevalent at KFM, he was never supportive of the move and on numerous occasions attempted to persuade Sufyan to end the protest.  He would even resort to narrow-minded interpretations of Islam and criticized the protest as an "action falling outside the fold of Islam and the teachings of the Sunnah and Jama'a."  It seemed clear that Khalid felt intimated and jealous of such actions, as he had always turned a blind eye to the faults of King Fahad Mosque -- and it is also a way for him and others not to feel guilty about their complacency.)*

**On 30 October, 2005,** after concluding the protest prayer on the sidewalk and walking back home, Sufyan was approached by the Muathin. Muathin informed Sufyan that Khalil is in town to deal with a situation involving Shuaib. Apparently, Shuaib had his attorney send a letter to the owners of KFM, along with the Saudi Embassy in Washington DC, and the Saudi Consulate in Los Angeles, ordering them to "open King Fahd Mosque's bookkeeping records." Shuaib through his attorney is supposedly planning to issue a lawsuit against KFM's illegal accounting practices – which include tax evasion and other illegal financial dealings linked to Khalil (and possibly other owners of KFM). The letter also threatened KFM that a court order would be pursued to obtain the financial records if Khalil and other owners did not comply with the request.

**On 11 November, 2005 (after Friday prayers approx 1:50PM),** Sidi Mohammed and Sufyan Omeish, while sitting outside of KFM and praying on the sidewalk, are approached by someone who had completed the Friday prayer services inside KFM. The man (who resides in Orange County), in a rude manner, asked the two why they were praying outside. Unsatisfied with their replies the man continued to badger the two protestors. A few of the community members noticed the situation and came to try and calm things down. Some of the community members told the Orange county man that the two individuals had the right to worship freely and without harassment, one person even placed some lemons on Sidi Mohammed's prayer rug as a kind gesture. The Orange county man was infuriated by this act of goodwill and exclaimed "This is bull shit!" At that point, Nishar Siddiqi (a KFM member of the administration) joined the Orange county man in harassing the two worshipers and also claimed that our protest was in his words "bull shit." Nishar was then stopped by those

36

around him and gently pushed away from the scene ... Nishar continued to ridicule and mock the protestors while walking away.

*(Please note that Nishar has a history of harassing various individuals at KFM and in previous months has harassed and used offensive language against Sidi Mohammed and Sufyan for conducting their protest prayer)*

**On 1 January, 2006,** after concluding the protest prayer on the sidewalk and while walking back home, Sufyan was approached by the Muathin.  Muathin offered Sufyan the current monthly prayer schedule and Sufyan thanked him for this gesture.  Muathin informed Sufyan that Khalil supposedly contacted Shuaib and asked to meet with him to resolve their dispute (this was due to the previous letter sent by Shuaib's attorney).  Shuaib allegedly refused such a meeting and told Khalil 'if you want to talk, then you can deal directly with my attorney.'

Muathin also informed Sufyan that some members of the community are planning to meet with Shuaib at Dar al-Quran (on Jan 1st or 2nd at Maghrib).  This meeting was scheduled because some worshippers from KFM wanted Shuaib to clarify certain issues regarding his pending lawsuit against Khalil.  The KFM worshippers were worried that the lawsuit may have negative implications and result in the permanent closure of the mosque.

_____

### *Part Two*

### **Saudi Arabia Is Trying To Kill Me!!**

## II.    THE ROYAL FAMILY CANNOT TOLERATE ANYONE WHO PUBLICLY DISAGREES WITH IT....

*MEQ*:    The government of Saudi Arabia has tried to kill you on United States territory?

*Mr. Khilwwi*:    Yes.

*MEQ*:  In the months following your defection you wore a bulletproof vest, had body-guards, and moved from one safe house to another. In fact, a front-page New York Post headline blared out "kidnap Team Stalks Ex-U.N. Envoy: Saudi Diplomat is Terror Target." Are you still Worried for your safety?

*Mr. Khilewi*:    Yes I am still concerned about it. The last threat was in the winter of 1998.

*MEQ*:    Soon after your defection, Prince Salman, the governor of Riyadh, reportedly summoned members of your family and threatened them, "Tell your relative we can get him in the United States, we can get him even if he goes to the moon."

*Mr. Khilewi*: I hope he's wrong. I do know that he would still like to get me; every once in a while undercover Saudi intelligence agents turn up. But these terrorist activities are empty threats because historically a terrorist threat from any dictatorial government never works in the face of legitimate demands. They do nothing except increase my determination to achieve my legitimate goals. Every threat gives me new momentum.

*MEQ*:    Why does the Saudi government threaten you?

*Mr. Khilewi*: The royal family cannot tolerate anyone who publicly disagrees with it. If you criticize them or disagree with their actions, as I do, they immediately start with threats—which include kidnapping, imprisonment, or blackmailing.

*Mr. Khilewi*, further added:  I believe that I have a moral, political, and religious obligation to fight to correct wrong-doings in my country. Although the Saudi regime has been corrupt since its establishment in 1932, the scope and volume of corruption increased to unprecedented heights when Fahd became king in 1982. During the 1980s, it spent billions of dollars on propaganda to polish the image of the king. In 1990s, things changed somewhat. With the beginning of the Gulf War, the government could no longer hide the reality of the economic, political, and social crisis from its people or the rest of the world because the size of the disaster was too big to hide with its traditional propaganda."

38

*(Partial Transcript of Interview with Mohammed Al Khilewi, Saudi Ambassador to the United Nations)*

### Saudi Arabia  is Trying  to Kill Me!!

When Mr. Khilewi was asked why did he defect to the United States, he responded: "I believe that I have a moral, political, and religious obligation to fight to correct wrong-doings in my country. Although the Saudi regime has been corrupt since its establishment in 1932, the  scope  and  volume  of  corruption  increased to unprecedented heights when Fahd became king in 1982. During the 1980s, it spent billions of dollars on propaganda to polish the image of the king. In 1990s, things changed somewhat. With the beginning of the Gulf War, the government could no longer hide the reality of the economic, political and   social crisis from its  people or  the rest of the world  because the size of the disaster

---

(9 )   The secrecy surrounding the death penalty means that no one other than the Saudi Arabian authorities knows the number of people under sentence of death at any given point or the exact total of those who have been executed. The Interior Ministry usually announces executions the day they are carried out, but does not divulge sentences of death when passed by courts. Judging by statistics published by the Ministry of Justice in 1995, which stated there were 457 capital cases pending before courts, combined with the people executed since then, it would appear that there are probably many hundreds of prisoners under sentence of death.

*"secretary at the Saudi Arabian mission to the United Nations in New York when, in May 1994, he issued a declaration on embassy letterhead that declared King Fahd "despotic" and called for a redistribution of the country's wealth and power. When his government replied with threats, Mr. Khilewi defected to the United States and was granted political asylum in August 1994. Born in 1961 in Saudi Arabia, he studied politics at King Saud University in Riyadh and at the prestigious Institute for Diplomatic Studies in Riyadh. His career in the Saudi foreign service began in 1985; he rose rapidly and arrived in New York in 1992. Mr. Khilewi now lives in the New York City area."*

was too big to hide with its traditional propaganda."

Mr. Khilewi, when further asked "why did he defect when he did in 1994", he replied: "By then, the picture had become yet clearer. The economy was collapsing, financial and political corruption had grown, while human rights violations were at an all-time high. In 1994, many nationalists, including myself, thought that continued silence would allow these atrocities to increase. I thought the moment was right to respond to my country's call—to do my civic duty to oppose the regime and its bad policies. My reading of the Saudi political map in 1994 told me that was the time to expose the regime and explain the Saudi case to the world with the authority of a Saudi voice that knows the regime from within." Mr. Khilewi then added: "I chose to defect on the evening of May

---

(10)    F. Lee Bailey, the well-known American lawyer, recently wrote an open letter to President Bush, asking for help in the case of Muhammad Al Fassi, whose life is in danger because he advocated democratic reforms in Saudi Arabia. Unfortunately, Mr. Bailey cannot help his client, for: "In Saudi Arabia, there are no real courts, no lawyers are allowed, and no rights are permitted. No charges need be filed, no access by anyone to the accused need be granted, and no accountability for the most brutal torture and bestial treatment is ever required." *Amnesty International confirmed Mr. Bailey's story and has urged its members to work urgently for Muhammad Al Fassi's safety.*

(11)    Saudi Arabia is our number one arms customer. Over the past decade, Saudi Arabia has purchased from the United States and its military contractors weapons and military construction valued at $30 billion. The United States has trained the 77,000-man Saudi military and armed them with modern weapons of war: fighters, tanks, transport planes, helicopters and a variety of missiles and launchers. Despite calls to restrain arms sales in the Middle East, the Saudis have recently stepped up their arms purchases. In 1991, Saudi Arabia agreed to purchase $16 billion in weapons from the United States and its military contractors. Dr. Mark Katz is a political science professor at George Mason University and the author of Russia and Arabia. He believes that US arms sales to the small Saudi military are used to symbolize our support for the king and his ruling family: "Saudi Arabia, for example, it can buy tens of billions of dollars worth of arms, but it really has a very small armed forces establishment. It's not clear what it can actually do. In fact, it's not clear that they can really handle the weapons that they already have. I think that their arms purchases are, in a sense, made for symbolic purposes. In other words, the fact that America is willing to sell arms is a message that America is willing to defend Saudi Arabia.

40

16, 1994, because of the certain conclusion, based upon my firsthand information from intelligence and diplomatic channels, that the Saudi government was at that time preparing for war with Yemen. It did so to divert attention from domestic problems and direct it instead to the outside. I could not sit by and watch innocent people on both sides be killed for the gain of this corrupt regime."

"The next day Mr. Khilewi sent an open letter of protest to Crown Prince 'Abdallah. Mr. Khilewi explained: "My letter addressed the political, economic, and social situation in Saudi Arabia. I told him that the country would eventually collapse if things did not change drastically. I called for the removal of King Fahd from power and for a move towards democracy so that Saudis—men and women alike, by the way—can better participate and contribute to the development of their country. When further asked whether or not he expected a personal response? Mr. Khilewi replied: "No, I expected the regime would start a campaign to blackmail me or keep me silent. But I never thought that they would try to kill me and train a kidnap team for this terrorist assignment."

**Q:**    The government of Saudi Arabia has tried to kill you on United States territory?

**A:**    Yes.

**Q:**    In the months following your defection you wore a bulletproof vest, had body-guards, and moved from one safe house to another. In fact, a front-page New York Post headline blared out "kidnap Team Stalks Ex-U.N. Envoy: Saudi Diplomat is Terror Target." Are you still Worried for your safety?

**A:**    Yes I am still concerned about it. The last threat was in the winter of 1998.

**Q:**    Soon after your defection, Prince Salman, the governor of Riyadh, reportedly summoned members of your family and threatened them, "Tell your relative we can get him in the United States, we can get him even if he goes to the moon."

**A:**    I hope he is wrong. I do know that he would still like to get me…. The royal family cannot tolerate anyone who publicly disagrees with it. If you criticize them or disagree with their actions, as I do the immediately start with threats – which include kidnapping, imprisonment, or blackmailing.

**Q:**    Has attempted assassination been the Saudi government's only reaction to your defection?

**A:**    No, reaction was divided. The majority considered me very dangerous to the future stability of the regime and so threatened my life.

41

**Q:**    On winning political asylum in the United States, you announced an intention to "fight for the right to live under a democratic system" in Saudi Arabia. Can you report any success?

**A:**    This subject has two aspects, the government and population. The government, far from making any progress towards democracy, is moving backwards. This results from vacancies in the political arena. The king is sick; the last thing he remembers is the Iraqi invasion of Kuwait eight year ago. The minister of defense is partially paralyzed. The head of judicial branch is blind. A government staffed by infirm people will never see the light of democracy. During the 1970s and 1980s, the main question was, "Is the government good or bad?" In the 1990s, a general consensus has emerged that the government is indeed bad; the main question now is how to get rid of it. With this, a psychological barrier has been broken. The people strongly wish to participate in their destiny. Also, they are intensely aware that in 1982, before Fahd took over, the country's treasury had a surplus of $120 billion dollars; now the government has deficit of $150 billion and the economy is close to collapse. People realize that these huge sums of money did not go for the few shaky bridges that were built.

**Q:**    surely factors other than corruption help explain this change, though. The prices of oil and gas have declined substantially; the Iraq-Iran and Kuwait wars each cost tens and tens of billions.

**A:**    Yes, they did cost tens of billions and this negatively affected the annual budget But these are not the main reasons for the depletion of reserves; note that Kuwait and United Arab Emirates faced similar problems but their economies do not face the same difficulties as ours. The main Saudi problem is mismanagement and corruption by the royals. We paid $30 billion to arm Iraq, then $60 billion to disarm it. Why? Because of the Saudi government's political and strategic blindness. The current economic crisis directly affects the income of Saudi citizens, many of whom live below the poverty level. That's because the Saudi royal family, led by Fahd and his brothers, awarded bonuses to themselves. I estimate the Sudayri seven stole more than $200 billion, which now sits in Swiss and other banks.

**Q:**    Please tell us your thought on Usama bin Laden, the vastly rich Saudi citizen who single-handedly bankrolls some of the most extreme Islamist organizations. Have you been in contact with him?

**A:**    When Sheik Bin Ladin and others established groups Arab mujahadin (fighters) in Afghanistan in the early 1980s, they had a poor reputation in the Arab street due to their being armed and trained by the Central Intelligence Agency, and their being funded by Saudi intelligence. Things changed after the Soviet withdrawal from Afghanistan, when the mujahadin turned against corrupt Arab regimes, giving Bin Ladin a good reputation among the Islamic opposition. Today, Bin Ladin has Thousands of fighters and tens of thousands of supporters all over the world. He is Very strong militarily and financially.

42

**Q:**    What do you say to this ?

**A:**    He has two programs. The first is a secret, and I can't comment on it because I myself don't know it. The second is his public program, some parts of which I agree with and others I do not. On the basis of his speeches and releases, I can say I mainly disagree with Bin Ladin's belief—shared by some others in the Saudi opposition—that all our problems stem from America. They conclude we must fight everything that is America.

**Q:**    What do you say to this?

**A:**    I disagree. Even though the U.S. government does not put all its eggs in the basket of the Saudi family, ignoring the interests of millions, the Saudi royal family, not the Americans, remains the main cause of most of our problems. The American administration does ignore human rights violations in Saudi Arabia, but the royal family is the one putting thousands of political dissidents and prisoners of conscience behind bars. It is torturing them and stealing the country's wealth. If we get rid of the Sudayris, most of our problems will be solved, so they are the ones we should fight.

**Q:**    In 1994 you announced that you are part of an underground network of more than seventy-five dissidents working for democracy in Saudi Arabia, including a ministerial official and five ambassadors. Does this net work still exist? Has it made progress in the intervening years?

**A:**    I announced then that I was a member of a political movement whose members share the same goals. It is an elite group that includes diplomats, governmental employees, and others. It is not an organization but a movement, and it is growing larger and gaining experience.

**Q:**    Can you point to public signs of its activities?

**A:**    No, there cannot be any. No political movements, organizations, or committees in Saudi Arabia can work publicly. In such a dictatorial environment, all opposition elements must work underground. Thinking freely or expressing one's views is against the law there. For those who dare to speak up about public issues, punishments begin with a few years in jail and few hundred lashes, then increase, ending with the death penalty.

---

<u>***Part Three***</u>

<u>**Saudi-Wahhabis Brhind Surge Of Beheadings!!**</u>

**III.** **"I thank Allah, and all I need is to be with you... Regarding my problem, do not worry. Time will solve it and I will soon be with you God willing".** *Shortly after Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded.*

**IV.** **" A Filipino returned to his home in Saudi Arabia in mid-1999. Shortly afterwards, a colleague of his entered his room accompanied by two mutawa'een (religious police15) and a policeman. His colleague, a Christian like himself, was in handcuffs and said, "Brother, I am sorry." Before he could say more, one of the mutawa'een hit him in the face and told him to be quiet. Without explanation the mutawa'een and policeman searched the room and found a Bible and other Christian literature. The Filipino was then taken without explanation to the office of the mutawa'een, where he was accused of being a preacher. When he denied the allegation, one of the mutawa'een became angry, put one of his wrists in handcuffs and beat him in the ribs. "He shouted in Arabic, 'Refute your God', and spat in my face."**

**V.** **Muhammad al-Farraj, a Saudi Arabian lecturer at the Imam Muhammad Ibn Sa'ud Islamic University in Riyadh, was reportedly arrested at his home in Riyadh by al-Mabahith al-'Amma in August 1999 and detained in al-Ha'ir Prison in Riyadh. Reports indicate that he was arrested because of a poem he wrote and publicized about a week before his arrest about two political prisoners, Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali.**

**VI.** **Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali were arrested in September 1994 for their religious and political activities and were kept in al-Ha'ir Prison in Riyadh until June 1999.**

**VII.** **"I told my investigators... 'What crime do you have against me?'... Their answer was nothing else but beating me... They tied my hands behind my back, then they shackled my legs, then tied my hands to my feet. After, they pulled me flat on the ground and then they started beating me.** *" This account, by a political prisoner held in a prison in al-Taif in 1996, is typical of many testimonies Amnesty International has documented from people who have been detained in Saudi Arabia.*

**VIII.** **"The time when they are investigating me I am facing the wall with handcuffs at the back [and] with ankle chain... When they feel that my answer is not... connected to what they are asking me I received a lot of slapping on my ear and... pushing my face on the wall so sometimes I had bleeding in my nose and my mouth... When they are hitting me in my ribs sometimes I fall down and they used to kick me again with a steel toe... so I had to get up to receive a kicking... At the same time they are showing me a baseball bat... and they say 'if you don't tell us the truth tonight or today we are going to break your bones'. So I am very, very scared..."**

44

IX.  "... Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded. He had no idea that he faced imminent execution, and neither his family nor apparently the Syrian Embassy even knew that he was  under sentence of death. Abdul-Karim al-Naqshabandi, a Syrian, was arrested, tortured into signing a confession and then convicted of "witchcraft" after a secret and summary trial.1 He had no access to a lawyer and was given no opportunity to defend himself, even though he faced an offence punishable by death. In a letter to the court he protested his innocence."

# STONING  IN ISLAM

---

*. . . Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S.  and International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims-Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated  . . .*

---

## Stoning  in Islam

A woman being prepared to be stoned to death.

The condemned is wrapped in a sheet and buried up to his/her wait. The Muslim mob gather around her and throw stones at her while shouting Allah is great.

45

**EYEWITNESS TO STONING WOMAN IN SAUDI ARABIA FOR ADULTERY**

". . . Hear the deafening silence of the 1 billion muslims worldwide, who are in a vigorous fit of inactivity, calmly pretending not to know. But, the balance 5/6th of the world, (1.5 billion Christians, 1.1 billion Taoists, 1 billion Hindus, 700 million Bhuddists and others) can do something to stop this barbarism of the middle-east.

When I was sent to Riyadh for a month to work with the US Air Force for a joint assignment, I never realized the sights I'd see. One of them was a public stoning. All I saw was a woman standing in a hole tied to a post, she was shoulder deep in the hole. The guy I was with wanted to see it. It's rare that westerners are even allowed to see this They gathered around this poor girl for around an hour, throwing rocks at her.

**Stoning a human to death**

Dear readers, please put on your thinking cap and imagine a mental picture of the following story. A deep hole is dug in the ground. A 30 year old lady, tied up from feet to shoulders, as a stick, is lowered alive into this hole, in a standing position. Only her neck and head are visible. Can you imagine a human head sticking above ground?

When the order is given, a man throws a fist-sized stone at her protruding head. The stone hits her head with a thud. She screems in pain as the blood oozes down her face. Another man picks up a stone and scraps the side of her head drawing a lateral line of blood. She cries and screems in excruciating pain. Since it is a free for all, a teenage spectator from this open playing field, tries his luck, but misses her head completely. Another aims at her and flings it with force. The stone hits its intended target, her forehead.

She screems and cries loudly for mercy. There is now a gash on her forehead. Blood spurting out, down her eyes, nose, cheeks, mouth and down to the ground. She cries out for mercy but to not avail. The minutes become an hour, between the many misses, scraps, nicks, chips and strikes. Another spectator flings forcefully at her.

The stone hits the bridge of her nose with another thud. She screems again and again. This time the blood comes down from inside and outside her nose. Probably, her nasal bridge-bone is broken, causing the bleeding from inside her nostrils as well. Though her wounds are grave, as you can imagine, her screems by now are not as vociferous as earlier, and her tears help to wash some of the blood on her cheeks. Her vision has completely gone with the blood coating.The next stone hits her again. A piece of flesh pops out. No, its not, oh god, it really can't be her eye-ball. It is so bloody that you cann't really make out. By this time, blood has covered her entire face and the ground in front of her.She still makes groaning sounds. More time pass. Stoning her, continues. Her sounds are less and less audible. Her face has become unrecognisable. Flesh, like mashed meat is her face, but only more bloody, as she now literally has no human face. Small strips of flesh, like locks of hair are hanging from her. Her head is now droopping forward. At this stage a hit on her make splashes of blood. She has stopped making a sound for the last two stone pelting. Two hours have passed. The Islamic authorities check her neck for pulse. It is still beating but barely, due to the loss of blood. A flesh piece drops off her head, as the stoning process continues.

Finally,death comes to this lady. She is then left there for a few more hours for the spectators to see, because this is a public lesson for all muslim females, who commit adultery.Then her father and relatives are allowed to dig her body, and bring it above ground. Pieces of her flesh, lying on the ground, is collected and because she has no face, it is put back on the front of her head, and bundled up. Now readers, imagine that is your mother, or your daughter, or sister, or even you, yourself."

*-- Freeman Centre's List's Editor's Note*

\* \* \* \* \*

46

X.    **Ahmad bin Ahmad al-Mulablib, a prayer leader, was reported to have died in November 1998 while in the custody of al-Mutawa'een. The reason for his arrest was said to have been that he did not heed a warning not to call to prayer in the Shi'a way, which differs from the Sunni call to prayer.**

XI.    **"I said to the officer, 'Can I ask you a question?... Where is it found in the Kitab [the Qur'an] that other people who are not Muslims (e.g. the Christians) are forced to pray?' He replied, 'It is found in Saudi Arabia'."**

XII.    **"...The place was very overcrowded with ladies and children. It is very dirty, very smelly, air conditioners sometimes worked, other times not... There were plenty of cockroaches, they go all over the clothes, the food was not hygienic."** *A woman describing conditions in the Women's Prison in Riyadh, where she was held in 1999.*

XIII.    **"We were detained in cell number 4... a stretch of about 40 by 100 feet. The cell had a capacity of 500 inmates but was congested with prisoners, many of whom slept in pairs under the bed or on the narrow pathways... Water supply to the cell was only about 30 minutes per day while the [small amount of] food made it compulsory for the inmates to scramble and fight for both food and water.  All air-conditioning was switched off from 8am to about 5pm so that the cell is automatically turned into an oven during the day and a fridge during the night... As a result of the dehumanizing condition of the prison, many of the inmates had gone completely mad or displayed crazy tendencies by beating one another, shouting or roaming about naked..."**

XIV.    **"I was brought to the whipping area. They tied me to a post. My hands were hand-cuffed and they also shackled my legs. I was wearing a T-shirt and jogging pants... The whip was one and a half meters long... with a heavy lead piece attached to the tip.  It was terrible. Some fell on my thighs and my back. I would fall when the whip reached my feet but the prison guard would raise me up to continue the whipping. It was terrible. I was amazed to find myself still alive after the 70th lash was given. It lasted about 15 minutes... my back was bleeding. I cried."**

XV.    **"I thought it will be fast but no, it was done one at a time... [The policeman] really takes his time before striking. I started counting and when it reached 40 I thought I could not make it... I prayed so hard... At last it reached 60... I could not explain the pain I experienced. The stick he used was like a bamboo, round but hard."**_____

XVI.    **"Nieves, a married Filipina mother of two children who worked in Riyadh, was sentenced in 1992 to 60 lashes and 25 days' imprisonment for prostitution after she was tricked into signing a "confession". Her trial, she said, lasted "a matter of minutes". She described the flogging:**_____

XVII.    **"...for me it is more difficult to cut off a hand than to carry out an execution, because executions are done momentarily by the sword and the person leaves this life. By contrast, severing a hand demands more courage, especially because you are cutting off the hand of someone who will remain alive afterwards, and also you have to cut it off at a specific joint and use your skill to make sure that cutting implement stays in position.**

XVIII.  "I use a sword to kill male criminals... and firearms, specifically pistols, to kill female criminals... I think firearms are used to spare the woman, as to be executed by sword would mean uncovering her head and exposing her neck and some of her back."

XIX.  "Every time a guard opens her cell door she gets very scared [thinking] that they will come to take her out for execution."

XX.    "Despite our best efforts, the Department regrets to inform you... you're your husband, OFW Yolando Isnan, was reportedly executed in Jeddah on 22 July 1998, after he was found guilty by the Islamic court of deliberately causing fatal vehicular accident on 04 February 1994 killing four Saudis, injuring four people and damaging vehicles.

XXI.   "In reference to the Consulate's note... requesting shipment of remains of [...] who was executed in Jeddah city... the Ministry wishes to inform the Consulate that the concerned party has advised that shipment of human remains of said person is not possible...

XXII.  "Madam... I ask you in the name of God and humanity... to help me because I have no one who could help me here in Saudi Arabia. My poor family has done everything they could but I believe they have lost hope... I beg you madam to understand my letter... In this prison...we cannot have contact with the outside world, we cannot defend ourselves..."

\* \* \* \* \*

*What every American... What every Muslim and non-Muslim need to know about Saudi Arabia[Saudi-Wahhabi Royal Princesses], Saudi-Alawites- Kingdom of Morocco, Saudi-Wahhabis-US Bush Administration [USA]. ...*

*["These victims... These prisoners... and these innocent men, women and childen have nowhere to go, nobody to turn to. If only the world knew what goes on in these countries "].*

### Saudi-Wahhabism – Is One Of The Most Dangerous Ideological' Challenges

**Of Our Times:**   Saudis-Wahhabis view Muslims who speak out against corruption, who

Support or Advocate basic Human/Individual Rights and Freedoms as an Urgent Threat

who must be Dealt with Harshly if Purity of Islam, which Saudis-Wahhabis Claim to

Represent, is to be Safeguarded...

Saudi Arabia is a country without a Constitution or elected Representatives . . .  the

all powerful Legislative, Executive and Judicial Branches of Saudi Government are controlled by the 'Ruling Princesses. Later King Faisal and his successors, King Fahd bin Abd al-Aziz Al Saud and former Crown Prince Abdullah bin Abd al-Aziz, the country's de facto ruler and new Head of State.

Saudis-Wahhabis influence within the 'Ruling Circles' is the sole interpreter of Islamic ideology in the kingdom of Saudi Arabia. There are no democratic institutions or political oppositions to challenge the monarch's exclusive power or to publicly criticize, question (express views), or hold accountable the Saudi-Wahhabi Government -- Saudi-Wahhabi Princesses and their associates. There are no democratic—nongovernmental institutions or political parties, or independent panels, committee or clerics to advocate for the rights of citizens or give voice to gender issues, such as discrimination in the legal process, labor and education -- social, economic and political issues, etc., and there is no procedure or mechanism for citizens to challenge their government period.

------

**12) *FREEDOM OF EXPRESSION--SPEECH AND PRESS [Adoption and the Common Law Background]***: *Madison's version of the speech and press clauses, introduced in the House of Representatives on June 8, 1789, provided: "The people shall not be deprived or abridged of their right to speak, to write, or to publish their sentiments; and the freedom of the press, as one of the great bulwarks of liberty, shall be inviolable."1 The special committee rewrote the language to some extent, adding other provisions from Madison's draft, to make it read: "The freedom of speech and of the press, and the right of the people peaceably to assemble and consult for their common good, and to apply to the Government for redress of grievances, shall not be infringed."2 In this form it went to the Senate, which rewrote it to read: "That Congress shall make no law abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble and consult for their common good, and to petition the government for a redress of grievances."3 Subsequently, the religion clauses and these clauses were combined by the Senate.4 The final language was agreed upon in conference.*

["...*Freedom of movement, including press freedom, association, assembly, religion, etc., are non-existent*"].

Saudis-Wahhabis cash infusions to Muslim communities, here in America and other parts of the world, ensure that perverse fundamentalism (extremism) takes hold here in the United States and around the world. The Saudis-Wahhabis—the Ruling Circles -- Princesses "are active in every level of terror chain, from planners to financiers, from cadre to foot-soldier, from ideologist to cheerleader". The Saudis-Wahhabis, or Najdis as they called themselves, are one of the groups who were (are) responsible for the Genocide and mass killings of hundreds of thousands (if not millions) of innocent lives, including men, women and children throughout the world. The Saudis-Wahhabis—the two arch heretics are one of the groups who were instrumental in causing tribulation (fitna) and divisions among the Muslim and non-Muslim masses throughout the world. And while the Saudis-Wahhabis purport "to loathe modernity, capitalism, human rights, religious freedom, and open society -- yet those in power live an extravagant, decadent lifestyle as they profess austerity and practice oppression".

Because Saudi-Wahhabi political and religious influence remained strong in the Kingdom of Saudi Arabia and other parts of the world, Muslims and non-Muslims here in America and around the world continue to suffer, not only morally, ethically and

---

*13)* **RELIGIOUS FREEDOM VIOLATION CONDUCT:** *Noncitizens are deportable who, while serving as foreign government officials, were "responsible for or directly carried out, at any time, particularly severe violations of religious freedom, as defined in section 3 of the International Religious Freedom Act of 1998 (22 U.S.C. 6402)." INA Sec. 237(a)(4)(E), 8 U.S.C. Sec. 1237(a)(4)(E), added by Intelligence Reform and Terrorism Prevention Act of 2004 ("IRTPA"), Sec. 5502, Pub. L. No. 108-458; S. 2845, 108th Congress (Dec. 17, 2004). NOTE: There now appear to be two distinct statutes both numbered INA Sec. 237(a)(4)(E), 8 U.S.C. Sec. 1227(a)(4)(E). Compare IRTPA Sec. 5502 [religious freedom violation], with IRTPA Sec. 5402 [terrorist training recipient]. NOTE: No conviction is required to establish this ground of deportation.*