religiously, but socially, politically and economically as well.

*Reports by Amnesty International*
*["Letters sent to Amnesty International in 1998 and 1999*
*from former prisoners in Saudi Arabia"]*

*"... Amnesty International has over the years called on the Saudi Arabian Government*
*to address the dire human rights situation in the country, but has yet to receive a positive*
*response. The organization is publishing this report to urge the international community and*
*the general public to take action to redress human rights violations in Saudi Arabia."*

### Count III

"I thank Allah, and all I need is to be with you... Regarding my problem, do not worry. Time will solve it and I will soon be with you God willing..." *[Shortly after Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded]*. He had no idea that he faced imminent execution, and neither his family nor apparently the Syrian Embassy even knew that he was under sentence of death. Abdul-Karim al-Naqshabandi, a Syrian, was arrested, tortured into signing a confession and then convicted of "witchcraft" after a secret and summary trial.1 He had no access to a lawyer and was given no opportunity to defend himself, even though he faced an offence punishable by death. In a letter to the court Abdul-Karim al-Naqshbandi protested his innocence: "They did not give me a chance to defend myself... The investigation was carried out with me by one person only but they all... ratified what he had to say even though they had not heard what I said to him... He threatened me with beating. They tied me up like an animal... I had no option but to accept and sign in order to protect myself. I signed in the hope that I would find someone in the police who would want to listen to the truth, but I was surprised with a more severe treatment... The officer put his shoe in my mouth, beat me up, put me in a cell, and did not allow any visits. He threatened me with worse treatment if I refused to

agree to the confession in court. Under these circumstances I ratified my confession in the hope that someone would listen to me in court."

### Count IV

" **A Filipino returned to his home in Saudi Arabia in mid-1999.** Shortly afterwards, a colleague of his entered his room accompanied by two mutawa'een (religious police15) and a policeman. His colleague, a Christian like himself, was in handcuffs and said, "Brother, I am sorry." Before he could say more, one of the mutawa'een hit him in the face and told him to be quiet. Without explanation the mutawa'een and policeman searched the room and found a Bible and other Christian literature. The Filipino was then taken without explanation to the office of the mutawa'een, where he was accused of being a preacher. When he denied the allegation, one of the mutawa'een became angry, put one of his wrists in handcuffs and beat him in the ribs. "He shouted in Arabic, 'Refute your God', and spat in my face." *The accusation that he was a preacher turned out to be the nearest he ever came to knowing the reason for his detention.* "

### Count V

"**Muhammad al-Farraj, a Saudi Arabian lecturer at the Imam Muhammad Ibn Sa'ud Islamic University in Riyadh, was in Riyadh by al-Mabahith al-'Amma in August 1999 and detained in al-Ha'ir Prison in Riyadh.** Reports indicate that he was arrested because of a poem he wrote and publicized about a week before his arrest about two political prisoners, Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali." Other targeted political organizations have included the Hizb al-Tahrir al-Islami, Islamic Liberation Party (ILP), a pan-Islamic party which calls for the

return to the caliphate system of government.18 About a dozen ILP members were arrested in 1995, seven of whom were sentenced after unfair trials to prison terms ranging from eight to 30 months. They included doctors, engineers and teachers from Arab countries, who were deported after serving their **reportedly arrested at his home** entences. Among individuals targeted have been the so-called Arab Afghan veterans,

### Count VI

"**Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali were arrested in September 1994 for their religious and political activities and were kept in al-Ha'ir Prison in Riyadh until June 1999.**" Security forces have who had returned to Saudi Arabia after fighting in the armed conflicts in Afghanistan." arrested... [them] after about one year of attempts to convince... [them] to repent their extremist ideas... which threaten the unity of the Islamic society in the Kingdom, or to stop giving such speeches, holding conferences and distributing tapes..." Sheikh Salman

---

(13)  "Christians and members of other faiths are not permitted to practice their religions in public and risk arrest even if they do so in private. Individuals suspected of political or religious dissent are at high risk of arbitrary arrest and indefinite detention without charge or trial. When they are charged and brought to trial, which is rare, the proceedings invariably fail to meet the most elementary standards of fairness .Such individuals are arrested without a warrant, often on the pretext that they are threatening national security or Islam as defined by the state. They are usually held incommunicado for prolonged periods and denied any recourse to challenge the legality of their detention."

(14)  "...Members of religious minorities continue to be detained arbitrarily with alarming frequency. Shi'a Muslims are prevented by fear of prosecution from practicing freely their faith. For example, Shi'a jurisprudence books are forbidden and the traditional Shi'a mourning procession of 'Ashura is restricted to certain areas and subject to severe controls."

bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali were arrested in September 1994 for their religious and political activities and were kept in al-Ha'ir Prison in Riyadh until June 1999. Following their arrest, the Interior Ministry stated: The two men were reportedly visited during their detention by a representative of the Directorate of Investigation and Public Prosecution. During the first visit, the representative apparently asked them to write down their disagreements with government policies in exchange for release. When their criticisms were found to be too harsh, he withdrew the release offer. On the second visit, he is said to have urged them to tone down their criticism, which they reportedly did, and they were released, apparently without charge or trial.

### Count VII

"I told my investigators... 'What crime do you have against me?'... Their answer was nothing else but beating me... They tied my hands behind my back, then they shackled my legs, then tied my hands to my feet. After, they pulled me flat on the ground and then they started beating me." *This account, by a political prisoner held in a prison in al-Taif in 1996, is typical of many testimonies Amnesty International has documented from people who have been detained in Saudi Arabia. They illustrate a culture of police brutality, torture and ill-treatment in many police stations, prisons and detention centers across the country. Despite having acceded to the UN Convention against Torture in September 1997, the Saudi Arabian government allows the practice of torture to continue unabated.*

### Count VIII

54

**"The time when they are investigating me I am facing the wall with handcuffs at the back [and] with ankle chain...** When they feel that my answer is not... connected to what they are asking me I received a lot of slapping on my ear and... pushing my face on the wall so sometimes I had bleeding in my nose and my mouth... When they are hitting me in my ribs sometimes I fall down and they used to kick me again with a steel toe... so I had to get up to receive a kicking... At the same time they are showing me a baseball bat... and they say 'if you don't tell us the truth tonight or today we are going to break your bones'. So I am very, very scared..." *Roger Cortez, a Filipino, was arrested in August 1997 in connection with murder. Throughout his interrogation he maintained his innocence even in the face of severe beatings and cruel treatment. It is not clear to Amnesty International what crime Roger Cortez was eventually tried for, nor the precise nature of his sentence. It is known that he received 250 lashes and was released in October 1999.*

### Count IX

"... Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded. He had no idea that he faced imminent execution, and neither his family nor apparently the Syrian Embassy even knew that he was under sentence of death. Abdul-Karim al-Naqshabandi, a Syrian, was arrested, tortured into signing a confession and then convicted of "witchcraft" after a secret and summary trial.1 He had no access to a lawyer and was given no opportunity to defend himself, even though he faced an offence punishable by death. In a letter to the court he protested his innocence."

---

( 15) The practice of detention without charge or trial is so systematic that it has over the years affected thousands of people. The victims have included not only individual critics and members of illegal political and religious movements, but also the family and friends of such people."

### Count X

**"Ahmad bin Ahmad al-Mulablib, a prayer leader, was reported to have died in November 1998 while in the custody of al-Mutawa'een.** The reason for his arrestwas said to have been that he did not heed a warning not to call to prayer in the Shi'a way, which differs from the Sunni call to prayer. *Amnesty International knows of no independent and impartial investigation into the cause of his death, and the authorities have not responded to the organization's requests for information.*

### Count XI

**"I said to the officer, 'Can I ask you a question?...** Where is it found in the Kitab [the Qur'an] that other people who are not Muslims (e.g. the Christians) are forced to pray?' He replied, 'It is found in Saudi Arabia'.*" From the prison diary of Osman Gedi Guled, a Somali business-person from Djibouti, describing what happened when he tried to intervene to stop guards beating non-Muslim prisoners for their refusal to take part in prayers.*

------------

(16)    "The Saudi Arabian authorities say that torture is banned under the Statute on Imprisonment and Detention of 28 May 1978. Although Article 28 states that no aggression of any sort is allowed against prisoners and that anyone who commits any such aggression will be punished, it does not provide a total prohibition of torture as required by the UN Convention against Torture. Moreover, Article 20(3) of the Statute allows for flogging of 10 lashes as a disciplinary punishment against prisoners. Flogging amounts to torture or cruel, inhuman or degrading punishment. The UN Special Rapporteur on torture stated that "corporal punishment is inconsistent with the prohibition of torture and other cruel, inhuman or degrading treatment or punishment enshrined, inter alia, in the Universal Declaration of Human Rights...".

### Count XII

"**...The place was very overcrowded with ladies and children. It is very dirty, very smelly, air conditioners sometimes worked, other times not...** There were plenty of cockroaches, they go all over the clothes, the food was not hygienic." *A woman describing conditions in the Women's Prison in Riyadh, where she was held in 1999.*

*[...In theory, judges do not accept a confession when it is disputed by the accused on the grounds of torture, coercion or deception. However, in practice this safeguard against improperly obtained confession is seriously undermined by the legal process by which a confession is obtained].*

### Count XIII

"**We were detained in cell number 4...** a stretch of about 40 by 100 feet. The cell had a capacity of 500 inmates but was congested with prisoners, many of whom slept in pairs under the  bed or on the narrow pathways... Water supply to the cell was only about 30 minutes per day while the [small amount of] food made it compulsory for the inmates to scramble and fight for both food and water.  All air-conditioning was switched off from 8am to about 5pm so that the cell is automatically turned into an oven during the day and a fridge during the night... As a result of the dehumanizing condition of the prison, many of the inmates had gone completely mad or displayed crazy tendencies by beating one another, shouting or roaming about naked..." *Four former detainees  from Nigeria described their experience when they were held for 41 days without charge in al-Ruwais Prison in 1994.*

### Count XIV

**"I was    brought to the whipping area. They tied me to a post. My hands werehandcuffed and they also shackled my legs...** I was wearing a T-shirt and jogging pants... The whip was one and a half meters long... with a heavy lead piece attached to the tip. It was terrible. Some fell on my thighs and my back. I would fall when the whip reached my feet but the prison guard would raise me up to continue the whipping. It was terrible. I was amazed to find myself still alive after the 70th lash was given. It lasted about 15 minutes... my back was bleeding. I cried." *Donato Lama, a Filipino employee of an airline company in Riyadh, told AI that he was arrested for preaching Christianity because a photograph showed him participating in a secret Roman Catholic service in Riyadh. He was tortured into signing a confession and sentenced to 18 months' imprisonment and 70 lashes. The lashes were administered in a single session a month before his release in May 1997. In 1999 he described the flogging to AI representatives. He was clearly still distressed by the experience.*

*[...Like other victims of flogging AI has spoken to, Donato Lama received no medical treatment for his injuries].*

### Count XV

**"I thought it will be fast but no, it was done one at a time...** [The policeman] really takes his time before striking. I started counting and when it reached 40 I thought I could not make it... I prayed so hard... At last it reached 60... I could not explain the pain I experienced. The stick he used was like a bamboo, round but hard."

### Count XVI

**"Nieves, a married Filipina mother of two children who worked in Riyadh,**

**was sentenced in 1992 to 60 lashes and 25 days' imprisonment for prostitution after she was tricked into signing a "confession".** Her trial, she said, lasted "a matter of minutes". She described the flogging:_____

*[...The most lashes in a single case recorded by AI is 4,000. These were imposed — in addition to imprisonment — on an Egyptian national, Muhammad 'Ali al-Sayyid, who was convicted of robbery in 1990.25 Following public protests in Egypt and internationally, a security source in Saudi Arabia said that the sentence was a reduction of what otherwise would have been amputation, but was unable to provide further clarification].*

### Count XVII

**"for me it is more difficult to cut off a hand than to carry out an execution...** because executions are done momentarily by the sword and the person leaves this life. By contrast, severing a hand demands more courage, especially because you are cutting off the hand of someone who will remain alive afterwards, and also you have to cut it off at a

_____

(17) "...When interrogators have obtained a confession, they bring the detainee before a judge to sign it. If the person refuses to sign on the basis that the confession was not given freely, the judge may refuse to authenticate the confession and his role ends there. The judge does not end the proceedings, nor does he order a medical examination or other investigation to establish how the confession was obtained, as is required under the UN Convention against Torture. The detainee is returned immediately to the custody of the interrogator with no protection from the risk of further torture. Former prisoners have told Amnesty International that when this happens the process of interrogation and, in some cases, torture, starts again until a confession is agreed and signed in front of a judge. With no legal assistance or access to the outside world, and no independent and impartial judicial supervision, the detainee is caught in a circle where the only exit is signing a confession before the judge, even if the "confession" bears no relation to the truth. Once authenticated by the judge, the confession gains the force of sufficient evidence for conviction in trial. The role of the confession therefore determines almost the whole process of investigation and trial in ordinary criminal cases, even when the punishment can be long-term imprisonment, flogging, amputation or execution."

specific joint and use your skill to make sure that cutting implement stays in position. As I said, it is much more difficult for me to cut off someone's hand than to execute them, both in terms of carrying out the penalty itself and in terms of my own feelings." According to Sa'id bin 'Abdullah bin Mabrouk al-Bishi, an experienced Saudi Arabian executioner, "purpose-made knives are used to cut off the hands of those who committheft". He was reported to have told a journalist.

## Count XVIII

**"I use a sword to kill male criminals... and firearms, specifically pistols, to kill female criminals... I think firearms are used to spare the woman, as to be executed by sword would mean uncovering her head and exposing her neck and some of her back."** Execution is by public beheading for men and, according to reports, by firing squad or beheading for women, sometimes in public. *The executioner Sa'id bin 'Abdullah bin Mabrouk al-Bishi explained his methods* _____ ...

*[...Married people convicted of adultery may be executed by stoning to death. In what are deemed by the authorities as very serious criminal cases involving violence, the person executed may be crucified afterwards. Such cases include one reported in 1990,*

---

(18)     "Amputation is prescribed under both Qisas and Hudud.27 Under Qisas it is prescribed for causing injury. Under Hudud it is prescribed for theft, which is punished by amputation of the right hand, and for highway robbery, which is punished by cross amputation (right hand and left foot). On 3 December 1999, for example, two men convicted of highway robbery each had a hand and a foot amputated in the city of Tabuk. Amnesty International recorded 90 judicial amputations between 1981 and December 1999 in Saudi Arabia, including at least five cases of cross amputation, but the true number is probably much higher. It appears that in at least some cases, executioners carry out amputations. AI does not know if they receive medical training, or whether anesthetics are administered  to victims of judicial amputations, or if restraints are used. After the amputation has been carried out, the victim is taken away by ambulance to hospital for treatment."

*where the decapitated body of a man executed for murder and other crimes was crucified].*

### Count XIX

**"Every time a guard opens her cell door she gets very scared [thinking] that they will come to take her out for execution.** For those in prison who fear they face execution, the psychological torment is extreme." *A former prisoner released from a women's prison in 1999 described to Amnesty International the fear of a fellow woman prisoner accused of murder.*

### Count XX

**"Despite our best efforts, the Department regrets to inform you...** that your husband, OFW Yolando Isnan, was reportedly executed in Jeddah on 22 July 1998, after he was found guilty by the Islamic court of deliberately causing fatal vehicular accident on 04 February 1994 killing four Saudis, injuring four people and damaging vehicles. For further inquiries you may call the Department at telephone number [...] Please accept our sincere condolences." *Relatives of those executed in Saudi Arabia also suffer extreme*

---

(19)  Article 5 of the Universal Declaration of Human Rights states: "No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment." The Convention against Torture requires states parties to prohibit torture and does not allow derogation from this prohibition at any time. Saudi Arabia, as a state party to the Convention against Torture, is obliged not to impose any punishments that amount to torture or cruel, inhuman or degrading treatment or punishment. Amputations and flogging inflict pain and suffering amounting to torture or cruel, inhuman and degrading punishment, prohibited under the Convention against Torture.

*psychological pain. In many cases, they only learn about the execution from a newspaper, sometimes after they have been told their loved one is to be released. A Filipina woman found out about her husband's execution in Saudi Arabia through a letter sent to her in the Philippines by the Office of the Undersecretary for Migrant Workers Affairs... The letter said.*

### Count XXI

**"In reference to the Consulate's note... requesting shipment of remains of [...]** who was executed in Jeddah city... the Ministry wishes to inform the Consulate that the concerned party has advised that shipment of human remains of said person is not possible... Turnover or shipment of human remains or part of those executed or amputated in the Kingdom is not allowed. Relatives of foreign nationals who have been executed then face the additional trauma of not being able to perform burial rituals in accordance with their religious or cultural traditions as the bodies of foreign nationals executed in Saudi Arabia are not repatriated." *An official in the Foreign Affairs Ministry of a country which requested the return of the body of an executed foreign national*

---

(20) **"Death penalty:** Saudi Arabia has one of the highest rates of executions in the world in both absolute numbers and per capita. Contrary to the UN's call for a progressive reduction in the number of capital crimes32, Saudi Arabia has expanded the scope of the death penalty to cover a wide range of offences, including offences without lethal consequences such as apostasy, drug dealing, sodomy and "witchcraft". The scores of people who are executed every year, many for non-violent crimes, are put to death after summary trials that offer them no opportunity to defend themselves and almost no protection against miscarriages of justice."

62

*received the following reply from the Saudi Arabian Ministry of Foreign Affairs.*

## Count XXII

**"Madam... I ask you in the name of God and humanity...** to help me because I have no one who could help me here in Saudi Arabia. My poor family has done everything they could but I believe they have lost hope... I beg you madam to understand my letter... In this prison...we cannot have contact with the outside world, we cannot defend ourselves..." *It is clear that foreign nationals, particularly those from poorer countries in the Middle East, Africa and Asia, may not be able to pursue effectively thisopportunity to gain a pardon in murder cases, as both influence and money are usually beyond their reach. A woman currently held on murder charges and possibly under a sentence of death wrote in a letter to a former prisoner who was held with her in 1999.*

*["... Given the nature of the judicial system described above, it is almost certain that all these people were sentenced to death without having access to legal* number *ofrepresentation, on the basis of confessions extracted through coercion, and after secret and summary hearings. Executions which take place after unfair trials amount to an arbitrary deprivation of the right to life, a right recognized in Article 3 of the Universal Declaration of Human Rights (UDHR). International standards give a clear message as regards the minimum acceptable safeguards in trials of capital cases. For example: "Capital punishment may be imposed only when the guilt of the person charged is based upon clear and convincing evidence leaving no room for an alternative explanation of thefacts "].*

*[... In cases where political prisoners are charged with violent activities, the summary nature and secrecy of legal proceedings are made so extreme by the*

*interference of the executive authority that those subsequently sentenced to death may be victims of arbitrary justice].*

_____

***Part Four***

<u>**Saudi Arabia-Kingdom of Morocco**</u>
**[ 614 A.D. – Present ]**

XXIII.   **MY FAMILY MEMBERS HAVE BEEN TORTURED AND MURDERED, AND SCATTERED ACROSS THE EARTH…**

<u>**Sultan (King) Sidi MuHammed Bn' Abd-al-kabir Al 'kattani**</u> (IDRISSID DYNASTY), also known as al-Kutub (Books), Died in 1909 , **murdered (flogged to death) by the present despotic '*Alawite Regime/Government – Abd al-HafiZ'* in Morocco…**

<u>**Abd al-Hayy ibn 'Abd al-kabir al-kattani**</u> **,** an idrisi sharif, one of the most renowned scholars and religious figures in Morocco, (d.1962), **Forced into exile by the present authoritarian '*Alawite Regime/Government'* in Morocco …**

<u>**Imam Ali Abu Talib-ibne-Abdul Muttalib**</u> **,** (First cousin of the Prophet Mohammed),   Born - Friday 13th of Rajab, in Holy Ka'ba, Died - at the age of 63 years, at Kufa, on Monday, the 21st Ramadan 40 AH, **murdered by an assassin who mortally wounded him with a poisoned sword in the Mosque at Kufa during morning prayers on the 19th of Ramadan.**

<u>**Hazrat Fatima, daughter of the Prophet Mohammed (PBUH)**</u> **,** Born - Friday 20th of Jamadi-ul-Akhar in Mecca, Died - 14th Jamadi-ul-Awwal at Medina at the age of 18 years **(due to injury inflicted upon her through force of a falling door by a hypocrite).**

<u>**Imam Hassan Ibn Ali ibne abu Talib**</u> , (Mother, Fatima, daughter of the Holy Prophet Mohammed, Born - Tuesday, 15th Ramadan 3 AH at Medina, Died - at the age of 46 years, at Medina, on Thursday, 28th Safar, 50 AH. **(Poisoned) .**

<u>**Imam Husain Ibn Ali ibne abu Talib**</u> , (Mother, Fatima, daughter of the Holy Prophet Mohammed), Born - Thursday, 3rd Shaban 4 AH at Medina **, Martyred - at the age of 57 years, in Kerbala, on 10th Muharram 61 AH by Yazid-ibn-Muawiya and his ruthless army.**

<u>**Imam Ali-ibn-ul Husain**</u> (Mother, Shahr Banoo, daughter of King Yazdigard II), Born - Saturday 15th of Jamadi-ul-Awwal, at Medina, Died - at the age of 58 years, in Medina , on the 21st of Muharram 95 AH. **Poisoned by Waleed bin Abdul Malik Marwan.**

<u>**Imam Muhammad, Ibn**</u> Ali ibn Husain (Mother, Fatima bint Hassan), Born, Tuesday 1st of Rajab 57 A.H. , at Medina, Died - At the age of 59 years, at Medina, on Monday, 7th Zilhajj 116 AH. **Poisoned by Hisham bin Abdul Malik.**

<u>**Imam Ja'far**</u> Ibn Muhammad ibn Ali (Mother, Umme-e-Farwah), Born - Monday 17th of Rabi-ul-Awwal 83 A.H. in Medina, Died - At the age of 65 years, at Medina, on Monday, 15th Rajab 148 AH. **Poisoned by Mansur Dawaneeqi the Abbasite.**

**Imam Musa** Ibn Ja'far ibn Muhammad (Mother, Hamida Khatoon), Born - Sunday 7st of Safarb 128 A.H. , at Abwa (Between Mecca and Medina), Died - At the age of 55 years, at Baghdad, on Friday, 25th Rajab 183 AH. **Poisoned by Harun-al-Rashid the Abbaside caliph.**

**Imam Ali** Ibn Moosa ibn Ja'far (Mother,  Ummul Baneen Najma), Born - Thursday 11th of Zilqad 148 A.H. , at Medina, Died - At the age of 55 years, at Mashad in Khorasan, on Tuesday, 17th Safar 203 AH. **Poisoned by Mamoon the Abbaside Caliph.**

**Imam Hasa** Ibn Ali ibn Musa (Mother, Khaizuran), Born - Friday 10th of Rajab 195 A.H. , at Medina, Died - At the age of 25 years, at Kazmain , on Wednesday, 29th Zilqad 220 AH. **Poisoned by Mu'tasin the Abbaside Caliph.**

**Imam Muhammad** Ibn Muhammad ibn Ali (Mother, Summana Khatoon), Born - Friday 15th of Zilhajj 212 A.H., at Surba, Died - At the age of 42 years, at Samarra , on Monday, 26th Jamadi-ul-Akhar 254 AH. **Poisoned by Mu'taz the Abbaside Caliph**

**Imam Hasan** Ibn Mohammed ( Mother, Saleel) , Born - Monday 8th of Rabi-ul-Akhar 232 A.H. , at Medina, Died - At the age of 28 years, at Samarra, on Friday 8th Rabi-ul-Awwal 260 AH. **Poisoned by Mo'tamad the Abbaside Caliph.**

## [ 1908 – Present ]

My family and I [Princeton Hummingway, NOB; Sidi-Mohammed El 'Halabi El 'Kettani] have felt the awful and awesome weight of injustice and adversity. I was born in Morocco, of Middle-Eastern ancestry, back through the founding monarchy of King Idriss I, who was the great grandson of Al Hassan, who was the son of Ali and Fatima, who was the true descendant of the Prophet Mohammed.  Idrisi Sharif Sidi MuHammed Bn' Abd-al-kabir El 'kettani, known as al-Kutub (Books), was proclaimed Sultan (King) of Morocco in the early 1900's by the great 'Oulema' (scholars) of Fez. My family members have been tortured and murdered, and scattered across the Earth. In 1977, after a failed revolt against the Alaouite' leadership [King Hassan II of Morocco], I was arrested and tortured.  In my own life in America, I have spent nearly three decades attempting to champion the causes of liberty and equality.  I have felt the sting of economic pressure, political oppression, and have suffered the indignity and extreme hardship of unjust imprisonment.  I have lost much as a result of these injustices; but whatever they have taken from me, they have not taken from me a firm hope in the future, an enduring love for my country of birth, and my country of adoption, and a firm commitment to make the world a better place, and a safer place in which to live.

During the years preceding my unjust arrest and imprisonment (October 2000), I was working on projects of great significance to the people of the United States and the World. These projects received both media and industry attention as a result of which I became the political target of certain factions within the Government  -- along with both liberal and conservative elements that make up the Hollywood-Washington political might, which dominate the Media and Congress, and which support the production of films, television and radio programs that propagate to mainstream America ideologies of US heroic militarism, emphasizing violence and political oppression of the so-called "enemy" (which happens to be whomever the government is currently in conflict with at any given time), as well as media productions that implant in the subconscious of the average viewer the subliminal acceptance of racism, judicial tyranny, consumerism, corruption, cultural decay, religious intolerance, and immorality.

These historical motion picture projects [epics]… which took years/decades of long nights and hundreds of thousands of pages of documentation later, that were to be produced could have significantly altered the catastrophic events and crises, that our nation and the world are currently

struggling to overcome, by bringing attention and alerting the masses about certain fringe elements within the government – and its cohort – who have been aggressively plotting (since the early 1900's) to undermine the global community's effort for social equity, justice, liberty and world peace – and who have been working to eliminate the core freedoms and inalienable rights granted by the Constitution.

---

*. . . Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S. and International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims-Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated . . .*

**LES CRUAUTES DU SULTAN MOOLAY-HAFID**

---

# 1909 Print Horrible Torture to People in Morocco P560B

**The Le Petit Journal was a leading illustrated news journal published in France from 1891 until WW2. It was famous for its brightly colored prints graphically depicting news events around the world as well as happenings in France. This is one of the prints these old, rare and interesting illustrated journals**

The awareness that would have been generated by these motion pictures portrayals would have helped restore public confidence back into government by reminding and reeducating the citizens of the real-life sacrifices and struggles endured not only by the founding fathers, but by the common citizens who had sincerely given their wealth and livelihood — and died for the sake of humanity to establish the foundations that were meant to guarantee and secure the liberty of the many oppressed and neglected people of the world.

67

In the cover-up, the FBI (along with the US Department of Justice and local law enforcement agencies) destroyed my property, assets, project materials (nearly three decades of work), as well as my credibility within the film community to make sure these stories never receive the public's attention. I have vigorously defended the false accusations labeled against me and I am now seeking justice to expose the corruption within the Justice System and bring attention to the plight of all who have been unjustly imprisoned and oppressed.

### *Al-Kattaniyin or El 'Kettania,*

Founded in mid-19[th] century by the Idrisi Sharif Sidi Mohammad bin 'abd al-Kabir al-Kattani, known as al-kutub (books), the order was based on the darqawa tradition. It became important in 1890 when the founder was imprisoned by Sultan (King) 'abd al-'Aziz's regent *ba Hmad.* This served to make the order more famous and when at the regent's death al-Kattani was released his prestige was so high that he ended up being proclaimed Sultan by the 'Fasi Ulama' when 'abd al-'Aziz, abdicated. When abd al-HafiZ (the brother of 'abd al-Aziz) entered Fez, al-kattani reproached him one too many times for collaboration with the French and was put to death. The Tariqa has been centered in Fez but has had numerous members as well in Meknes and Marrakech. See also main entries under *al-kattani." [pg 141-142]*

"By mid-19[th] century fasi merchants had begun to engage in international trade and were establishing representatives in the port cities. This trend accelerated as foreign representatives began to frequent Fez, but Fez remained very much a center of traditional Islamic learning. When 'abd al-'aziz was forced to abdicate, Fea proclaimed sharif *muHammad al-kattani* as sultan, but this did not prevent abd al-HafiZ from being declared Sultan in Marrakech nor did it prevent the latter from entering Fez (then capital of Moroccan) and having Mohammad bin 'abd al-Kabir al-kattani flogged to death in 1909. In 1911, abd al-HafiZ called on French troops for help against tribal rebellions and civil unrest and then on 30 March 1912 signed the treaty of protectorate at a nearby country house built in the 18th century by mawlay 'abd allah." *[pg. 70]*

### *Al-kattani, 'abd al-Hayy*

Inheriting the leadership of the kattani'ya Tariqa from his uncle in 1909 when the latter (Mohammad bin 'abd al-Kabir al-Kattani) was flogged to death by abd al-HafiZ for so-called treason, 'abd al-Hayy Al-kattani (1886-1962), an idrisi sharif, became both one of the most renowned scholars and religious figures in Morocco and one of the most bitter enemies of the *'Alawite Monoarchy.* He consequently sided with the French on issues where they differed from the sultan and in 1953, along with Thami Glawi, supported the French in their deposition of Sultan Mohammed V (ibn yusuf) and replacement by muHammad ibn 'arafa (the uncle of Mohammed V) who as one of the wealthiest landowners in Morocco was a natural ally of *Thami Glawi.* When Mohammed V returned at independence, 'abd al-Hayy Al-kattani was obliged to reconcile himself with the king and then retired from public life in voluntary exile in France.

The private library he left behind in Morocco contained 3,371 manuscripts and more than 5,000 documents which were given to the Bibliotheque Generale et Archives in

Rabat in 1956. The remainder of his library which was taken with him into exile has since been acquired by the Bibliotheque Hasaniyya in Rabat." *[pg. 122]*

———————————————

***Part Five***

**Saudi-Wahhabis-US-Bush Administration [USA]**

XXIV     **"THE ATTACKS OF SEPTEMBER 11, ON THE UNITED STATES, THE ONCE
ABSTRACT AND DISTANT THREAT OF TERRORISM HAS BECOME A DAILY
FACT OF LIFE FOR EVERY AMERICAN -- MUSLIM AND NON-MUSLIM
THROUGHOUT THE WORLD. THE ONGOING THREAT OF TERRORISM HAS
BEEN PERMANENTLY LODGED IN THE PSYCHE OF EVERY CIVILIZED
PERSON IN THIS WORLD...**

**▬▬▬▬▬**

    This Class Action (complaint) is brought pursuant to rule 42 of the federal Rules of
civil Procedures, which allows consolidation where actions involve common questions of
law or fact. The Plaintiffs herein – United States citizens and citizens of foreign nations
[Americans – Muslims and non-Muslims], including ['mothers, fathers, wives, husbands,
children, sisters and brothers'] of those killed or injured (prior, during and after the
invasion of Iraq, Afghanistan, and the Middle East, and   of those killed or injured on
September 11, 2001, from each attack, on all four of the doomed flights, at both Towers
of the World Trade Center, inside the Pentagon, and in Shanksville, Pennsylvania. These
Plaintiffs seek full, just, timely compensation and punitive damages as appropriate.

    This action (complaint) is brought pursuant to the Foreign Sovereignty Immunities
Act 28 U.S.C. Sec. 1605(a)(2); Sec. 1605(a)(7) with Pub. L. 104-208, Div. A. Title I,
Sec. 1605 note (West Supp.)( Flatow Amendment); Torture Victim Protection Act. Pub.
La. 102-256, 106 Stat. 73 (reprinted at 28 U.S.C.A. Sec. 1350 note (West 1993); Alien
Tort Claim Act, 28 U.S.C. Sec. 1350; and the Anti Terrorism Claims Act, 18 U.S.C. Sec.
2333, et seq.  This Complaint includes claims brought by both United States citizens and
foreign nationals. Congress' enactment of these terrorist-related statutes set forth herein
evidences legislative intent for accountability and provides these victims a forum for that
accountability. In addition to compensation, these legal actions can also punish and deter
future acts of terrorism *by Saudi Arabia, Saudi-US-Bush Government, et al*

    This action is brought pursuant to 'Bivens v. Six Unknown Named Agents of the
Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed.2d 619 (1971) and
28 U.S.C. Sec. 1331 and 1343(a)(1-4), to redress the deprivation by Defendants of rights
secured to the Plaintiffs by the United States Constitution, the International Laws and
Comon Laws. Defendants Saudi Arabia [Saudi-Wahhabi Royal Princesses], Alawites-

70

Moroccan Government, Saudi-US-Bush Administration [the Executive, Legislative and Judicial Branches of the Saudi-Wahhabi-Alawi-US-Bush Governments]… in their individual and official capacities as Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Agents, Justices, Lords, Chancellors,  Archbishops, Bishops, Members of Congress [United Nations], Ambassadors, Diplomats, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them, have Conspired, Agreed, (Aided and Abetted), and Confederated among and between each other to deny the named Plaintiffs their  rights under the Federal Constitution and Domestic Laws of the United States, the International Law, and the Basic Laws of other nations -- the Article I & III of the U.S. Constitution, the  First, Fourth, Fifth, Sixth, Seventh, Eighth, Thirteenth, and Fourteenth Amendments thereto. All named Defendants, at all times relevant herein, engaged in either racially or politically motivated conduct in direct violation of the Plaintiffs' Constitutional rights, and federal civil rights law. All named Defendants, at all times relevant herein, either personally participated in or knew of the Unconstitutional Acts and failed to act to prevent them, promulgated or implemented policies so deficient as to be the concurring cause of the Constitutional violations, and they conspired with their co-conspirators in said violations.

This action is brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. Sec. 1346, 2406, 2401(b), and 2671-2680, and pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999, 29 L. Ed.2d 619 (1971), to redress the deprivation by Defendants of rights secured to the Plaintiff by the United States Constitution.

"September 11, 2001 left an indelible scar on the American – Muslim and non-Muslim psyche. Never before had American civilians been attacked in our homeland by foreign nationals or terrorists with such devastating effectiveness. Never before had our government failed so completely to discharge its basic duty to provide domestic security. Thousands of our fellow citizens were murdered and fell victims to treachery simply because they went about the mundane task of reporting to their places of work on that fateful, crystal-clear morning. Even before the second of the Twin Towers of the World Trade Center collapsed in what the New Times would call "a hellish storm of ash, smoke and leaping victims," the nation and our government realized that a crisis of grave proportions involving national security was at hand.

Our country was on "red alert." As President Bush was whisked around the country in Air Force One and Vice President Cheney was ushered into the White House bunker, the Federal Aviation Administration shut down all air travel from the airports serving New York City, and soon thereafter Secretary of Transportation Norman Mineta ordered the grounding of all United States air traffic, wherever located. Approximately 2,200 planes were grounded within two hours, and the nation's airports and runways were completely shutdown. The horrific events of September 11 also precipitated an economic and financial crisis, the most immediate victim of which was the United States airline industry. With planes grounded, the public fearful of flying, and insurers and lenders balking, the need for emergency federal legislation became apparent, and within twenty-four hours of the terrorist attacks, Congress began discussing comprehensive rescue legislation. The

71

potentiallydevastating liability of the airlines was quickly limited. With lightning speed, the House of Representatives and the Senate proposed, debated, and passed such legislation, and on September 24, 2001, President Bush signed into law the Air Transportation Safety and System Stabilization Act of 2001 (Public Law 107-42, 115 Stat. 230, 49 U.S.C. § 40101) (the "Act"). The Act provides the airlines with loan guarantees, loss reimbursements, safeguards against increased insurance premiums, and, most importantly, limitations of liability and uniformity with respect to any privately instituted litigation arising out of September 11.

Title IV of the Act establishes the "September 11th Victim Compensation Fund of 2001" (the "Fund"), the purpose of which, according to Section 403 of the Act, is "to provide compensation to any individual (or relatives of a deceased individual) who was physically injured or killed as a result of the terrorist-related aircraft crashes of September 11, 2001." This class action lawsuit arises out of the implementation and administration of the Fund by the involved federal officers, and the regulations and methodologies for computing Fund compensation promulgated and sought to be enforced by the Defendants."

"This civil rights lawsuit is brought to ensure that the promise of equal treatment embodied in federal and state anti-discrimination laws does not become a meaningless guarantee for person perceived to be Arab or Muslim. Since the horrific events of September 11, our nation has witnessed an alarming rise in incidents of discrimination against Arab and Muslim Americans and against persons perceived to be Arab or Muslim. In response to this troubling backlash, President Bush, in his address to Congress following the attacks, felt compelled to declare that "no one should be singled out for unfair treatment or unkind words because of their background or religious faith." Attorney General John Ashcroft was equal adamant in proclaiming, just days after the attacks, that "we must not descend to the level of those who perpetrated Tuesday's violence by targeting individuals based on their race, their religion, [or] their national origin."

XXV.    "There are a few moments in life that call into question one's deepest beliefs, the cherished core of who one claims to be. The usual superficial concerns that seem to cloud my head disappeared, and while I questioned myself as to how there could be such dark, overriding hate in the world, the only reply my mind, my body, and my soul could seem to muster was how deeply I loved my family….The sound of my mother's calm voice reassuring me of [their] safety could not have been sweeter. My head ached from hours of tensions and tears… I will never forget that day of massacre. New York, that day, seemed more my home than it has ever been, and I, never more patriotic."

—Mieke ten Have '05 of New York City, writing from London, 9/12/01

XXVI.   "They told me they found her remains, but I decided not to look. The Pentagon officials also said the remains of at least 19 others on board the plane were also identified by a military medical group. Immediately after the crash, I was assigned a personal liaison who handled my case. He was cooperative and helpful and I decided I didn't want to see

72

Suzanne's remains," said on family member who lost a loved one in 9/11 but wanted to remain anonymous.

XXVII. "I never received any remains or evidence of the person I lost on 9/11, but if there were any remains, I surely would have had them independently tested instead of relying on the word of the government."

XXVIII.    "This 'open letter' is coming from my heart. I want you to know that I am neither a Republican nor a Democrat and that this is not an attempt to 'bash the Government.' You Mr. Bush should be held responsible and liable for any and all acts that were committed to aid in any "cover up" of the tragic events of September 11, 2001. As President you have a duty to protect the American people. On September 11th you did not instruct your staff to issue a nationwide emergency warning/alert to advise us of the attack on America. We had to receive the news of the attacks via the news networks." "They hijacked my case just like my husband's plane," Mariani told American Free Press. "To cover up the truth."

["... Plaintiffs will prove Defendants have engaged in a "pattern of abuse of public powers" dating back to the late 1970's to support her civil RICO Act and *Bivens* constitutional tort action in this matter. The facts will show, Defendants' have engaged in both personal business and national security "deals" with alleged terrorists, "OBL" and Saddam Hussein, providing the foundational claim of Plaintiff that her husband was murdered due to Defendants' "failure to act and prevent" the attacks on the United States of America on "911" for one overall chilling reason, to profit either personally or politically from the so-called "IWOT." [12] Plaintiff asserts, in the late 1970's and throughout the 1980's, Defendants were allies with OBL and Saddam Hussein during the former Soviet Union's invasion of Afghanistan and Iran-Iraq war respectively, wherein, personal and political deals were made and it is believed upon discovery, these dealings hold the truth about "911"].

XXIX. "For those of us that watched with horror as the Bush administration attacked and massacred innocent men, women and children, the satirical analysis by Morris and Iannucci summed up what the Americans were doing because there is no other way of looking at it than as an act of pure insanity. Obviously innocent people died in America on 11 September, but we must not forget that many more innocent people were killed in brutal attacks on Afghanistan [and other parts of the world]. The British Government is also to blame because they acted as the US government's lackies. My own government, the Irish government, is also not without blame, despite its supposed neutrality. Neutrality was thrown to the wayside and now we hear that the Taoiseach of neutral Ireland, Bertie Ahern, is going to 'support whatever the next step in the war on terrorism will be'. Shame on them all. They are condoning the murder of innocents, Bernard M. Cantillon, UCD-Belfield, Dublin

XXX. "Like most Americans, I was gripped by senses of profound shock, horror, revulsion, sadness, and rage as I watched the horror of September 11, 2001 unfolding live on my television screen. Watching the mass murder of thousands of innocent people live on television was the most upsetting experience of my life. How could any person of sound moral character not be enraged at witnessing this horrific act of barbarism? To read about some faraway, long-ago genocide in a newspaper or a book is distressing enough. But to actually witness the mass murders of what was, at first, believed to have been tens of thousands of innocent people is truly heart stopping and traumatic. I barely slept for two

nights afterwards and suffered nightmares. Polling data would later reveal that 65% of Americans actually shed tears on 9-11.

XXXI.  "I don't want taxpayer's money," Mariani said. "I want the truth, justice, and accountability. The sense of closure and justice cannot be compensated with money. We need and deserve an answer that may become clear only during a full, fair and complete investigation," Mariani wrote in an open letter to federal judge Alvin K. Hellerstein of the U.S. District Court, Southern District of New York. The letter never reached the judge, Mariani said. "I will never trust my country again," Mariani told AFP. "They can just snap their fingers and a lawsuit is thrown out. It's evil."

{ Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S.  and International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims-Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated } . . .

_____

### _US-World-Saudi Relationship_

The US-World-Saudi relationship has exacerbated this phenomenon at the real needs of their respective populations. The US-World [United States of Amrica, United Kingdom of Great Britain, Republic of France, Federal Republic of Germany, Russian Federation, Republic of China, US-Government of Israel and other World Nations, and World Courts] (to name  few),  have turn blind eyes concerning Saudi human rights abuses, religious intolerance, and government corruption to ensure themselves continued access and endless supply to regional energy reserves, a strategic military presence, and a dominant position in Middle East politics; in return the Al Saud-Wahhabi ruling circle is guaranteed security and control over the Arabian Peninsula. This relationship (which has lasted for more than six decades) not only benefited the greed of aristocratic elites, governments and big business corporations, but resulted in countless conflicts, mass bloodshed (the killing of millions of innocent lives) and tribulations in various parts of

74

the globe. *Since the events of September, 2001  -- or rather, with the over-reaction <u>to</u> those events, many of the western "democracies, led by the United States, have passed laws and instituted judicial and political procedures which have seriously eroded the rights of the individual.  Because of the perceptions of the September 11[th] events, these procedures and laws have targeted citizens of Arabian nationality and Islamic religious beliefs. This targeting has taken expression in the form of economic persecution, selective prosecution and imprisonment, discrimination and distrust . . . and the war in Afghanistan and Iraq.*

    *[..."The attacks of September 11, on the United States, the once abstract and distant threat of terrorism has become a daily fact of life, not only for every American but for every Muslim and non-Muslim throughout the world. The ongoing threat of terrorism has been permanently lodged in the psyche of every civilized person in this world"].*

    **Defendant, George Walker Bush – the Bush Administration (hereinafter " Defendant USA"),** an international sovereign nation, empowered, limited and controlled subject to its United States Constitution, is the United States of America as set forth by its territorial boundaries description which the Court is requested under the Federal Rules of Evidence ("FRE"), Rule 201, to take judicial notice of said territorial description and boundaries commonly referred to as the USA, herein as defined and set forth under the United States Constitution.

    Defendant George W. Bush (hereinafter "GWB"), under color of authority and office is responsible as President and Commander-in-Chief of the United States of America and Armed Forces respectively, officially and individually, under the United States Constitution and National Security Act of 1947, (hereinafter "NS Act") was continues to be in control of Defendant USA and all other named and unnamed Defendants, and each of them,officially and individually. At all times relevant to the claims herein, all Defendants present and past federal employees of the USA or national