security consultants have long had personal ties to Defendant GWB and or his family relevant to establish and support the RICO Act basis of this lawsuit. Defendant United States of America, GWB holds great _____, _____ and political power and is often likened to an absolute dictatorship. Defendant GWB is an individual who is also a citizen of the United States who acted with executive power as the President of the United States of America under Article II of the Constitution. Defendant GWB receives for his compensation for services payments from the United States Treasury to conduct his official acts in a faithful manner and solemnly swore be will faithfully execute the Office of President of the United States and will do the best of his ability, to preserve, protect and defend the United States Constitution. Defendant United States of America, GWB's conduct during 1970s-1980s, prior to... [the Massacre in Srebrenica, Bosnia; the Genocide in Palestine, Sudan, Ethiopia, Chechnya and Afghanistan -- Iran-Iraq-War... and the the events of September 11th [9/11/2001 attacks on the World Trade Center and the Pentagon]... raises serious doubt on the face of the evidence he failed to uphold his "oath" to protect Plaintiffs' Families and Relatives: Plaintiffs' Husbands, Wives, Fathers, Mothers and Children [American... Arab Americans, African Americans, Asians, Latinos, Muslims and non-Muslims ]... from the devastating attacks of this famous and infamous crimes against humanities.

Due to the complexity of this litigation and large number of named and unnamed Defendants in this matter, for clarity purposes, Defendants USA, et al., will mean GWB as he is solely responsible for all acts and omissions of all subordinate Defendants under the provisions of the "NS Act" -- under the provisions of International Human Rights Law, International Humanitarian law, Common Law and the Constitution of the United States of America ...

### *US-Saudi Relationship*

The US-Saudi relationship has exacerbated this phenomenon at the real needs of their respective populations. The U.S. turns a blind eye concerning Saudi human rights abuses, religious intolerance, and government corruption to ensure itself continued access and endless supply to regional energy reserves, a strategic military presence, and a dominant position in Middle East politics; in return the Al Saud-Wahhabi ruling circle is guaranteed security and control over the Arabian Peninsula. This relationship (which has lasted for more than six decades) not only benefited the greed of aristocratic elites, governments and big business corporations, but resulted in countless conflicts, mass bloodshed (the killing of millions of innocent lives) and tribulations in various parts of the globe.

The US-Saudis and other Wolrd Leaders and Governments, their [Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Senators, Congressmen, Justices, Lords, Chancellors, Archbishops, Bishops, [Members of the United Nations], Ambassadors, Diplomats, Secretary-Generals, Directors, Agents, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them, conspired, agreed, (aided and abetted), and confederated among And between each other to "finance, encourage, recruit and permit certain Countries and

---

*21)  "The attacks of September 11, on the United States, the once abstract and distant threat of terrorism has become a daily fact of life, not only for every American but for every Muslim and non-Muslim throughout the world. The ongoing threat of terrorism has been permanently lodged in the psyche of every civilized person in this world."*

Individuals to carry out the Dismemberment, Segregation and Impoverishment of the 4.8 Billion Muslims and non-Muslims worldwide; t[he Genocide in Middle East, Asia, Africa [Palestine, Iraq, Sudan, Ethiopia, Chechnya and Afghanistan] - t[he Massacre in Srebrenica, Bosnia; Iran-Iraq War... and the 9/11/2001 attacks on the World Trade Center and Pentagon]; in order to orchestrate a contrived, stylized and artificial "second Pearl Harbor" event for the purpose of galvanizing public support for their political-economic agenda and military ventures in the Middle East and Central Asia; and in order to persuade Congress to enact their repressive Patriotic Acts I and II for the purpose of suppressing political dissidents, here in America and abroad.

The tragedies of this past century, including the more recent tragedies of Kosovo, Iraq, Iran, Chechnya, Afghanistan, Sudan, and the Events of September 11th, were predicted in general by those who were observant of the political and economic climate during the latter half of the 20th century. Yet, while they were predictable and anticipated, they were not unavoidable -- there were and are other means of resolving these types of conditions, before they rise to the level of armed conflict. Any of these events could have been averted, had the leaders of the nations involved—concerned themselves with the matters addressed to them, but each made the weaker decision to strike out, and to inflict more hardship upon those already dependent and oppressed.

In the aftermath of September 11th, the United States has undertaken unprecedented and unconstitutional systematic discrimination of those who have heeded the call to

---

(22)  *"The outrage that people are expressing about how our Leaders and World Governments – along with their legion of mercenaries (mercenary contractors) have acted is more than appropriate. It is essential to our regaining control of our sovereign nations, of restoring the greatness that is the 'United Islam' -- that is the 'United World'.*

"come to America", issued at the feet of the Statute of Liberty to the "huddled masses, yearning to breath free . . ." And the United States does not stand alone in this, as her sister nations take the torch of oppression, thinly disguised as the defense of freedom. Wherever it occurs, this type of groundless detention, is a miscarriage of justice;

_____

(23 )   "They hijacked my case just like my husband's plane," Mariani told American Free Press. "To cover up the truth."

(24)   "I now, as the widow, have lost all legal power," Mariani said. "I lost it all through corrupt lawyers. They made damn sure they threw me out as the widow in the wrongful death case."

(25)   "Why can't we speak freely?" Mariani asks. "You can't heal until the truth comes out. 9-11 is an open wound. We've been cheated of our rights and our freedom to speak."

(26)   "I used to take care of vets," she said. "They were all medicated. I can tell when someone is medicated."

(27)   "You can't heal while you are medicated," Mariani says. "You can't grow. You stop where you are. You have to bite the bullet and it hurts like hell."

(28)   "These are mind control medications," she said. "That's why they had to remove me. They couldn't control me." Removing Mariani from her own case was a decision made between her lawyers and those from "the other side," she said.

(29)   "Judge Hellerstein in New York was overseeing the case in New Hampshire," Mariani said. "He said if this doesn't get straightened out [the removal of Mariani as administrix], he would intervene."

(30)   "Phil Berg is the culprit," Mariani said, referring to the role her former lawyer played in removing her from the case. "He ordered me to give up the administrix position and go full on the RICO." The RICO case is a racketeering lawsuit in which the first five of 52 defendants named are all from the Bush family.

(31)   "Forget the RICO. I don't want anything to do with it," Mariani said. "Berg pushed the RICO. He set me up to fail and my case to be thrown out."

(32)   "Berg hijacked my case," Mariani said. "He went to the other side." She describes Berg's handling of her case as "very incompetent." She retained Kohlman in February 2005 and fired Berg but he has not turned over her file.

(33)   "There is no RICO and there shouldn't have been," Kohlman said. "One has to prove a pattern. It makes the job more difficult."

the fouling, affluent by-product of expediency and narrow-mindedness. These cowardly acts not only conflict with the basic principles of human dignity and freedom, demoralize and demean our respective nations and the greater family of man; they belittle our past, befoul our present, and jeopardize the very fabric of our future.

[... Since the events of September, 2001 -- or rather, with the over-reaction to

---

*(34)* *"Berg is withholding my file, accounting, and condolences from all over the world," Mariani said.*

*(35)* *"After I saw what they did to me," Mariani said. "I question everything about 9-11." ( Independent journalist Tom Flocco)*

*(36)* *"I am the widow. Neil was the breadwinner and I was his only dependent," she said. The administrix position was taken from Mrs. Mariani by lawyers representing her step-daughter, the adult daughter of her late husband, she said. Mariani has proof that the lawyers had conspired to remove her as administrix, she said.*

*(37)* ***" ... the United States [is] cast in the role of Praetorian Guard, protecting the interests of the global financial order against fractious elements in the Third World. "*** *John Stockwell, former CIA official and author_____...*

*(38)* *[United States foreign policy since the 1980s, effectively dictated by the U.S. right-wing, has been "selective rollback" - the deliberate overthrow of foreign governments, especially in the third world, which are seen as socialist, nationalist or just uncooperative with U.S. business interests, by a program of political, psychological and economic warfare, military and paramilitary actions, and the infiltration of agents and saboteurs].*

*(39)* ***"How dare Americans allow their government to cause such misery [in the world]."*** *Ramsey Clark, former United States Attorney General and human rights activist*

*(40)* ***" Rollback as a foreign policy ... causes untold devastation and misery for millions overseas, and hinders any potential positive U.S. influence in world affairs... To the extent the U.S. public backs rollback, this support is rooted in a misguided sense of patriotism. Patriotism itself - love of one's country and one's people - is a natural and reasonable human feeling. But patriotism which measures one's country by military superiority over all rivals regardless of consequence is irrational... There is surely a more rational form of patriotism that searches for excellence in social, economic and moral spheres rather than in weapon systems. "*** *from the book Rollback by Thomas Bodenheimer and Robert Gould*

those events, many of the western "democracies, led by the United States, have passed laws and instituted judicial and political procedures which have seriously eroded the rights of the individual. Because of the perceptions of the September 11[th] events, these procedures and laws have targeted citizens of Arabian nationality and Islamic religious beliefs. This targeting has taken expression in the form of economic persecution, selective prosecution and imprisonment, discrimination and distrust . . . and the war in Afghanistan and Iraq].

---

**IRAQ, MAHMUDIAH, 12, March, 2006 — "Rape: The latest of American atrocities. Though it's not really the latest- it's just the one that's being publicized the most. The poor girl Abeer was neither the first to be raped by American troops, nor will she be the last. The only reason this rape was brought to light and publicized is that her whole immediate family were killed along with her. Rape is a taboo subject in Iraq. Families don't report rapes here, they avenge them. We've been hearing whisperings about rapes in American-controlled prisons and during sieges of towns like Haditha and Samarra for the last three years. The naiveté of Americans who can't believe their 'heroes' are committing such atrocities is ridiculous. Who ever heard of an occupying army committing rape??? You raped the country, why not the people?**

*["...As pretty as she was young, the girl had attracted the unwelcome attention of U.S. soldiers manning a checkpoint that the girl had to pass through almost daily in their village in the south-central city of Mahmudiyah, her mother told the neighbor. Abeer Qasim Hamza ( a 14-year old Iraqi girl ) told her mother again and again in her last days that the soldiers had made advances toward her, a neighbor, Omar Janabi, said this weekend, recounting a conversation he said he had with the girl's mother, Fakhriyah, on March 10. Fakhriyah feared that the Americans might come for her daughter at night, at their home. She asked her neighbor if Abeer might sleep at his house, with the women there. Janabi said he agreed. Then, "I tried to reassure her, remove some of her fear," Janabi said. "I told her, the Americans would not do such a thing." Abeer did not live to take up the offer of shelter. Instead, attackers came to the girl's house the next day, apparently separating Abeer from her mother, father and young sister. Janabi and others knowledgeable about the incident said they believed that the attackers raped Abeer in another room. Medical officials who handled the bodies also_____...*

———————

{ Plaintiffs have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S.  and International Law, Federal Rules of Civil Procedure, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims-Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated } . . .

# Complaint For Damages, Special Damages, Mandatory Injunction, Declaratory Relief, Mandamus And Accounting

---

**JURY TRIAL DEMANDED**

Plaintiffs are informed and believe and thereon allege that Defendants named herein as (Agents, Directors, Officers, Attorneys, Servants, successors, Representatives, Employees and Assigns, and all others in active or passive concert with Defendants, and each of the them), who committed such crimes, herein alleged and at all times, herein mentioned, acting within their 'Respective Course and Scope of Authority' for Defendants Saudi Arabia, Kingdom of Morocco, Republic of France, United States of America, United Kingdom of Great Brotain, US-Government of Israel, United Nations-World Court.

Plaintiff is informed and believes and thereon alleges that each of the 'Fictitiously' named Defendants is responsible in some manner or the occurrences herein alleged and that Plaintiffs' Damages were proximately caused by their conduct.

Plaintiffs are informed and believe, and on that basis allege, that at all times herein material, each Defendant conspired with his/her co-defendants and/or the military regime by entering into an agreement to commit wrongful and tortious acts contained herein and each Defendant participated in or committed a wrongful act in furtherance of said conspiracy which resulted in injury to the Plaintiffs.

83

Whenever and wherever reference is made in this Complaint to any conduct by Defendant or Defendants, such allegations and references shall also be deemed to mean the conduct of each of the Defendants, acting individually, jointly and severally.

Whenever and wherever reference is made to individuals who are not named as Defendants in this Complaint, but were employees/agents of Defendants, such individuals at all relevant times acted on behalf of the Defendants named in this Complaint within the scope of their respective employments.

Defendant GWB has purported to the American People, this Court and the world that the infamous attacks of "911" were directly masterminded by Osama bin Laden and his Al Qaeda Network terrorists (hereinafter "OBL"), almost immediately after the attacks. Yet, Defendant GWB has not been forthright and honest with regard to his administration's pre-knowledge of the potential of the "911" attacks and Plaintiffs seek to compel Defendant GWB to justify thousands of innocent lives died on "911.'

Plaintiffs believes Defendant GWB is invoking a long standard operating procedure of invoking national security and executive privilege claims to suppress the basis of their lawsuit that Defendant GWB, et al., failed to act and prevent the "911" attacks. This Court must see through this and Plaintiffs argue from the onset, the reasons why "911" occurred are no longer a national security risk, but, a national security disgrace and tragedy.

Plaintiffs assert, contrary to Defendant GWB's assertion that OBL is responsible for "911," the compelling evidence that will be presented in this case through discovery, subpoena power by this Court and testimony at trial will lead to one undisputed fact, Defendant GWB failed to act and prevent "911" knowing the attacks would lead to our

nation having to engage in an "International War on Terror (IWOT)" which would benefit Defendants both financially and for political reasons. Plaintiffs assert, thousands of innocent civilians were murdered on "911" and Defendant GWB and many of his cabinet members are now profiting from the IWOT.

Plaintiffs will prove, the "Bush family" has had long ties to power in the federal government and with the OBL family which raises serious public trust questions yet to be answered, to include, but not limited to, the fact that Defendant Cheney is profiting immensely from his former company's exclusive contracts to rebuild Iraq.

Plaintiffs reasonably believe Defendants knew or should have known the attacks on "911" would be carried out and intentionally and deliberately failed to act and prevent these deadly attacks leading to the untimely death of innocent lives.

Plaintiffs believe, Defendant GWB et al, allowed the attacks to take place to compel public anger and outcry to engage our nation and our military men and women in a preventable "IWOT" for personal gains and agendas. The statement of "911 Commissioner" and former United States Senator Max Cleland reinforces Plaintiffs' claims that their President and Commander-in-Chief Defendant GWB has not been honest and forthright to the American public and to the world with regard to "911": "As each day goes by, we learn this government knew a whole lot more about these terrorists before Sept. 11 than it has ever admitted."

Plaintiffs believe the facts, circumstances and substantial evidence once presented to a jury will ultimately establish Defendants allowed the "911" attacks to occur to create an "IWOT" for malicious personal agendas, to include, but not limited to war profiteering. A pattern of this financial war profiting and the "Bush Family" goes back to

85

their dealings with Nazi Germany during World War II. Plaintiffs understand this assertion will be a shock to their fellow Americans who are not aware of this fact.

*"Why Isn't the Truth Out There?" Observer (U.K.), October 5, 2003, article which states in part: "This is the staggering story of the events of 9/11. No reasons have been given for the Bush administration's conduct on that day; no one has been brought to account. Yet from the tragedy that was 9/11, Bush has been able to deliver for his backers in the arms and oil industries…" (Emphasis added).*

Plaintiffs intend to prove to a "reasonable jury" the Defendants in this matter have engaged in a long history of foreign policy decisions and have possessed absolute control of power of their government and have not been honest and forthright with the American public and the world as to "911" and have "obstructed justice" setting a second basis for a "RICO Act" claim as evident by its secrecy and refusal to comply with the "911 Commission" in the aftermath of "911." For example, the following phillynews.com, September 11, 2003, William Bunch article; "Why Don't We Have Answers to these 9/11 Questions" goes to the heart of Plaintiffs' claims and states*: "NO EVENT IN recent history has been written about, talked about, or watched and rewatched as much as the terrorist attacks of Sept. 11, 2001 - five years ago today. Not only was it the deadliest terrorist strike inside America, but the hijackings and attacks on New York City's World Trade Center and the Pentagon in Washington were also a seminal event for an information-soaked media age of Internet access and 24- hour news. So, why after 5-years do we know so little about what really happened that day? No one knows where the alleged mastermind of the attack is, and none of his accomplices has been convicted of any crime. We're not even sure if the 19 people identified by the U.S. government as the suicide hijackers are really the right guys."*

Defendants have influenced American national security policy either as public officials or private citizens to the detriment of innocent American lives to include the wrongful death of Plaintiffs' families and relatives  that provide their standing to seek

answers on behalf of others similarly situated who, without question, "fear" even questioning the Defendants' conduct or misconduct prior to, on and after "911."

Plaintiffs will prove Defendants have engaged in a "pattern of abuse of public powers" dating back to the late 1970's to support their civil RICO Act and Bivens constitutional tort action in this matter. The facts will show, Defendants' have engaged in both personal business and national security "deals" with alleged terrorists, "OBL" and Saddam Hussein, providing the foundational claim of Plaintiffs that their families and relatives and friends were murdered due to Defendants' "failure to act and prevent" the attacks on the United States of America on "911" for one overall chilling reason, to profit either personally or politically from the so-called "IWOT."[12] Plaintiffs assert, in the late 1970's and throughout the 1980's, Defendants were allies with OBL and Saddam Hussein during the former Soviet Union's invasion of Afghanistan and Iran-Iraq war respectively, wherein, personal and political deals were made and it is believed upon discovery, these dealings hold the truth about "911."

Plaintiffs will establish herein claims based upon the United States Constitution, statutory and case law, to compel judicial redress of their love ones' their wrongful death and to set a precedent to prevent future abuses of power in the United States Government as will be clearly established by the wanton acts and omissions of Defendants' in this case. Plaintiffs' love ones were murdered on "911" and Defendants have yet to be honest and forthright as to the truth as to how and why "911" occurred. For these reasons, Plaintiff brings this cause of action with the genuine belief Defendants have broken the law and continue to show great contempt towards themsleves, the American Public and the laws of the United States of America.

Plaintiffs' Complaint is historical in nature as our Constitutional way of government has been attacked and the following quote of Justice Louis Brandeis is very relevant to this cause of action: *"Decency, security and liberty alike demand that government officials shall be subjected to the rules of conduct that are commands to the citizen. In a government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Our government is the potent, omnipresent teacher. For good or for ill, it teaches the whole people by its example. Crime is contagious. If the government becomes a lawbreaker, it breeds contempt for the law; it invites every man to come a law unto himself. It invites anarchy."* (United States v. Olmstead, 277 U.S. 438 (1928)).

As widely reported and confirmed by many American independent researchers of the facts and circumstances of "911," Defendant GWB knew the attacks of "911" were probable and failed to act. Specifically, Special Agent Robert Wright wrote a memo on June 9, 2001, warning his superiors, Defendant DOJ/FBI of the potential of terrorists hijacking aircraft to attack the United States and two (2) months later, Defendant GWB's National Security Advisor, Defendant Condoleezza Rice, acknowledged that on August 6, 2001, (one month prior to the "911" attacks), she provided a written brief to Defendant GWB at his Texas ranch which warned "OBL" might try to hijack U.S. aircraft. Plaintiffs, as all Americans… African Americans, Arab Americans, Asians, Latinos, Muslims and non-Muslims have a "right to know" why these reports provided Defendant GWB were not acted upon to prevent the most deadly attacks against our nation since Pearl Harbor which led us into War World II as "911" is now leading us into the never ending "IWOT." From the mountain of evidence and the ongoing "secrecy" of

Defendant GWB and his unwillingness to cooperate with the "911 Commission," Plaintiffs bring this RICO Act civil action to obtain justice for hundreds of millions of innocent lives and to expose the "truth" to the American public and to the world as to the great betrayal Defendants have inflicted upon each and every freedom-loving American and non-American arising from the crimes prior to, during and after "911."

Plaintiffs assert, Defendants acting in their official and individual capacities were grossly and criminally negligent in failing to act and prevent the attacks on "911" resulting in the wrongful death of hundreds of thousands of innocent lives and attacks against their country.

Plaintiffs incorporate for the public record at Appemdix " ", an "Open Letter" directed at Defendant GWB that provides them personal reasons for proceeding with this cause of action. Plaintiffs' "open letter" will be supported by substantial facts and evidence to prove Defendant GWB and all subordinate Defendants named herein have not been "truthful" with the American People and must be held accountable to Plaintiffs and the families of the thousands of other innocent people who lost their lives on "911."

In sum, Plaintiffs having "standing" to bring forth this cause of action and its claims herein, will set forth bona fide challenges to the "official version" of the events of "911" version as purported by Defendant GWB. Plaintiffs will establish inconsistencies establishing a prima facie case for this matter to proceed to a jury trial in the search for truth and justice to redress the untimely death of Americans and thousands of other innocent people.

Plaintiffs assert, in a free society such as America, no one, including the President of the United States of America is above the law. This Honorable Court must afford

Plaintiffs their fundamental United States Constitutional First Amendment Right to petition this Court for redress of Defendant USA, et al., "failure to act and prevent" the "911" attacks which led to the murder of thousands of Americans and other innocent people to include daily, our brave men and women of the United States Armed Forces who Plaintiffs believe are dying in Iraq because of Defendant GWB's lies.

For the above stated reasons and the Counts provided hereinafter, Plaintiffs' Civil Action is exclusively based upon the United States Constitution and the Racketeer Influenced and Corrupt Organizations Act (RICO Act)(citations omitted), however, other basis for jurisdiction and venue are based upon special factors due to the "unique" nature of this matter. For the good of Plaintiffs and their nations this case merits judicial review, relief and vindication to ensure another "911" never occurs again due to the wrongful acts and omissions of federal employees as will be proven in this matter at trial.

In sum, Plaintiffs will call to trial former federal employees with firsthand knowledge and expertise with military intelligence and other duties to support the underlying RICO Act foundational basis to prove Defendants have engaged in a "pattern of criminal activity and obstruction of justice" in violation of the public trust and laws of the United States for personal and financial gains. Plaintiffs will prove, Defendants have engaged our nation in an endless war on terror to achieve their personal goals and agendas.

Plaintiffs aver that Defendants named above [ Saudi Arabia [Saudi-Wahhabi Royal Princesses]; Saudi Arabia-Kingdom of Morocco (Alawi Royal Princesses]; Saudi-US-Bush Administration, and each of them, all conspired, agreed and confederated among and between each other prior to September 11 to knowingly finance, encourage, recruit,

permit, and aid and abet, certain individuals to carry out the September 11 attacks on the World Trade Center and Pentagon, in order to orchestrate a contrived, stylized and artificial "second Pear Harbor" Event for the purpose of galvanizing public support for their military adventure agenda in the Middle East, and in order to persuade Congress to enact their repressive patriot acts I and II for the purpose of suppressing political dissent inside the U.S. and elsewhere in the world.

Plaintiffs aver that Defendants, and each of them, the Saudi-US-Bush Administration et al, knew about plans by 'Terrorist', and conspired with each other to fund, finance and encourage said Terrorists (many of whom were acting as informants and agents of Defendants, and each of them) to amount the September 11 attacks, and allowed these attacks to occur deliberately, thereby violating clearly established rights of plaintiffs protected under the International Laws, the Common Laws and the United States Constitution. Plaintiffs also are informed and believe, and so aver, that Defendants, and each of them, orchestrated the 911 attacks and utilized a technology known as "fly by wire"(flow"), i.e., remote control of aircraft used in the 911 attacks. Said technology is also employed in the "global hawk" aircraft military drone aircraft and in commercial aircraft used in the 911 attacks. Then, Defendants concocted a scheme to cover up what they had done and suppress their prior knowledge and approval of the 911 attacks.

Plaintiff also aver that Defendants knowingly utilized the climate of fear and hysterical created by the 911 acts, and deliberately concocted untrue and fraudulent claims of weapons of mass destruction" ("WMD") said to be present in Iraq, from 09/11/01 through the present, and particularly in October 2002, when Defendants

91

presented these false claims to Congress in order to obtain a resolution "*Enabling act*" which Bush then used to launch a preemptive war against the sovereign state of Iraq.

As a proximate result of defendants' acts and violation of the constitution and clearly established rights of plaintiffs, plaintiffs suffered severe damage in loss of taxpayer revenues, emotional distress, loss of government services, and other damages.

Defendants have continued to march forward with their cavalcade of horrors intended to frighten the plaintiffs into coughing up endless moneys. Plaintiffs have also lost liberties as defendants have finagled new laws and rules and regulations enabling them to read private e mail, wiretap, etc., all of which violate plaintiffs; 4th amendment rights to freedom from unreasonable governed search and seizure and plaintiffs have suffered loss of liberty, loss of freedom etc. as defendants have proceeded on their plan to disable us democracy and impose totalitarian controls and laws, solely in order to tighten their grip on power for political ends.

Plaintiffs are veterans who have been damaged by being forced to accept smaller amounts of military pensions and other benefits than would otherwise be the case but for the expensive and wasteful wars of aggression conducted by defendants in Iraq etc., which have bankrupted the us economy and prevented veterans from getting their just rewards in the form of medical and health services, pensions etc.

Also plaintiffs are informed and believe that defendants have utilized and implemented the USA PATRIOT ACTS I AND II to spy on them, invade their privacy, intercept communications intended to be private, invade the privacy of what books they read at libraries and bought at bookstores, what financial accounts they have and what financial transactions they engaged in, etc. Also the defendants appear to be prepared to

92

strip some of the plaintiffs of their US citizenship under the USA PATRIOT ACTS I AND II, as a mens of suppressing political dissent. This violation of plaintiffs' rights has been brazen in its scope and dangerous.

Defendant Bush and the other defendants have deliberately conspired with the government of Saudi Arabia to harm the interests of plaintiffs, and to violate plaintiffs' clearly established rights, and to manipulate petroleum prices, which have more than doubled since fall 2001, from $ 16/bbl to $ 75/bbl. in addition, Defendants created "sweetheart deals" with certain companies and awarded these deals to "reconstruct and rebuild" Iraq. These companies include defendant Cheney's company Haliburton, Bechtel and others. Taxpayer money has been showered on these companies which damaged plaintiffs' rights and interests.

There is no adequate remedy at law to compensate plaintiffs and protect them from future acts of grossly negligent and intentional malfeasance in office by defendants, and therefore plaintiff ask for and are entitled to receive an injunction removing defendants from office and enjoining them from carrying out any further duties in defense of this country.

Plaintiffs are informed and believe that defendants are dangerous and hence an injunction should issue requiring defendants to fulfill their constitutional duties forthwith, or remove themselves from office or be removed from office by all legitimate constitutional means.

The USA Patriot Acts, I and II, planned and implemented by defendants as a means of suppressing and chilling exercise of political dissent, violate plaintiffs' constitutional rights under the 1st, 5th, fourth and 14th amendments to the constitution, in that they

93

constitute an invasion of privacy and give the federal government vast unconstitutional powers to spy on us citizens, i.e., plaintiffs, for defendants; own nefarious political purpose. Ashcroft should be enjoined from enforcing the patriot laws.

The actions, misfeasance, malfeasance and other acts committed by defendants as alleged above, in the first cause of action, amount to negligence, misfeasance malfeasance in discharge of defendants duties to plaintiffs, and defendants have breached the duty they had to protect plaintiffs from terrorists and physical and emotional harm.

As a proximate result of defendants' malfeasance and violation of the constitution, plaintiffs suffered severe damage in regard to emotional distress, loss of government services, waste of government money, creation of huge federal budget deficits and resultant interest (including interest paid to GSA), diminution of federal services and funds due to diverting funds to Bush's Iraq misadventure, etc. . plaintiffs have also lost liberties as defendants have finagled new laws and rules and regulations enabling them to read private e mail, wiretap, etc.,. all of which violate plaintiffs; 4th amendment rights to freedom from unreasonable governed search and seizure and plaintiff have suffered loss of liberty, loss of freedom etc.., as defendants have proceeded on their plan to disable us democracy and impose totalitarian controls and laws, solely in order to tighten their grip on power for political ends.

Whereas defendants pose a "clear and present danger" to the lives and liberties and freedoms of plaintiffs, and to the us treasury which they have been bankrupting by wasteful wastrel spending on meaningless wars of aggression, and whereas there is no adequate remedy at law to compensate plaintiff and protect them from future acts of grossly negligent and intentional malfeasance in office by defendants, and therefore

plaintiff ask for and are entitled to receive an injunction removing defendants from office and enjoining them from carrying out any further duties in defense of this country. Plaintiffs are informed and believe that defendants are dangerous and hence an injunction should issue requiring defendants to fulfill their constitutional duties forthwith, or remove themselves from office or be removed from office by all legitimate constitutional means.

## **Wherefore plaintiffs pray for relief as hereinafter alleged**

The actions of defendants as described supra amount to presentation of false claims to Congress for taxpayer money in violation of the FEDERAL FRAUDULENT CLAIMS ACT ("FCA") , 31 U.S.C. §§ 3729 et seq., in that defendants all presented to Congress false and fraudulent claims to Congress "for payment or approval" from 9/11/01 through present, in that defendants presented a fraudulent claim to Congress that Iraq possessed weapons of mass destruction ('WMD"), when this was in fact totally untrue and defendants had utterly no evidence of WMD in Iraq (as proven by the fact that after 18 months of war and search, defendants have failed to find any WMD anywhere in Iraq. Therefore this is evidence that defendants must have presented a deliberately false and fraudulent claim before Congress in october 2002 and other times between 9/11/01 and the present, a fraudulent claim for taxpayer moneys. Defendants also presented fraudulent claims to Congress from 9/12/01 to the present that "Osama Bin Laden" was a live leader of a worldwide conspiracy to deploy WMD against the US and to destroy and inflict severe damage against the US, when in fact defendants knew that Osama Bin Laden had been killed many years before 9/11/01. Hence they fraudulently presented a dead man as the casus belli justifying waste of resources to pursue a pointless War against

Afghanistan. Defendants also presented fraudulent claims to Congress from 9/11/01 to the present, that Saddam Hussein and the government of Iraq were linked to Bin Laden and al Quaeda and that Hussein and Iraq had been involved in planning and executing the 911 attacks. These utterly fraudulent claims were used by defendants to finagle public funds out of Congress for pointless wars against Iraq, and waste of the treasury funds. These were fraudulent claims because Bush et al went before congress in october 2002, through the present, and presented a false claim that there were weapons of mass destruction ensconced in Iraq, which requiring immediate military action to obviate an imminent attack on the us. Defendant Rice fraudulently alleged that a "mushroom cloud" over the USA (to be launched by Iraq) was a clear and present danger that was imminent, and Bush et al. Claimed that Iraq had bought nuclear weapons material, chemical and biological weapons ("CBW"), and other WMD and that Iraq planned to deploy such weapons against the USA. All of these claims were false and fraudulent, and known to defendants to be false and fraudulent at the time they were made. This violated the Federal Fraudulent Claims Act ("FCA")

Plaintiffs have standing to bring this civil action under 31 U.S.C. sec. 3730(b), as us citizens.

The statute of limitations for this cause of action is 6 years-see 31 U.S.C. §3731. Hence the action is timely.

As a proximate result of said violation of the FCA, plaintiffs have suffered damages, to wit, loss of taxpayer money on a useless and purposeless boondoggle in Iraq, denial and reduction in public services because of the diverting of federal taxpayer funds to the Iraq misadventure, loss of life in a purposeless activity, infliction of emotional

distress, creation of huge federal budget deficits and resultant interest charges (including interest paid to gSA), etc.

Plaintiffs request an order compelling defendants to reimburse the US treasury for the federal funds they defrauded the Congress into giving them, by making deliberately false and fraudulent claims of WMD, mushroom clouds, CBW and the like.

**Wherefore plaintiffs pray for relief as hereinafter described.**

### RICO statute: 18 US CODE §§ 1961 ET SEQ.

All of the above-described acts by defendants constitute a violation of the RICO statute, 18 US CODE §§ 1961 ET SEQ. In particular, defendants have received income derived from a pattern of racketeering activity and have used and invested such income in the acquisition of interests in, ands establishment of operations of, certain enterprises, such as the Iraq "reconstruction" program whereby defendants' cronies such as Defendant Cheney's company Haliburton and Bechtel have won sweetheart deals to "rebuild"the very infrastructure that defendants have destroyed or damaged through mindless military action, in pursuit of defendants' dubious goals. Plaintiffs aver that defendants have engaged in pattern of tam Marte quam Mercurio and that the "war" in Iraq has been a cover for racketeering activity, such as the sweetheart deals, described supra. The cover-up by defendants of the genesis of the 911 acts has been a conspiracy in violation of 18 U.S.C. § 1961, as well. This has been a conspiracy to obstruct justice. As part of the coverup, during the days following 9/11/01, defendants knowingly allowed members of the Saudi royal family and Bin Laden family to fly out of the USA at a time when all other flights were grounded. The purpose of allowing these criminals to escape the country was to prevent anyone from questioning them about their complicity in causing

the 911 attacks. The coverup also has taken the shape of a campaign of intimidation and suppression of FBI agents and informants who knew about the true genesis if the 911 attacks. For example, when FBI translators and agents and informants sent letters and e mails and documents to defendants prior to 9/11/01, warning them of imminent threats of attack, defendants suppressed these, forbade the informants from speaking publicly or to the 911 commission later, and imposed a policy of Omerta.

Plaintiffs have standing to bring this cause of action because of 18 US Code §1964 in that plaintiffs aver that there is a causal link between defendants' violation of 18 U.S.C. §§ 1961-1962 and plaintiffs' injuries.

As a proximate result OF THE VIOLATION OF 18 U.S.C. § 1961 by defendants, plaintiffs have suffered damages including denial of their rights to receive federal services and funds, invasion of their privacy and constitutional rights by the defendants via US PATRIOT ACTS and spying, credit damage etc.

# **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, Princeton Hummingway, NOB, Sidi Mohammed El 'Halabi El 'Kettani [911-World Victims], and each plaintiff respectfully urge this Court to grant and order the following, as well as other necessary and appropriate relief:

### ***Relief Sought***

1. Full accountability by individuals and governments for criminal and other wrongful military assaults and economic injustice, including sanctions inflicted on all the peoples of the world, their lives, resources, properties and environment to include criminal prosecutions and reparations sufficient to place all the masses in the condition they would be in had they not suffered the wrongs inflicted on them, together with resources with which to build a better future of the peoples' choice.

2. Freedom for all Iraqi peoples to form a federation of their choice to provide political, civil, social, economic and cultural independence and viability for all the peoples of the region.

3. Freedom for all Afghanistan peoples to form a federation of their choice to provide political, civil, social, economic and cultural independence and viability for all the peoples of the region.

4. Freedom for all Palestanian peoples to form a federation of their choice to provide political, civil, social, economic and cultural independence and viability for all the peoples of the region.

5. Freedom for all Chechen peoples to form a federation of their choice to provide political, civil, social, economic and cultural independence and viability for all the peoples of the region.

6. Freedom for all Nations to elect governments or form federations of their choice to provide political, civil, social, economic and cultural independence and viability for all the peoples of the world.

7. Comprehensive efforts to create mutual respect, common interests and bonds of friendship among and between Muslims and non-Muslims, and all national, ethnic and religious groups in the World.

8. Strict prohibition on all forms of foreign interference with or disruption of efforts to establish unity, peace and stability in the World.

9. Restoration of peace making functions of the U.N. and reform of the U.N. to make it effective.

10. The abolition of NATO.

11. Full accountability by individuals and governments for criminal and other wrongful military assaults and economic injustice, including sanctions inflicted on all the peoples of the world, their lives, resources, properties and environment to include criminal prosecutions and reparations sufficient to place all the masses in the condition they would be in had they not suffered the wrongs inflicted on them, together with resources with which to build a better future of the peoples' choice.

12. Abolition of the illegal ad hoc international criminal tribunal for Yugoslavia and other countries, and reliance on a legal international tribunal of worldwide non discriminatory jurisdiction capable of equal justice under the law.

13. Providing adequate media access to inform the world of the human destructiveness of the use of high technology weapons by the U.S. against poor and defenseless people and the practice of genocide by sanctions.

14. Removing all foreign troops from Iraq, Afghanistan, the Balkans, the Middle East and other part of the world at the earliest feasible moment and U.S. troops from NATO countries and elsewhere immediately.

A broader range of relief and reform may be found in Chapter 12 of The Fire This Time. It is drawn from the experiences and recommendations of the Commission of Inquiry and the International War Crimes Tribunal which heard evidence in 20 countries concerning the assault on Iraq in 1991, the continuing assaults on Iraq thereafter and the genocidal sanctions which continue to this day.

### *Scope of the Inquiry*

100