The Commission of Inquiry will focus on U.S. criminal conduct, aided and abetted by NATO, because of the dominant U.S. role in the military and other wrongful acts against Iraq, without its incurring a single casualty while causing thousands of deaths in Iraq, the peril of continuing U.S. conduct to all the people of Iraq and the risk of aerial and missile strikes against other nations in view of the rescididous record of the U.S. The Commission of Inquiry will seek and accept evidence of criminal acts by any person or government, related to the conflict, because it believes international law must be applied uniformly. It believes that "victors' justice" is not law, but the extension of war by force of the prevailing party. U.S. propaganda and international media coverage has demonized Iraq, its leadership, Muslims and Muslims to fit its purposes, but rarely noticed the criminal destruction of Iraq and other parts of the world by U.S. acts as set forth in this complaint. Comprehensive efforts to gather and evaluate evidence, objectively judge all the conduct that constitutes crimes against peace, war crimes and crimes against humanity and to present these facts for judgment to the court of world opinion requires that any serious fair effort focus on the United States. The Commission of Inquiry believes its focus on U.S. criminal acts is important, proper, and the only way to bring the whole truth, a balanced perspective and impartiality in application of legal process to this great human tragedy.

### _WHEREFORE, Plaintiffs Pray That the Court:_

1. Certify this action as a class action pursuant to Federal Rule of Civil Procedure 23, and designating named Plaintiffs as the class representatives and counsel for Plaintiffs as Class counsel.

2. Declare that Defendants by trafficking in, retaining, disposing of and concealing assets looted from targets of the _____(name) treasury with knowledge that the assets had been obtained through the systematic persecution, torture, slave labor, force, and murder, violated international treaties and customary international law enforceable in this Court as federal common law, the law of the nations and international law.

3. Order Defendants to make available all information relating to the above criminal acts in order that an accounting of assets may be realized.

4. Direct Defendants to return all identifiable property looted from Plaintiffs and received by Defendants.

5. Award Plaintiffs the value of any identified property deposited by, or looted from, Plaintiffs and received by Defendants plus interest compounded annually since 1941.

6. Award Plaintiffs compensatory and punitive damages arising out of Defendants' unlawful behavior in trafficking in, retaining, disposing and concealing Looted Assets or profits of the _____(name) Treasury with knowledge that the assets or profits were the fruits of Nazi-Ustasha violations of international law and were used to assist war criminals to evade justice.

7. Order Defendants to disgorge any profits earned by trafficking in, disposing of or concealing the _____(name) Treasury which was the fruits of violations of international law.

8. Grant Plaintiffs a jury trial on all issues so triable.

9. Award Plaintiffs the costs of this action, including reasonable attorneys' fees and expert fees; and,

10. Grant such other and further relief as shall seem just to the Court.

**WHEREFORE,** Plaintiffs pray that judgment be entered against the Defendant as follows:

(a)  Certifying this action as a class action pursuant to Rule 23 of the Federal Rules of **Civil** Procedure, and designating plaintiffs as class representatives and counsel for plaintiffs as counsel for the Class;

(b)  Declaring that Defendant violated international treaties and customary international law enforceable in this court as federal common law and the law of nations;

(c)  Declaring that Defendant violated the Alien Tort Claims Act and prohibitions against enforced prostitution and rape;

(d)  Directing Defendants to make available forthwith all documents or other records related to the operation of military rape camps and/or "comfort women;"

(e)  Awarding plaintiffs and the Class compensatory and punitive damages arising out of the unlawful behavior of Defendants;

(f)  Awarding the costs of bringing this action, including an award of attorneys' fees, expert fees and other costs; and

(g)  Granting such other and further **relief** as shall seem just to the Court.

102

**_WHEREFORE ; Plaintiffs Pray for Judgment as follows:_**

Preliminary and permanent injunctions restraining and enjoining the above-named Defendants (their Agents , Officers , Employees , Attorneys , Servants , Representatives , Assigns , Successors , and all other Persons in Active or Passive Concert with Defendants, and each of them) from , directly or indirectly ;  1)  Violating plaintiffs' Constitutional rights;  2)  Committing  crimes against peace, war crimes, crimes against humanity and other criminal acts;  3)  Committing international torts and crimes under color of law;    4)   Planning and executing the Dismemberment, Segregation and Impoverishment of Iraq, Afghanistan, Palestine, Chechnya, Sudan, and other parts of the world;  5)  Inflicting, Inciting and Enhancing Violence Between Muslims and Slavs;  6) Preventing and Disrupting Efforts to Maintain Unity, Peace and Stability in  the Middle East and other Parts of the world;  7)  Destroying the Peace Making Role of the United Nations;  8) Using NATO for Military Aggression Against and Occupation of Non-Compliant Poor Countries;   9)    Killing and Injuring a Defenseless Populations Throughout the world; 10)  Planning, Announcing and Executing Attacks Intended to Assassinate the Head of Government, Other Government Leaders and Selected Civilians; 11)  Destroying and Damaging Economic, Social, Cultural, Medical, Diplomatic and Religious Resources, Properties and Facilities throughout the world;    12)  Attacking Objects Indispensable to the Survival of the Population of Iraq;  13)  Attacking Facilities Containing Dangerous Substances and Forces;  14)  Using Depleted Uranium, Cluster Bombs and Other Prohibited Weapons;   15)  Waging War on the Environment;    16) Imposing Sanctions through the UN That Are A Genocidal Crime Against Humanity to Achieve Impoverishment and Debilitation of the People of Iraq, Afghanistan, Palestine, Sudan, Yugoslavia and other parts of the wolrd;  17)  Creating An Illegal Ad-Hoc Criminal Tribunal To Destroy And Demonize Serb Leadership;   18)  Using Controlled International Media to Create Support for U.S. Assaults Anywhere and To Demonize Iraq, Yugoslavia, Slavs, Serbs and Muslims as Genocidal Murderers;   19)  Establishing the Long term Military Occupation of Strategic Parts of Iraq, Afghanistan and other parts of the world by NATO Forces;   20)  Attempting to Destroy the Sovereignty, Right to Self Determination, Democracy and Culture of the Iraqis, Muslims and non-Muslims, Christians and Other Peoples of World Nations;  21)  The Purpose of the U.S. Being To

103

Dominate, Control and Exploit Iraq, Its People and Its resources; and 22) The Means of the U.S. Being Military Power and Economic Coercion.

## *RELIEF SOUGHT (II)*

**WHEREFORE, Plaintiffs Princeton Hummingway, NOB: Sidi-Mohammed bin Abd Al-Rahman El 'Halabi El 'Kettani [9/11-World Victims], pray this Court will grant judgment against Defendants as hereinafter set forth:**

**I. For declaratory relief, an order declaring that the USA PATRIOT ACTS I AND II are null and void for violation the Constitution, and declaring the defendants' actions to have violated RICO and the FCA, and an injunction enjoining defendants from implementing the USA PATRIOT ACTS I AND II;**

**II. An order to defendants requiring them to release all information they have concerning the genesis and execution of the 911 acts;**

**III. Declaratory judgment declaring USA patriot acts I and II to be unconstitutional, null and void;**

**IV. An order compelling defendants and their cronies and business associates, including Bechtel corp; and Haliburton corp., to reimburse the US treasury for all tax dollars gained by them, which tax dollars have been extracted from plaintiffs, us taxpayers on the basis of false and fraudulent information;**

**V. An injunction forbidding defendants, and defendants Attorneys-General and Solicitors-General from enforcing patriot acts I or II, and declaratory relief in the for of an order declaring both patriot acts to be unconstitutional.**

  a. **For general damages in an amount according to proof at trial;**
  b. **For monetary damages according to proof;**
  c. **For economic damages according to proof;**
  d. **For property damage and loss of use of property according to proof ;**
  e. **For punitive damage and all treble damages based on compensatory damages per *RICO* statute as allowed by law according to proof;**
  f. **For prejudgment interest as allowed by law;**
  g. **For all compensatory damages for pain and suffering, etc;**
  h. **For all costs of suit, including all other related fees and costs pursuant to 42 U.S.C. § 1988;**
  i. **For all special damages in the amount of $_____ (billions) according to proof; and**

104

j.  For such other and further extraordinary declaratory and injunctive relief as this <u>Court</u> may deem just and proper on behalf of Plaintiffs and others similarly situated . . . .

## WHEREFORE ; PLAINTIFFS PRAY FOR
## JUDGMENT AS FOLLOWS

**Defendants Saudi Arabia [Saudi-Wahhabi Royal Princesses,
Saudi-Wahhabi-Alawi Royal Princesses [Kingdom of Morocco],
Saudi-US-Bush Administration [USA],** *et al*

(hereinafter "SA|SWRP| – SWARP [KM| – SUABA |USA] ,

. . . their [Kings, Queens, Princesses, Ministers, Councils, Grand Muftis,
Sheiks, Imams, Presidents, Vice Presidents, Senators, Congressmen, Justices,
Lords, Chancellors, Archbishops, Bishops -- [Members of the United Nations],
Ambassadors, Diplomats, Secretary-Generals, Agents, Officers, Employees,
Administrators, Successors, Servants, Attorneys, and/or Representatives, and all
others in 'Active or Passive Concert' with Defendants, and each of them, shall pay
to the US-World Victims -- Citizens of World Nations [Americans... Arab-
Americans, African-Americans, Europians, Asians, Latinos, Muslims and non-
Muslims] the amount of $_____ (Trillions ) [according to proof at
trial]; and for such other and further relief as this Court may deem just and proper.

**Defendants Saudi Arabia-King Fahad Mosque**
       (hereinafter "SA-KFM"),

. . . the Executve, Legislative and Judicial Branches of Saudi Arabia [Saudi-
Wahhabi Royal Princesses], King Abdullah bin Abd Al-Aziz Al-Saud, —Gvernment
Officials, including: Key Ministers and Cabinet Members; Royal Embassy of Saudi
Arabia (Washington, DC), Prince Bandar bin Sultan, Saudi Ambassadors,
Diplomats, Agents or Employees; Consulate of Saudi Arabia (Los Angeles, CA),
Abdelah Alharthi, Saudi Diplomats, Agents or Employees; Saudi-Wahhabi Islamic
Foundation of Shaikh Ibn Taimmiyyah—King Fahad Mosque (Culver City, CA),
Khalil Al-Khalil, Tajuddin Shuaib, King Fahad Administration, Founders, Board of
Trustees, Directors, Imams and Staff Members... and Saudi Key Ministers,
Government Officials, Justices, Agents, Kings, Princesses, Ministers, Councils,
Grand Muftis, Sheiks, Imams, Ambassadors, Diplomats, Directors, Officers,
Employees, Administrators, Successors, Servants, Attorneys, and/or
Representatives, and all others in 'Active or Passive Concert' with Defendants, and
each of them, shall pay to the Court as sanction the amount of $_____
(Thousands).

Defendants, and each of them, shall pay directly to Plaintiff [Princeton
Hummingway, NOB: Sidi Mohammed El 'Halabi El'Kettani] the amount of

$_____(Billions ) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants, and each of them shall pay to the US-World Victims -- Citizens of World Nations [Saudi Citizens, Americans, Arab-Americans, African-Americans, Europians, Asians, Latinos, Muslims and non-Muslims throughout the world] the amount of $_____(Trillions) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants Saudi Arabia (hereinafter "SA"), the Executve, Legislative and Judicial Branches of Saudi Arabia Government, Sultan (King) Abdullah bin Abd Al-Aziz Al-Saud, Saudi Royal Princesses—Gvernment Officials, including: Key Ministers and Cabinet Members; Royal Embassy of Saudi Arabia (Washington, DC), Prince Bandar bin Sultan, Saudi Ambassadors, Diplomats, Agents or Employees; Consulate of Saudi Arabia (Los Angeles, CA), Abdelah Alharthi, Saudi Diplomats, Agents or Employees; Saudi-Wahhabi Islamic Foundation of Shaikh Ibn Taimmiyyah—King Fahad Mosque (Culver City, CA), Khalil Al-Khalil, Tajuddin Shuaib, King Fahad Administration, Founders, Board of Trustees, Directors, Imams and Staff Members... and Saudi Key Ministers, Government Officials, Justices, Agents, Kings, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Ambassadors, Diplomats, Directors, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them,(hereinafter "SA-SRE-SC-SWIFIT-KF")... shall deposit or place into a 'Trust Account' the amount of $_____( Trillions ) , to be administered by the Court or Courts , or until a 'Trustee or Committee' can be appointed.

### Defendants Saudi Arabia – Saudi-Wahhabis-Alawites
### [Kingdom of Morocco] (hereinafter "SA-SWA[KM]"),

. . . the Executive, Legislative and Judicial Branches of Saudi-Wahhabi-Kingdom of Morocco [Alawi Royal Princesses], Sultan (King) Mohammed VI, — Gvernment of Morocco, including: Prime/Key Ministers and Cabinet Members; Morocco (Alawi) Royal Embassy (Washington, DC), Aziz Mekouar, Ambassador to the United States, Morocco (Alawi) Ambassadors and Diplomats to the United Nations (New York, USA), Agents, Representative or Employees, [the Supreme Council of the Judiciary of Morocco], and Consulate of Morocco ;and all others in 'Active or Passive Concert' with Defendants [ i.e., Government Officials, Justices, Ambassadors, Diplomats, Directors, Agents, Ministers, Councils, Grand Muftis, Sheiks, Imams, Officers, Administrators, Successors, Servants, Attorneys, and/or Representatives, Kings, and Princesses], and each of them, shall pay to the Court as sanction the amount of $_____ (Thousands).

Defendants, and each of them, shall pay directly to Plaintiff [Princeton Hummingway, NOB: Sidi Mohammed El 'Halabi El'Kettani] the amount of

$_____(Billions) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants, and each of them shall pay to the US-World Victims -- Citizens of World Nations [Moroccan Citizens, Americans, Arab-Americans, African-Americans, Europians, Asians, Latinos, Muslims and non-Muslims throughout the world] the amount of $_____(Trillions) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants Saudi Arabia – Saudi-Wabbis-Alawites [Kingdom of Morocco] (hereinafter "SA-SWA[KM]"), the Executive, Legislative and Judicial Branches of Kingdom of Morocco [Alawi Royal Princesses], King Mohammed VI, —Gvernment of Morocco, including: Prime/Key Ministers and Cabinet Members; Morocco (Alawi) Royal Embassy (Washington, DC), Aziz Mekouar, Ambassador to the United States, Morocco (Alawi) Ambassadors and Diplomats to the United Nations (New York, USA), Agents, Representative or Employees, [the Supreme Council of the Judiciary of Morocco], and Consulate of Morocco (_____);and all others in 'Active or Passive Concert' with Defendants [ i.e., Government Officials, Justices, Ambassadors, Diplomats, Directors, Agents, Ministers, Councils, Grand Muftis, Sheiks, Imams, Officers, Administrators, Successors, Servants, Attorneys, and/or Representatives, Kings, and Princesses], and each of them, (hereinafter "Alawi-KM")... shall deposit or place into a 'Trust Account' the amount of $_____( Trillions) , to be administered by the Court or Courts , or until a 'Trustee or Committee' can be appointed.

### Defendants Saudi Arabia-US-Bush Administration [USA], 
(hereinafter "SA-US-BA [USA]"),

. . . the Executive, Legislative and Judicial Branches of the Saudi-US-Bush Administration [USA], George Walker. Bush, Dick Cheney, George Tenet, Robert Mueller, Condoleeza Rice, John Ashcroft, Paul Wolfowitz. and Government Officials, Justices, Senators, Agents, Officers, Judicial Officers, Attorneys, Administrators, Directors, Representatives, Doctors, Employees, Successors, Servants and Assigns, and all others in active or passive concert with defendants, and each of them, shall pay to the Court as sanction the amount of $_____ (Thousands).

Defendants, and each of them, shall pay directly to Plaintiff [Princeton Hummingway, NOB: Sidi Mohammed El 'Halabi El'Kettani] the amount of $_____(Billions) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants, and each of them shall pay to the Victims [US-World Victims] – Citizens of World Nations... [American Citizens, Arab-Americans, African-Americans, Europians, Asians, Latinos, Muslims and non-Muslims throughout the

world] the amount of $_____(Trillions) [according to proof at trial]; and for such other and further relief as this Court may deem just and proper.

Defendants Saudi Arabia-US-Bush Administration (hereinafter "USA"): the Executive, Legislative and Judicial Branches of the United States Government, George W. Bush, Dick Cheney, George Tenet, Robert Mueller, Condoleeza Rice, John Ashcroft, and Government Officials, Justices, Senators, Agents, Officers, Judicial Officers, Attorneys, Administrators, Directors, Representatives, Doctors, Employees, Successors, Servants and Assigns, and all others in active or passive concert with defendants, and each of them, shall deposit or place into a 'Trust Account' the amount of $_____( Trillions) , to be administered by the Court or Courts,  or until a 'Trustee or Committee' can be appointed.

———————————

Plaintiffs will amend the Class Action to state Defendants' true identities and/or corporations when ascertain…  Plaintiffs will amend the Class Action to include additional Defendants and/or Corporations when ascertained.

———————————

# <u>CONCLUSION</u>

". . . Hear the deafening silence of the 1.2 billion Muslims worldwide, who are in a vigorous fit of inactivity, calmly pretending not to know . . ."

## FACTS....

A deep hole is dug in the ground. A 30 year old lady, tied up from feet to shoulders, as a stick, is lowered alive into this hole, in a standing position. Only her neck and head are visible. Can you imagine a human head sticking above ground?

When the order is given, a man throws a fist-sized stone at her protruding head. The stone hits her head with a thud. She screems in pain as the blood oozes down her face. Another man picks up a stone and scraps the side of her head drawing a lateral line of blood. She cries and screems in excruciating pain. Since it is a free for all, a teenage spectator from this open playing field, tries his luck, but misses her head completely. Another aims at her and flings it with force. The stone hits its intended target, her forehead.

She screems and cries loudly for mercy. There is now a gash on her forehead. Blood spurting out, down her eyes, nose, cheeks, mouth and down to the ground. She cries out for mercy but to not avail. The minutes become an hour, between the many misses, scraps, nicks, chips and strikes. Another spectator flings forcefully at her.

The stone hits the bridge of her nose with another thud. She screems again and again. This time the blood comes down from inside and outside her nose. Probably, her nasal bridge-bone is broken, causing the bleeding from inside her nostrils as well. Though her wounds are grave, as you can imagine, her screems by now are not as vociferous as earlier, and her tears help to wash some of the blood on her cheeks. Her vision has completely gone with the blood coating.The next stone hits her again. A piece of flesh pops out. No, its not, oh god, it really can't be her eye-ball. It is so bloody that you cann't really make out. By this time, blood has covered her entire face and the ground in front of her.She still makes groaning sounds. More time pass. Stoning her, continues. Her sounds are less and less audible. Her face has become unrecognisable. Flesh, like mashed meat is her face, but only more bloody, as she now literally has no human face. Small strips of flesh, like locks of hair are hanging from her. Her head is now droopping forward. At this stage a hit on her make splashes of blood. She has stopped making a sound for the last two stone pelting. Two hours have passed. The Islamic authorities check her neck for pulse. It is still beating but barely, due to the loss of blood. A flesh piece drops off her head, as the stoning process continues.

Finally,death comes to this lady. She is then left there for a few more hours for the spectators to see, because this is a public lesson for all muslim females, who commit adultery.Then her father and relatives are allowed to dig her body, and bring it above ground. Pieces of her flesh, lying on the ground, is collected and because she has no face, it is put back on the front of her head, and bundled up. Now readers, imagine that is your mother, or your daughter, or sister, or even you, yourself.

**Saudi Arabia is a country without a constitution or elected representatives... Saudi Arabia [the Sheikdom], ruled by King Fahd bin Abd al-Aziz al-Saud (Saudi-Wahhabi Royal Princesses) view Muslims who speak out against corruption... who support or advocate basic human/ individual rights and freedoms as an urgent threat who must be dealt with harshly if purity of Islam, which Saudi-Wahhabis claim to represent, is to be safeguarded...**

110

"This civil action seeks to hold those responsible for a more subtle and insidious form of terrorism, that which attempts to hide behind the façade of legitimacy. These entities, clocked in a thin veil of legitimacy, were and are the true enablers of terrorism. The financial resources and support network of those defendants – charities, banks, and individual financiers – are what allowed the Dismemberment, Segregation and Impoverishment of the 4.8 Billion Muslims and non-Muslims worldwide — are what allowed t[he Genocide in Middle East, Asia, Africa [Palestine, Iraq, Sudan, Ethiopia, Chechnya and Afghanistan] - t[he Massacre in Srebrenica, Bosnia, Iran-Iraq War... and the Events of September 11th to occur.

This is an action to recover Damages for Crimes Against Humanity, Crimes Against Peace, War Crimes, and other Criminal Acts and High Crimes, e.g., [[Death threats, Religious intolerance, Intimidation, Racial and Ethnic classifications -- [Systematic discrimination], Suppression of civil liberties, Suppression of opposition views, Suppression and Killing of ethnic and religious minorities; Blackmailing, Assassinations, Summary execution and kidnapping of political prisoners, Torture and Execution of both citizens and foreigners by beheading or stoning; Cruelty and other corporal punishments, including: [arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging , beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by the Oppressive Regimes; Secret military tribunals and summary execution of both citizens and foreigners; Passing laws and instituting judicial and political procedures which have seriously eroded the rights of the individual under the United States Constitution, the Universal Declaration of Human Rights, the

International Covenant on Civil and Political Rights and the International Covenant on Economic, Social and Cultural Rights . . . . Planning and executing the dismemberment, segregation and impoverishment of the 4.8 billion Muslims and non-Muslims worldwide (Africa, Middle East, Asia, South America, etc.); Inflicting, Inciting and Enhancing violence between and among Muslims and non-Muslims countries; Disrupting efforts to maintain unity, peace and stability in Middle East, Africa, and other parts of the world; Destroying the peace-making role of the United Nations; Killing and injuring a defenseless population throughout the world; Planning, Announcing and executing attacks intended to assassinate the Head of Government, other Government Leaders and Selected Civilians; Destroying and damaging economic, social, cultural, medical, diplomatic and religious resources, properties and facilities throughout Middle East, Africa and the World;  Attacking objects indispensable to the survival of the population of Iraq, Afghanistan, Palestime, Chechnya, Sudan, Ethiopia, and other parts of the world; Attacking facilities containing dangerous substances and forces;  Using depleted Uranium, Cluster Bombs and other Prohibited Weapons;  Waging War on the environment;  Imposing sanctions through the UN That are a Genocidal Crime against Humanity;  Attempting to destroy the sovereignty, Right to self-determination, democracy and culture of the Middle Eastern Nations, African and Asian Nations, including [Iraq, Afghanistan, Cheshnya, Palestine, Sudan, Ethiopia and the Muslim World]] . . . .

This is an action to recover Damages for the Inhumane Treatment of World Victims – World Citizens and Prisoners alike... for the Miscarriage of Justice;  Gross Misconduct ; Gross Negligence ; Fraud and Deceit;  Fraud and Conspiracy ; Conspiracy

to Commit Offense; Conspiracy to the  Defraud the Citizens of the United States and World Nations; Conspiracy against Rights;  The Great Intolerance:  The Great Injustices; Intentional Personal Injury; Intentional Infliction of Emotional Distress;   Physical and Mental Torture; Abuse of Process; Abuse of Power; Political Oppression; Tyranny; Cruel and Unusual Punishment; Racial and Ethnic Classification  False Imprisonment; and the Unconscionable – Unconstitutional Acts and other Wrongful Conduct , which occurred in the course of  9/11 events and prior to the September 11 attacks… the torture and killing of innocent lives [Men, Women and Children] by the Oppressive [Brutal] Regimes [Saudi-Wahhabi Regimes – Alawi Regimes – Saudi-US-Bush Administration (USA)], their Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Agents,  Justices, Lords, Chancellors,  Archbishops, Bishops, Senators, Congressmen, Ambassadors, Diplomats, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them.

# II

**III. "I thank Allah, and all I need is to be with you… Regarding my problem, do not worry. Time will solve it and I will soon be with you God willing".** *Shortly after Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded.*

**VI.   Sheikh Salman bin Fahd al-'Awda and Sheikh Safr 'Abd al-Rahman al-Hawali were arrested in September 1994 for their religious and political activities and were kept in al-Ha'ir Prison in Riyadh until June 1999.**

**VII. "I told my investigators… 'What crime do you have against me?'… Their answer was nothing else but beating me… They tied my hands behind my back, then they shackled my legs, then tied my hands to my feet. After, they pulled me flat on the ground and then they started beating me."** *This account, by a political prisoner held in a prison in al-Taif in 1996, is typical of many testimonies Amnesty International has documented from people who have been detained in Saudi Arabia.*

VIII.  "The time when they are investigating me I am facing the wall with handcuffs at the back [and] with ankle chain... When they feel that my answer is not... connected to what they are asking me I received a lot of slapping on my ear and... pushing my face on the wall so sometimes I had bleeding in my nose and my mouth... When they are hitting me in my ribs sometimes I fall down and they used to kick me again with a steel toe... so I had to get up to receive a kicking... At the same time they are showing me a baseball bat... and they say 'if you don't tell us the truth tonight or today we are going to break your bones'. So I am very, very scared..."

IX.  "... Abdul-Karim al-Naqshabandi wrote this letter, he was beheaded. He had no idea that he faced imminent execution, and neither his family nor apparently the Syrian Embassy even knew that he was  under sentence of death. Abdul-Karim al-Naqshabandi, a Syrian, was arrested, tortured into signing a confession and then convicted of "witchcraft" after a secret and summary trial.1 He had no access to a lawyer and was given no opportunity to defend himself, even though he faced an offence punishable by death. In a letter to the court he protested his innocence."

X.  Ahmad bin Ahmad al-Mulablib, a prayer leader, was reported to have died in November 1998 while in the custody of al-Mutawa'een. The reason for his arrest was said to have been that he did not heed a warning not to call to prayer in the Shi'a way, which differs from the Sunni call to prayer.

XII.  "...The place was very overcrowded with ladies and children. It is very dirty, very smelly, air conditioners sometimes worked, other times not... There were plenty of cockroaches, they go all over the clothes, the food was not hygienic." *A woman describing conditions in the Women's Prison in Riyadh, where she was held in 1999.*

XIII.  "We were detained in cell number 4... a stretch of about 40 by 100 feet. The cell had a capacity of 500 inmates but was congested with prisoners, many of whom slept in pairs under the bed or on the narrow pathways... Water supply to the cell was only about 30 minutes per day while the [small amount of] food made it compulsory for the inmates to scramble and fight for both food and water.  All air-conditioning was switched off from 8am to about 5pm so that the cell is automatically turned into an oven during the day and a fridge during the night... As a result of the dehumanizing condition of the prison, many of the inmates had gone completely mad or displayed crazy tendencies by beating one another, shouting or roaming about naked..."

XIV.  "I was  brought to the whipping area. They tied me to a post. My hands were hand-cuffed and they also shackled my legs. I was wearing a T-shirt and jogging pants... The whip was one and a half meters long... with a heavy lead piece attached to the tip.  It was terrible. Some fell on my thighs and my back. I would fall when the whip reached my feet but the prison guard would raise me up to continue the whipping. It was terrible. I was amazed to find myself still alive after the 70th lash was given. It lasted about 15 minutes... my back was bleeding. I cried."

XV.  "I thought it will be fast but no, it was done one at a time... [The policeman] really takes his time before striking. I started counting and when it reached 40 I thought I could not make it... I prayed so hard... At last it reached 60... I could not explain the pain I experienced. The stick he used was like a bamboo, round but hard."_____

XVI.  "Nieves, a married Filipina mother of two children who worked in Riyadh, was sentenced in 1992 to 60 lashes and 25 days' imprisonment for prostitution after she was

tricked into signing a "confession". Her trial, she said, lasted "a matter of minutes". She described the flogging:_____

XVII.     "...for me it is more difficult to cut off a hand than to carry out an execution, because executions are done momentarily by the sword and the person leaves this life. By contrast, severing a hand demands more courage, especially because you are cutting off the hand of someone who will remain alive afterwards, and also you have to cut it off at a specific joint and use your skill to make sure that cutting implement stays in position.

XVIII.     "I use a sword to kill male criminals... and firearms, specifically pistols, to kill female criminals... I think firearms are used to spare the woman, as to be executed by sword would mean uncovering her head and exposing her neck and some of her back."

XIX.     "Every time a guard opens her cell door she gets very scared [thinking] that they will come to take her out for execution."

XX.     "Despite our best efforts, the Department regrets to inform you... you're your husband, OFW Yolando Isnan, was reportedly executed in Jeddah on 22 July 1998, after he was found guilty by the Islamic court of deliberately causing fatal vehicular accident on 04 February 1994 killing four Saudis, injuring four people and damaging vehicles.

XXI.     "In reference to the Consulate's note... requesting shipment of remains of [...] who was executed in Jeddah city... the Ministry wishes to inform the Consulate that the concerned party has advised that shipment of human remains of said person is not possible...

XXII.     "Madam... I ask you in the name of God and humanity... to help me because I have no one who could help me here in Saudi Arabia. My poor family has done everything they could but I believe they have lost hope... I beg you madam to understand my letter... In this prison...we cannot have contact with the outside world, we cannot defend ourselves..."

---

*Defendant, the Kingdom of Saudi Arabia (hereinafter " Defendant KSA"),* an

international sovereign nation, empowered, limited and controlled subject to its Saudi-

Wahhabi-style Islamic Law -- Islamic Ideology, is the Kingdom of Saudi Arabia as set

forth by its territorial boundaries description which the Court is requested under the

Applicable Laws, Islamic Laws, International Laws and Common Laws, and under U.S.

Federal Rules and Statutes to take judicial notice of said territorial description and

boundaries commonly referred to as the KSA, herein as defined and set forth under the Saudi-Wahhabi-style Islamic Law -- Islamic Ideology.

Defendant King Abdullah bin Abd al-Aziz Al Saud (hereinafter "KA-AlSaud") former Crown Prince and First Deputy Minister (the Country's De Facto Ruler), under color of authority and office is responsible as Chief of State and Monarch of the Kingdom of Saudi Arabia, and Head of Government and Armed Forces, respectively, officially and individually, under the Saudi-Wahhabi-style isalmic Law -- Islamic Ideology (hereinafter "SWIS-II") was and continues to be in control of Defendant KSA and all other named and unnamed Defendants, and each of them, officially and individually. At all times relevant to the claims herein, all Defendants present and past Saudi Royal Princesses—Saudi Government Officials, Ministers, Ambassadors, Diplomats, Officers or Employees, and each of them, have long had personal ties to Defendant King Abdullah and his family relevant to establish and support the Saudi-Wahhabi-style Islamic Law—Islamic Ideology_____. Defendant KA-AlSaud holds great _____, _____ and political power, and is often likened to an absolute monarch. Defendant King Abdullah is an individual who is also a citizen of Saudi Arabia who acted with executive [legislative and judicial] power as King and New Chief of State under Saudi-Wahhabi-style Islamic Law—Islamic Ideology. Defendant King Abdullah receives for his compensation for services payments from the Saudi Arabia Treasury to conduct his official acts in a faithful manner and solemnly swore he will faithfully execute the Office of Chief of the Kingdom of Saudi Arabia and will do the best of his ability, to preserve, protect and defend the "Two Holy Mosques [Islam's Holiest Shrine in Medina and birthplace of the Prophet Mohammed in Mecca].

Defendant KA-AlSaud's conduct during the 1970s-1980s, prior to... [the Massacre in Srebrenica, Bosnia; the Genocide in Palestine, Sudan, Ethiopia, Chechnya and Afghanistan -- Iran-Iraq-War... and the events of September 11th [9/11/2001 attacks on the World Trade Center and the Pentagon]... raises serious doubt on the face of the evidence he failed to uphold his "oath" to protect Plaintiffs' Families and Relatives: Husbands, Wives, Fathers, Mothers and Children [American Citizens... Arab-Americans, African-Americans, Saudi and Foreign Citizens, Muslims and non-Muslims]... and the Holiest Shrine of Islam in Medina and Mecca from the devastating attacks of this famous and infamous crimes against humanities. Due to the complexity of this litigation and large number of named and unnamed Defendants in this matter, for clarity purposes, Defendants KSA, et al., will mean King Abdullah as he is solely responsible for all acts and omissions of all subordinate Defendants under the provisions of Islamic Law, International Human Rights Law, International Humanitarian law, Common Law, the US Constitution and the Law of the Nations.

Beginning on or about 15 March, 2005 and continuing to on or about present, in the City of Culver, California, and elsewhere, Defendants Saudi Arabia [Saudi-Wahhabi Kingdom], Saudi Royal Embassy in Washington, DC, Saudi Consulate in Los Angeles, CA, Saudi-Wahhabi Islamic Foundation of Shaikh Ibn Taimmiyyah—King Fahad Mosque in Culver City, CA,... their Governments: Agents, Kings, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Ambassadors, Diplomats, Directors, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants: King Fahd Bin Abd al-Aziz Al Saud, former Head of State and Prime Minister: [ King Abdullah bin Abd al-Aziz Al

117

Saud, former Crown Prince and First Minister (the Country's De Facto Ruler); Prince Bandar Bin Sultan, former Ambassador to the United States; Saudi Embassy's Spokesperson Abdel-al Jubeir; Saudi Consul Abdelah Alharthi; Sheikh Ibn Taimmiyyah, Khalil Al-Khalil, Tajuddin Shuaib, Usman Mahda, Osman, Nishar Sidiqui, Mustapha, Baba Alrahman, Dr. Sami Al-Ibrahimi and so-called Prince and his Associates, and each of them...] conspired, agreed, (aided and abetted), and confederated among and between each other to oppress and injure Plaintiffs in the free exercise and enjoyment of their Constitutional liberties, and to subject them to humiliation, intimidation, threats and harassment... all in violation of the U.S. Law (Constitution), International Human Rights Law, Humanitarian Law, Islamic Law, UN Charters, and the Laws of Nations.

Beginning on or about 24, June, 2005 and continuing to on or about 11, November, 2005, in Culver City, California, and elsewhere,  shortly after the Friday prayer ended (approximately 0150 hours), and while the two Muslim worshippers [Sidi Mohammed El 'Kettani and Sufyan Omeish] were focused on the prayer,  under the direction of KFM Board of Trustees, Directors and Associates,... Khalil al-Khalil, Chair and Co-Founder of KFM-Islamic Foundation of Shaikh Ibn Taimmiyyah (in Culver City California); Saudi Embassy (in Washington DC); Saudi Consulate (in Los Angeles, California);    Nishar Sidiqui, along with other KFM Staff and Council Members (known and unknown), knowingly and intentionally retaliated against the two worshippers [Sidi Mohammed and Sufyan ]... they did this in spite of the fact that they were served with a notice of a pending lawsuit against them, and they did this in spite of the fact  that they were aware of the Criminal Complaint/Police Report that was filed against them on 29 August, 2005, and which charged them with: Criminal activities that endanger public safety or national

118

security, terrorist activities, blackmail, and other threatening language [ i.e., *"We Wouldn't Leave The Mosque Alive If We Try This,... Conduct A Separate Prayer— Jama'a At Masjid Al-Mumin"* ... (a mosque near downtown L.A.) ]... and which also charged them with: Gross human right violations, political oppression, financial and political corruption: [money laundering – embezzlement... fraud and deceit, fraud and conspiracy, conspiracy to commit offense or defraud the United States ]... and the unconscionable.

Beginning on or about 14, April, 2005 and continuing to on or about present, in Culver City (Los Angeles County), within the central district of California, and elsewhere, and to further oppress, harass, intimidate and injure the two Muslim worshippers (Plaintiffs in a pending civil lawsuit against Saudi Royal Princesses and Saudi Government Officials, Diplomats and Staff Representatives ), with regard to their knowledge of KFM – Saudi Government activities) (i.e., Corruption, political oppression, religious intolerance , systematic discrimination , racial hatred , racial and ethic classification, torture and execution of Saudi citizens and foreigners without charge, trial, or legal representation, et.; torture and execution of political prisoners—dissidents by beheading or stoning, suppression of civil liberties, suppression of opposition views, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: [ arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging, beating and deprivation of sleep during months, and amputation of the hands and limbs, which are systematically imposed by Saudi Regime -- Saudi-Wahhabi sect; [the Dismemberment, Segregation and Impoverishment of the 4.8 Billion Muslims and non-

119

Muslims worldwide, t[he Genocide in Middle East, Asia, Africa [Palestine, Iraq, Sudan, Ethiopia, Chechnya and Afghanistan] - t[he Massacre in Srebrenica, Bosnia; Iran-Iraq War... and the Events of September 11th ] . . . . Defendants KFM administration, Nashir Sidiqui, Khalil Al-Khalil, Osman, Usman Mahda, and Baba Rahman, together with Saudi Embassy in Washington, DC; Saudi Consulate in Los Angeles, California and other known and unknown Saudi Officials – Saudi Diplomats and Staff Representatives, and each of them, conspired, agreed (aided and abetted), and confederated among and between each other to further retaliate against Plaintiffs, namely: 1) to knowingly and intentionally disrupt our prayer; 2) subject us to further humiliation and verbal abuse; and 3) act in a threatening manner to put us in fear of immediate harm, in violation of Title 18, United States Code, section 115 and 1114; Section 3 of the "IRFA of 1998" (22 USS 6402); 8 U.S.C. Section 1237(a)(4)(E) of the "IRTPA"; Section 5502, Pub. L. No. 108-458; S. 2845... 18 U.S.C. Sec. 32, 33, 36, 38, 351, 372 (involving intimidation and threats), and plaintiffs' clearly established Constitutional rights protected under the 1st, 4th, 5th, 6th 7th, 8th, 9th, 13th, and 14th Amendment to the U.S. Constitution, the Common Law, and Plaintiffs' Constitutional rights protected under the International law.

Saudi Arabia is a country without a Constitution or elected Representatives . . . the all powerful Legislative, Executive and Judicial Branches of Saudi Government are controlled by the 'Ruling Princesses. Later King Faisal and his successors, King Fahd bin Abd al-Aziz Al Saud and former Crown Prince Abdullah bin Abd al-Aziz, the country's de facto ruler and new Head of State.

Saudis-Wahhabis influence within the 'Ruling Circles' is the sole interpreter of

120

Islamic ideology in the kingdom of Saudi Arabia. There are no democratic institutions or political oppositions to challenge the monarch's exclusive power or to publicly criticize, question (express views), or hold accountable the Saudi-Wahhabi Government -- Saudi-Wahhabi Princesses and their associates.  There are no democratic—nongovernmental institutions or political parties, or independent panels, committee or clerics to advocate for the rights of citizens or give voice to gender issues, such as discrimination in the legal process, labor and education -- social, economic and political issues, etc., and there is no procedure or mechanism for citizens to challenge their government period.

Saudis-Wahhabis cash infusions to Muslim communities, here in America and other parts of the world, ensure that perverse fundamentalism (extremism) takes hold here in the United States and around the world. The Saudis-Wahhabis—the Ruling Circles -- Princesses "are active in every level of terror chain, from planners to financiers, from cadre to foot-soldier, from ideologist to cheerleader".  The Saudis-Wahhabis, or Najdis as they called themselves, are one of the groups who were (are) responsible for the Genocide and mass killings of hundreds of thousands (if not millions) of innocent lives, including men, women and children throughout the world. The Saudis-Wahhabis—the two arch heretics are one of the groups who were instrumental in causing tribulation (fitna) and divisions among the Muslim and non-Muslim masses throughout the world. And while the Saudis-Wahhabis purport "to loathe modernity, capitalism, human rights, religious freedom, and open society -- yet those in power live an extravagant, decadent lifestyle as they profess austerity and practice oppression".

Because Saudi-Wahhabi political and religious influence remained strong in the

Kingdom of Saudi Arabia and other parts of the world, Muslims and non-Muslims here in America and around the world continue to suffer, not only morally, ethically and religiously, but socially, politically and economically as well.

Defendants, Saudi Arabia [Saudi-Wahhabi Royal Princesses/Government Officials]; Kingdom of Morocco [Saudi-Wahhabi-Alawi Royal Princesses]. Saudi – Wahhabi-US-Bush Administration [USA}... their [Kings, Queens, Princesses, Ministers, Councils, Grand Muftis, Sheiks, Imams, Presidents, Vice Presidents, Senators, Congressmen, Justices, Lords, Chancellors, Archbishops, Bishops, [Members of the United Nations], Ambassadors, Diplomats, Secretary-Generals, Directors, Agents, Officers, Employees, Administrators, Successors, Servants, Attorneys, and/or Representatives, and all others in 'Active or Passive Concert' with Defendants, and each of them, violated the U.S. Constitution, the Common Laws and the Law of Nations -- the International Laws, and the Islamic Laws, prohibiting torture and cruel, inhuman or degrading treatment or punishment.

The above named Defendants, and each of them, Knew that torture and abuse were taking place and did nothing to stop it. Through their actions and failures to act, Defendants, and each of them, expressly and tacitly authorized their subordinates' unlawful conduct and failed to stop the abuse after they knew of it.

Along with their subordinates, Defendants, and each of them, authorized, ratified and failed to stop the unlawful treatment of detainees in their custody. Defendants, and each of them, had the power to formulate policies relating to the treatment and interrogation of detainees in Saudi Arabia, US, Iraq, Afghanistan, and other parts of the world, were directly and personally involved in setting interrogation rules, and exercised

122

their power to allow illegal practices, namely, the torture or other cruel, inhuman or degrading treatment of detainees [citizens] in their custody.

Torture and Cruel, Inhuman or Degrading Treatment in Violation of the Law of Nations. Every civilized country in the world recognizes fundamental human rights principles, including the prohibition against torture. These core principles are known as the "law of nations," and they are embodied in many documents that the United States has signed and ratified, including the United Nations Convention Against Torture or Other Cruel, Inhuman or Degrading Treatment or Punishment (Dec. 10, 1984). The prohibition against torture is a "specific, universal, and obligatory" norm, from which no derogation is allowed.

Command Responsibility: The law of nations also imposes liability on commanding officers for the acts of their subordinates. A commanding officer is liable for the acts of his subordinates if the commanding officer knows of a substantial likelihood that torture or other cruel, inhuman or degrading treatment will result from the execution of an order from the commander. This doctrine of "command responsibility" has been recognized by the U.S. Supreme Court since In re Yamashita, 327 U.S. 1 (1946), a post-World War II case in which a Japanese general was convicted for abuses by his troops.

Violation of the Geneva Conventions. The Third and Fourth Geneva Conventions, including Article 3 (relative to the Treatment of Prisoners of War) specifically prohibit the torture and other cruel, inhuman or degrading treatment of detainees in custody. The United States has signed and ratified these Conventions, and failure to adhere to these

123

provisions constitutes a direct and enforceable treaty violation as well as a violation of the law of nations.

———————————

*The Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment was adopted by the United Nations General Assembly in 1984 and entered into force on June 26, 1987.*

Common Article 3 of the Geneva Conventions prohibits "violence to life and person," in particular "mutilation, cruel treatment and torture" and also prohibits "outrages upon personal dignity, in particular humiliating and degrading treatment". These terms include "other forms of cruel, inhuman and degrading treatment or punishment." The drafters of common Article 3 avoided a detailed list of prohibited acts in order to ensure that it had the broadest possible reach, leaving no loophole. As the official commentary by the International Committee of the Red Cross explained:

*"It is always dangerous to go into too much detail -- especially in this domain. However great the care taken in drawing up a list of all the various forms of infliction, it would never be possible to catch up with the imagination of future torturers who wished to satisfy their bestial instincts; the more specific and complete a list tries to be, the more restrictive it becomes. The form of wording adopted is flexible, and, at the same time, precise."*

———————————

*Plaintiffs, Princeton Hummingway, NOB: SidiMohammed Bn' Abd Al-Rahman El 'Halabi El 'Kettani [US-World Victims] have reasons to believe once their cause of action is set for trial the facts, circumstances and substantial evidence will meet the requirements of the U.S. and International Law, Federal Rules of Civil Procedures, Rule 23, "Class Actions" as this matter is representative of a numerous class of 'Muslims and non-Muslims—Americans wherein its claims, questions of law and fact are common and Plaintiffs will represent all parties fairly and adequately who are compelled to join this civil action and are similarly situated.*

Respectfully submitted
**[ First Amended Complaint ]**

PRINCETON HUMMINGWAY

By Birth;  Sidi Mohammed El 'Halabi
El 'Kettani…

[ US-World Victims ]

*Dated and Signed this 27th day of October, 2006*

*Enclosures*

# Certificate of Service

The undersigned certifies that on the 27th day of October, 2006, he served an original and one copy of the instant *CLASS ACTION... [ "FIRST AMENDED COMPLAINT "]* by placing said copy in a postpaid certified/registered envelope addressed to the persons hereinafter named at the place and address stated below, which is the last known address: **DEFENDANTS, KING ABDULLAH BIN ABD AL-AZIZ AL SAUD, FORMER CROWN PRINCE AND FIRST DEPUTY PRIME MINISTER ( THE COUNTRY'S DE FACTO RULER) AND NEW CHIEF OF STATE AND HEAD OF GOVERNMENT, [KING FAHAD BIN ABD AL-AZIZ AL SAUD, FORMER HEAD OF STATE AND PRIME MINISTER] -- SAUDI-WAHHABI ROYAL PRINCESSES—GOVERNMENT OFFICIALS, et al: SAUDI ARABIA—SAUDI ROYAL EMBASSY ("SA-SRE"), 601 NEW HAMPSHIRE AVENUE, N.W. WASHINGTON, D.C. 20037   (202) 337-4076;   PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES, et al: SAUDI ROYAL EMBASSY "(SRE"), 601 NEW HAMPSHIRE AVENUE, N.W. WASHINGTON, D.C. 20037   (202) 337-4076; ABDELAH ALHARTHI, CONSUL, et al: CONSULATE OF SAUDI ARABIA ("CSA"),   2045 SAWTELLE BLVD., LOS ANGELES, CA 90025   (310) 479-6000;   KHALIL AL-KHALIL MEMBERS AND SENIOR ADMINISTRATORS OF KFM, et al: SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE ("SWIF-SIT-KFM"), 10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323 (310) 202-0432; KINGDOM OF MOROCCO (ALAWI MONARCHY), KING MOHAMMED VI, HEAD OF STATE, HEAD OF THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE GOVERNMENT OF MOROCCO, AND THE COMMANDER-IN-CHIEF OF ALL ARMED FORCES OF THE CROWN; KING HASSAN II; KING ABD AL-HAFIZ (Fez/Rabat, Morocco), DRISS JETTOU, PRIME MINISTER (Rabat, Morocco): AZIZ MEKOUAR, AMBASSADOR TO THE UNITED STATES (Washington DC); 1601 21ST STREET, N.W., WASHINGTON, DC 20009  Tel: 1-202-462-7979  Fax: 1-202- 265-0161; GEORGE W. BUSH, PRESIDENT OF THE UNITED STATES OF AMERICA, THE BUSH ADMINISTRATION, THE [ EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE UNITED STATES OF AMERICA ], et al: ("USA"), The WHITE HOUSE, 1600 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20500,  1-202-456-1414; UNITED NATIONS-WORLD COURTS, KOFI ANNAN SECRETARY GENERAL OF THE UNITED NATIONS, et al: UN HEADQUARTERS, ("UNH"), FIRST AVENUE, at 46TH STREET, NEW YORK, NY 10017 _____ ...**

**Office of the Clerk, United States district court for the District of Columbia: United States Courthouse, 333 Constitutional Avenue, N.W.. (Room 1225), Washington, DC 20001.**

Please return one filed-stamped copy of the *CLASS ACTION LAWSUIT... ["FIRST AMENDED COMPLAINT "]* to me in the enclosed self-addressed, postage paid envelope after filing.

_____

PRINCETON HUMMINGWAY
By Birth: Sidi Mohammed El 'Halabi
El 'Kettani…

[ US-World Victims]