# Appendix
## "A, B & C"

### Saudi-Wahhabism-King Fahad Mosque

**Saudi Arabia is a country without a constitution or elected representatives...** Saudi Arabia [the Sheikdom], ruled by King Fahd bin Abd al-Aziz al-Saud **(Saudi-Wahhabi Royal Princesses) view Muslims who speak out against corruption... who support or advocate basic human/ individual rights and freedoms as an urgent threat who must be dealt with harshly if purity of Islam, which Saudi-Wahhabis claim to represent, is to be safeguarded...**



Click for more of the
best photojournalism:

Since the Sept. 11 attacks, a number of Saudi-supported Islamic mosques -- such as
the King Fahd Mosque -- have been under scrutiny.

king fahad mosque loc: Culver City, CA - Google Maps                                    Page 1 of 2



Results **1-1** of about **1** for **king fahad mosque** near **Culver City, CA**

A. **King Fahad Mosque**
   11004 Washington Blvd, Culver City, CA
   (310) 202-0432 - 1.1 mi SW

# Google

Results **1-1** of about **1** for **king fahad mosque** near **Culver City, CA**



A. **King Fahad Mosque**
   11004 Washington Blvd, Culver City, CA
   (310) 202-0432 - 1.1 mi SW

07/18/1998
**Inauguration of King Fahd Mosque in Los Angeles**

Prince Abdulaziz Ibn Fahd Ibn Abdul Aziz, Minister of State and Cabinet Member, yesterday opened in **Culver City**, a western suburb of Los Angeles in California, the newly-completed **King** Fahd **Mosque**, work on which began in April of 1996. The **mosque**, costing SR 8.1 million (U.S. $ 2.16 million), was financed entirely by private donations from Prince Abdulaziz, who contributed over one million dollars for the purchase of the land, and from the Custodian of the Two Holy Mosques **King** Fahd Ibn Abdul Aziz.

The **mosque** has already become a landmark, with its minaret standing more than seventy feet in height. The **mosque** occupies an area of about 7,200 square meters and can accommodate 2,000 worshippers at one time. Other facilities include lecture and meeting halls, classrooms, research centers, a bookshop, a children's playground, and a car park. The **city** of Los Angeles has a Muslim population of more than 250,000.
The speakers at the opening ceremony, in addition to Prince Abdulaziz himself, were Dr. Abdullah Al-Obaid, Secretary-General of the Muslim World League; the Honorable Imam Warith Edeen Muhammad, of the Muslim American Society; Dr. Muzammil Siddiqi, President of the Islamic Society of North America; and the Honorable Pete Wilson, Governor of the State of California. In his speech, Prince Abdulaziz announced that **King** Fahd has donated a school for the recitation of the Holy Qur'an and education in the Islamic sciences, which will be affiliated to the **King** Fahd **Mosque** and established adjacent to it.
After the ceremony, Prince Abdulaziz attended a dinner party given by the Saudi Consul-General in Los Angeles Muhammad Ibn Abdulrahman Al-Salloum. During the dinner party, speeches were delivered praising the inauguration of the **King** Fahd **Mosque** by former chief of the White House staff John Sununu; Mahir Athour, head of one of the Islamic Centers in California; William Baker, the American writer; and Ahmed Al-Tuweijri, member of the Consultative Council (Majlis Al-Shura) in the Kingdom of Saudi Arabia.
In an impromptu speech during the dinner party, Prince Abdulaziz said: "Islam rejects all forms of terrorism, extremism and aggression and at the same time it does not accept any transgression against it". He went on to point out that in Islam: "there is no form of racism or nationalism since people are all equal before Allah, the Almighty".
The inauguration of the new **mosque** has evoked praise worldwide. Secretary-General of the International Islamic Relief Agency (IIRA) Dr. Adnan Khalil Basha said today that the patronizing of the opening of **King** Fahd **Mosque** in Los Angeles by Prince Abdulaziz was clear evidence of **King** Fahd's concern for all Muslims, and noted that the **mosque** would be the focal point of Muslims' gatherings in Los Angeles and a place where they could strengthen their bonds of brotherhood and friendship.
Two former U.S. Presidents, George Bush and Gerald Ford, have commented on the **King** Fahd **Mosque**. President Bush said the building of the **mosque** through the generosity of Custodian of the Two Holy Mosques **King** Fahd Ibn Abdul Aziz signifies

*Patriotic World Movement for Global Change*

not only his support for Muslims worldwide, but also the unique bond between the people of the United States and Saudi Arabia, and asked Prince Abdulaziz Ibn Fahd Ibn Abdul Aziz to convey to **King** Fahd his esteem, and respect for what he has done to foster goodwill between the U.S. and Saudi Arabia and to support Muslim communities in America.   President Ford said all Americans are most grateful for this magnificent gift from **King** Fahd, adding that the grand opening would be a memorable day in the **city** of Los Angeles.

Minister of Islamic Affairs, Endowments, Call and Guidance Dr. Abdullah Ibn Abdulmohsin Al-Turki said in Riyadh last week that the mosque is located in a very important location at the crossroads of a number of highways and close to a large Islamic community.   Commending this great Islamic project as embodying the care and interest of Custodian of the Two Holy Mosques **King** Fahd Ibn Abdul Aziz in the service of Islam and Muslims, he said this noble gesture by the Saudi monarch would contribute a great deal in propagating the message of Islam and projecting a good and true image of it.

Consul-General Al-Salloum said on Thursday that the opening of the **King** Fahd Mosque is a great accomplishment and a solid brick for the building of welfare and solace, and continues the immortal noble works of Custodian of the Two Holy Mosques **King** Fahd Ibn Abdul Aziz in the light of his care and interest to build mosques, scientific centers and cultural centers within the framework of the Kingdom's role in the service of Islam. The Kingdom of Saudi Arabia has given great attention to Islamic centers, institutes and universities in non-Islamic countries to help Muslim minorities preserve their Islamic culture and educate them in the Arabic language. In addition to 1,500 mosques scattered all over the world, there are 210 such Islamic centers fully built or partially financed by the Kingdom, including those in London, Edinburgh, Madrid, Rome, Tokyo, Brussels, Geneva, Toronto, Zagreb, Lisbon, Vienna, Buenos Aires, and Lagos; one in New Zealand, and three each in Australia and in Brazil.  In Asia there are, fully financed by the Kingdom, **King** Fahd Islamic Centers in the Maldives, in Japan, and Indonesia.  In Africa, the Kingdom has fully financed, for example, the **King** Faisal Center in Chad, and contributed to mosques in Gabon, Burkina Faso, Tanzania, and Senegal, and Islamic Centers in Nigeria, Algeria, and the Sudan.

In the United States the Kingdom has contributed to Islamic Centers in Northern Virginia as well as in Washington DC, New York, Los Angeles, Chicago, San Francisco, Toledo, Fresno, Boulder, New Brunswick, Tucson, East Lansing, Raleigh, and Columbia (Maryland).

*Patriotic World Movement for Global Change*

## U.S. Eyes Money Trails of Saudi-Backed Charities

Backed by Saudi money, this presence grew rapidly. King Fahd's Web site now lists 16 Islamic and cultural centers that the kingdom has helped finance in California, Missouri, Michigan, Illinois, New Jersey, New York, Ohio, Virginia and Maryland. The largest is the King Fahd Mosque in Culver City, a suburb of Los Angeles. The mosque, built with $8 million in private donations from the king and his son, Crown Prince Abdullah ibn Abdulaziz, was officially inaugurated in 1998 for 2,000 worshipers. It includes a Koranic school, an Islamic research center and a bookstore.

The Islamic Affairs Department at the Saudi Embassy in Washington spearheaded the campaign. At its height, the department had 35 to 40 diplomats and an annual budget of $8 million, according to a Saudi official.

In 1989, the Saudis also set up a high-powered Islamic learning center, the Institute of Islamic and Arabic Sciences in America, in Fairfax. The institute is an outpost of the Imam Muhammed Ibn Saud Islamic University in Riyadh, the main citadel for Wahhabi instruction.

The Islamic affairs ministry sent imams and itinerant preachers to the United States as well: As late as last year, it had 31 on its payroll, including Omar Abdi Mohamed in San Diego.

The ministry also flooded the American Muslim community with Saudi-published Korans and publications. "The great majority of books and magazines were authored by Saudi agencies," said Maher Hathout, chairman of the Islamic Center of Southern California in Los Angeles.

Hathout, an outspoken critic of Wahhabism, said the result was the increasing isolation of women in American mosques starting in the 1980s. "Mosques became gender-segregated, which didn't make any sense at all," he said.

The commentary accompanying the Saudi-published Koran, Hathout said, was "very alien to the spirit of tolerance" in U.S. society. "This may have sense over there [in Saudi Arabia] but doesn't make any sense here," he said.

In the 1990s, a "sharp debate" raged in U.S. mosques over Saudi fundamentalism, said Ihsan Bagby, chief author of the study "The Mosque in America." Radical "nongovernmental Saudi sheiks" became very active in pushing a far more militant brand of Wahhabism than the government-appointed imams, Bagby said. These radicals cultivated American Muslims, who used Saudi money to build their own mosques, he said.

2

*Patriotic World Movement for Global Change*

In May 2003, the State Department refused reentry to the chief imam of the King Fahd Mosque in Culver City, Fahad al Thumairy, who also was a Saudi diplomat at the consulate in Los Angeles. The Sept. 11 commission report later said the State Department had determined "he might be connected with terrorist activity."

The report also said that two of the Sept. 11 hijackers, Nawaf Alhazmi and Khalid Almihdhar, "spent time at the King Fahd mosque and made some acquaintances there." Al Thumairy, who reportedly led an "extremist faction" at the mosque, denied knowing the two hijackers. While his denial was "somewhat suspect," the report said there was no evidence connecting him to the hijackers.

Last December, the State Department ended the practice of allowing religious scholars and missionaries to work here on Saudi diplomatic passports, forcing at least 24 out. The best-known deportee was Jaafar Idris, a Sudanese scholar well known in the Islamic world and founder of the American Open University, based in Alexandria, which in 2002 had 540 registered students pursuing undergraduate and graduate degrees in Islamic studies.

Also crippled by the crackdown was the Institute for Islamic and Arabic Sciences. Eleven of its scholars on diplomatic passports were ordered to leave. In early July, dozens of FBI, customs and IRS agents raided the institute's premises and questioned its six remaining non-Saudi teachers.

Late last year, the Saudi Embassy in Washington dissolved its Islamic Affairs Department, reducing the number of diplomats dealing with religious issues to one. The embassy also stopped distributing the Koran in the United States. At the same time, the Ministry of Islamic Affairs began reviewing its 31 missionaries and preachers in the United States. As of March, six had been fired.

The only one to go to jail was Omar Abdi Mohamed, the Somali teacher in San Diego.

*Patriotic World Movement for Global Change*

# 5/10/2003: Imam of King Fahd Mosque Deported

A Saudi Arabian consular official living in Los Angeles has been deported for <u>terrorist links</u>.

LOS ANGELES - U.S. authorities expelled a Saudi consular official and Muslim leader who had been living in Southern California, saying he was suspected of having terrorist links.

**Fahad** al Thumairy, 31, was detained at Los Angeles International Airport earlier in the week after arriving from Frankfurt and was deported Thursday. He may not return to the United States for five years, authorities said.

"He was placed on an international flight, destined for Riyadh," Saudi Arabia, said Virginia Kice, a spokeswoman for the Department of Homeland Security.

Al Thumairy's diplomatic visa was revoked in March, and his name was added to a list of travelers who should not be allowed to enter the United States because of suspected links to terrorism. Officials would not immediately provide details on the alleged connection.
...

Al Thumairy had worked for the Saudi consulate in Los Angeles since 1996 and held a post in the Islamic and cultural affairs section of the consulate.

He was also the **imam at the King Fahd Mosque in Culver City**, which has one of the largest Muslim congregations in the region. The mosque, built with financing from the Saudi government, was the target of a foiled bomb plot by a member of the militant Jewish Defense League in 2001.

"He never dealt with politics, in his public comments or in private gatherings," said Tajuddin Shuaib, who directs the mosque, which is run by a nonprofit group.

"Like the rest of us, he was really shocked about Sept. 11. He felt it was wrong and, in the long term, that it would harm Muslims. His impression was that it would have some bad repercussions," Shuaib said.

In April 2001, six months before the 9/11 atrocities, I had a *very disturbing experience* at the **King** Fahd mosque. <u>Read about it here.</u> (Sorry for the lack of capitalization in this entry. I don't know what I was thinking.) I reported this experience to the local police, and never heard anything more about it.

yesterday afternoon i turned left from Washington Blvd and started driving up the street, when suddenly a man (mid-20s, mid-eastern) came walking very rapidly (almost running) out of the mosque driveway into the street without looking. i started to hit the brakes

4

*Patriotic World Movement for Global Change*

when he finally noticed me and stopped. it would have been very close if he hadn't looked up; i don't know if i could have stopped in time to avoid hitting him.

so i drove on past. yes, it shook me up a little.

but not as much as looking into the rearview mirror and seeing this guy standing in a policeman's crouch, pantomiming firing a gun at me. in a way that suggested he had done it before. two-handed, with a simulated recoil. and then continuing across the street with an air of total unconcern for the person he had just fantasized about murdering.

*Patriotic World Movement for Global Change*

## THE 9/11 COMMISSION REPORT

Saudi students and seek assistance at local mosques. He counted on their break-
ing off any such relationships once they moved to the East Coast.
6
Our inabil-
ity to ascertain the activities of Hazmi and Mihdhar during their first two weeks
in the United States may reflect al Qaeda tradecraft designed to protect the
identity of anyone who may have assisted them during that period.
Hazmi and Mihdhar were directed to enroll in English-language classes upon
arriving in Southern California, so that they could begin pilot training as soon
as possible. KSM claims to have steered the two to San Diego on the basis of his
own research, which supposedly included thumbing through a San Diego phone
book acquired at a Karachi flea market. Contradicting himself, he also says that,
as instructed, they attempted to enroll in three language schools in Los Angeles.
7
After the pair cleared Immigration and Customs at Los Angeles International
Airport, we do not know where they went.
8
They appear to have obtained assis-
tance from the Muslim community, specifically the community surrounding the
**King** Fahd **mosque** in **Culver City**, one of the most prominent mosques in
Southern California.
It is fairly certain that Hazmi and Mihdhar spent time at the **King** Fahd
**mosque** and made some acquaintances there. One witness interviewed by the
FBI after the September 11 attacks has said he first met the hijackers at the
**mosque** in early 2000. Furthermore, one of the people who would befriend
them--a man named Mohdar Abdullah--recalled a trip with Hazmi and
Mihdhar to Los Angeles in June when, on their arrival, the three went to the
**King** Fahd **mosque**. There Hazmi and Mihdhar greeted various individuals
whom they appeared to have met previously, including a man named "Khal-
lam." In Abdullah's telling, when Khallam visited the al Qaeda operatives at
their motel that evening,Abdullah was asked to leave the room so that Hazmi,
Mihdhar, and Khallam could meet in private.The identity of Khallam and his
purpose in meeting with Hazmi and Mihdhar remain unknown.
9
To understand what Hazmi and Mihdhar did in their first weeks in the
United States, evidently staying in Los Angeles, we have investigated whether
anyone associated with the **King** Fahd **mosque** assisted them.This subject has
received substantial attention in the media. Some have speculated that **Fahad**
al Thumairy--an imam at the **mosque** and an accredited diplomat at the Saudi
Arabian consulate from 1996 until 2003--may have played a role in helping
the hijackers establish themselves on their arrival in Los Angeles.This specula-
tion is based, at least in part, on Thumairy's reported leadership of an extrem-
ist faction at the **mosque**.
10

6

*Patriotic World Movement for Global Change*

A well-known figure at the **King** Fahd **mosque** and within the Los Ange-
les Muslim community,Thumairy was reputed to be an Islamic fundamental-
ist and a strict adherent to orthodox Wahhabi doctrine. Some Muslims
concerned about his preaching have said he "injected non-Islamic themes into
his guidance/prayers at the [**King** Fahd] **Mosque**" and had followers "support-
ive of the events of September 11, 2001."
11
Thumairy appears to have associ-

*Patriotic World Movement for Global Change*

# Darrell Issa

Your search for **KING FAHD MOSQUE (CULVER CITY, CALIF)** in **Darrell Issa** returned **2** articles

## ARTICLES ABOUT DARRELL ISSA

**Page: 1**
**Newest First** | Oldest First | Closest Match

### National Briefing | West: California: Sentencing In Bomb Plot

Earl Krugel, member of Jewish Defense League, is sentenced to 20 years in prison for his role in plot to bomb **King** Fahd **mosque** in **Culver City**, Calif, and office of Rep Darrell Issa; codefendant Irv Rubin, former JDL leader, committed suicide in 2002

September 23, 2005 News
MORE ON DARRELL ISSA AND: <u>BOMBS AND EXPLOSIVES</u>, <u>SENTENCES (CRIMINAL)</u>, <u>ISLAM</u>, <u>MOSQUES</u>, <u>TERRORISM</u>, <u>RUBIN, IRVING DAVID</u>, <u>KRUGEL, EARL</u>, <u>JEWISH DEFENSE LEAGUE</u>, **<u>CULVER CITY</u>** (CALIF)

### J.D.L. Member In Plea Accord On Bomb Plot

By BARBARA WHITAKER

A longtime member of the Jewish Defense League will plead guilty in connection with a plot to blow up a **mosque** and a congressman's field office.

February 1, 2003 U.S. News

8

*Patriotic World Movement for Global Change*

Crimes against Islam
- **King Fahd Mosque** by Saira W. Soufan

In a rare incidence of good luck, a plan to blow up **King** Fahd **Mosque** in **Culver City**, California, U.S.A. was thwarted by the Federal Bureau of Investigation (FBI). The destruction was planned for November 2001, during Ramadan the holiest month of the year. Mr. Usama Mahda, the community liason for **King** Fahd **Mosque** said of the plot, "There would have been hundreds and hundreds of people, American citizens. It is scary. It's sad and it's disgusting. No Muslims, Jews or Christians should suffer like that." Leading the plot against the **mosque** were top officials from the militant Jewish Defense League (JDL). The chairman of the JDL, Irv Rubin and the West Coast coordinator, Earl Krugel, were taped and observed planning the crime by the FBI after an informant contacted them, revealing plans in motion.

Krugel was taped in his home saying to the informant that Arabs needed a 'wake-up call' and that the JDL needed to do something more militant to one of the Arabs 'filthy' mosques. A final meeting towards the execution of the plot was held December 11, 2001. Upon closure of the meeting, the FBI agents descended upon Krugel and Rubin, confiscating 5 pounds of explosive powder, fuses, pipes, dozens of loaded rifles and various handguns from the home of Earl Krugel. FBI officials described the bomb components as relatively sophisticated.

Rubin and Krugel were arrested and held without bail pending the arraignment on December 31 and were indicted on January 10th, 2002 of conspiring to bomb the **King** Fahd **Mosque** and the offices of Darrell Issa, an Arab American congressman. The charges include conspiracy, conspiracy to use a destructive device, attempted arson, attempted arson at a US government facility, possession of a destructive device in furtherance of a crime of violence, solicitation to commit a crime of violence, possession of a machine gun and possession of unregistered firearms. If properly sentenced the two men could spend a maximum of 35 years in prison.

The Arab American Anti-Discrimination Committee is hoping that these indictments will lead to the prosecution of those responsible for other heinous acts of terrorism and vigilantism against Arabs and Muslims.