*Patriotic World Movement for Global Change*

# Protestors hang Bin Laden effigy outside Culver City mosque

8 days ago    ▸Protestors hang Bin Laden effigy outside Culver City mosque ◂

Printer Friendly | PDF | Email | digg
By ANDREW DALTON, The Associated Press
Sep 10, 2006 10:11 PM (8 days ago)
Current rank: # **712** of 5,844 articles

**CULVER CITY, Calif.** - Activists hanged an effigy of Osama Bin Laden across the street from a Southern **California** mosque Sunday to protest radical **Islam** on the fifth anniversary of the Sept. 11 attacks.

With a crowd of about 100 people shouting "Remember 9-11!" and "No more Jihad!" two men on the back of a pickup truck slipped a noose around the neck of a dummy wearing a Bin Laden mask and strung it up, while the crowd pelted the effigy with shoes.

The protest was organized by the United American Committee, a group that says it promotes awareness of internal threats facing America.

About 70 counter-protesters described the King Fahd Mosque as a peaceful center for area Muslims and yelled "racists go home!" during the ritual. A group of clergy joined hands with some of the mosque's worshippers and stood in a circle in front of the mosque.

"I think it's crazy," said mosque spokesman Usman Madha. "We have never encouraged extremism. We were the first mosque that condemned the Sept.11 atrocities and we kicked out a few people that protested that condemnation."

The United American Committee claimed the mosque supports radical Islam. A report from the Sept. 11 commission said investigators believed two of the hijackers had visited the mosque after arriving in the **United States** in 2000.

"We are here in love, we are here for the Muslim people," said Peter James, a member of the United American Committee who was dressed in a black bathrobe to resemble an executioner. "We want to give you some free PR. This is a chance to distance yourself from terror."

There were several heated exchanges as protesters crossed the street to confront one another, but no violence and no arrests, Culver City police said.

In 2003, Jewish Defense League activist Earl Krugel pleaded guilty to conspiring to bomb the mosque along with the office of San Diego congressman Darrell Issa. Krugel was killed in prison last year.

10

*Patriotic World Movement for Global Change*

Thursday Aug 31
Tell EVERYONE and SHOW UP IN FORCE! Sunday, September 10th 2006, Public Hanging of bin Laden in Los Angeles - Protest/Mock hanging in honor of 9-11 in front of the radical King Fahd Mosque in Culver City, California

What:
Rally in Commemoration of 9-11, on Sunday 9-10-2006. There will be a public hanging from gallows of bin Laden effigy.

When:
Sunday, September 10th
Time: 4:00 PM to 6:00 PM

Where:
Culver City, California
(West Los Angeles area) in front of the radical King Fahd Mosque.
10980 Washington Blvd. Culver City, CA
http://maps.google.com/maps?oi=map&q=1098..

Why:
Two of the 9-11 terrorists were from the King Fahd Mosque. Sgt. Akbar who threw grenades at and killed his fellow soldiers in 2003 was from the King Fahd Mosque. Fahad al Thumairy, an Imam (Mosque leader) of the King Fahd Mosque has been indited on terror charges and deported. Hate speech and literature continues to flow from the King Fahd Mosque. A challenge to patriotic American Islamic leaders has been issued by the UAC to issue a fatwa (Islamic verdict) condemning Osama bin Laden by name, the King Fahd Mosque has ignored our request and refuses to issue the fatwa. Let's commemorate 9-11 in the grassroots spirit of our forefathers on Sunday September 10th in front of the King Fahd Mosque in Culver City, California as we hang Osama bin Laden in effigy from gallows. As always, pro-democratic Muslim Americans are more than welcome to join us.

Contact losangeles@unitedamericancommittee.org or call (818) 861-7UAC for more information





**About Us**    **Contact Us**    **Subscribe**    **Calendar**    **Publish**    **RSS**

**Features**
- latest news
- best of news
- syndication
- commentary
- gabbly chat

gabbly chat is not secure

**Feature Categories**

Animal Rights

Anti-War

Art Music Performance

Community Action

Econo-Imperialism

Elections

Environment

Gender & Sexuality

Health & Food

Immigration

Labor

Law

Media

Political Theory

Radio IMC-LA

Racism

Spirituality

Sports & Recreation

Womyn

printable version - email this article - view hidden posts

# Racists Hang Effigy of Bin Laden Near Mosque
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM

CULVER CITY, CALIFORNIA, Sunday, September 10, 2006, At 5 p.m., just after all the police left, Ted Hayes and his followers hanged the effigy of Bin Laden in front o a crowd of about 150 people, across the street from the King Fahad Mosque.



picture_001.jpg, image/jpeg, 600x414

Ted Hayes and the effigy of Bin Laden across the street from the King Fahad Mosque.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b


KILLRADIO

We appreciate your support!
Donate now to keep this site online.

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM

http://la.indymedia.org/news/2006/09/177883.php      9/19/2006

make media
archives
chat

Media

[Search]

español
[Translate]

links
donate
sf-active
imc network



picture_283.jpg, image/jpeg, 600x394

The mosolem in attendance at the mosque went outside to see what was happening.

Report this post as: [offtopic] [double post] [advertisement] [hate/insult] [fraud] [b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus *Sunday, Sep. 10, 2006 at 11:39 PM*



picture_040.jpg, image/jpeg, 600x399

Ted Hayes and his followers had a street permis for their protest, but they probably didn't enticipate that t be counter protesters preventing them to protest just in front of the mosque. They had to go accross the s this location, I was told that in the past the racist protestors didn't encounter any counter protesters to cor them.

Report this post as: offtopic | double post | advertisement | hate/insult | fraud | b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_026.jpg, image/jpeg, 600x404

I counted about 60 counter protestors. They came with placards and signs to denouce the racist bigots.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b(

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_091.jpg, image/jpeg, 600x391

Both sides were stongly vocing their discontent.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus *Sunday, Sep. 10, 2006 at 11:39 PM*



picture_203.jpg, image/jpeg, 600x405

All the moslems came outside the mosque to confront the protestors with their stares.

Report this post as: | offtopic | double post | advertisement | hate/insult | fraud | b(

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_324.jpg, image/jpeg, 600x393

There was a lot of media there. Ted Hayes knows a lot about media stunt.

Report this post as: | offtopic | double post | advertisement | hate/insult | fraud | b(

add your comments

## Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_372.jpg, image/jpeg, 600x405

All the moslems came outside the mosque to confront the protestors with their stares.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_401.jpg, image/jpeg, 600x408

CULVER CITY, CALIFORNIA, Sunday, September 10, 2006, At 5 p.m., just after all the police left, Ted H his followers hanged the effigy of Bin Laden in front of a crowd of about 150 people, across the street froi Fahad Mosque.

Report this post as: | offtopic | double post | advertisement | hate/insult | fraud | b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus *Sunday, Sep. 10, 2006 at 11:39 PM*

http://la.indymedia.org/news/2006/09/177883.php                                            9/19/2006



picture_350.jpg, image/jpeg, 410x565

Ted looks crazy on this picture. Is he?

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_117.jpg, image/jpeg, 600x407

As usual, the racists came over to harass the counter protestors.

Report this post as: offtopic | double post | advertisement | hate/insult | fraud | b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_067.jpg, image/jpeg, 600x407

That's the messages that most counter protestors voiced.

Report this post as: offtopic | double post | advertisement | hate/insult | fraud | b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosque, September 10, 2006
by Marcus *Sunday, Sep. 10, 2006 at 11:39 PM*



picture_228.jpg, image/jpeg, 600x410

As usual, the racists came over to harass the counter protestors.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b(

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM

http://la.indymedia.org/news/2006/09/177883.php

9/19/2006



picture_260.jpg, image/jpeg, 600x406

All the moslems came outside the mosque to confront the protestors with their stares.

Report this post as:  [ offtopic ]  [ double post ]  [ advertisement ]  [ hate/insult ]  [ fraud ]  [ b

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus *Sunday, Sep. 10, 2006 at 11:39 PM*



picture_266.jpg, image/jpeg, 600x403

My estimate of the crowd there was about 150.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b

add your comments

## Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM



picture_280.jpg, image/jpeg, 600x406

As usual, the racists came over to harass the counter protestors.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b(

add your comments

# Racists Hang Effigy of Bin Laden Near Mosqu, September 10, 2006
by Marcus Sunday, Sep. 10, 2006 at 11:39 PM

Racists Hang Effigy of Bin Laden Near Mosque : LA IMC



picture_122.jpg, image/jpeg, 600x416

As usual, the racists came over to harass the counter protestors.

Report this post as: [ offtopic ] [ double post ] [ advertisement ] [ hate/insult ] [ fraud ] [ b

add your comments

**LATEST COMMENTS ABOUT THIS ARTICLE**
Listed below are the 10 latest comments of 185 posted about this article.
These comments are anonymously submitted by the website visitors.

| TITLE | AUTHOR | DATE |
|---|---|---|
| Confused | Confused | Monday, Sep. 18, 2006 |
| Tsk Tsk, TW - just because you believe it does not make it so | MadMaxim | Sunday, Sep. 17, 2006 |
| Tsk Tsk, TW you believe - but it is not so. | MadMaxim | Sunday, Sep. 17, 2006 |
| Come step through this door please... | TW | Sunday, Sep. 17, 2006 PM |
| It goes on and on | More on jizraeli terror | Sunday, Sep. 17, 2006 AM |
| Children in the PA | PA | Sunday, Sep. 17, 2006 AM |
| More photo-shopped zionist propaganda | More photo-shopped zionist propaganda | Sunday, Sep. 17, 2006 AM |
| Photo shows gunman amongst Children in the PA | Becky Johnson | Sunday, Sep. 17, 2006 |
| Photo Analysis | Early | Sunday, Sep. 17, 2006 |
| | | Saturday, Sep. 16, 2006 |

http://la.indymedia.org/news/2006/09/177883.php                                                  9/19/2006

If all reporting is                              propaganda                              PM

**IMC Network:** www.indymedia.org **africa:** ambazonia canarias estrecho / madiaq nigeria south africa **canada:** hamilton maritimes montreal ontario c quebec thunder bay vancouver victoria windsor winnipeg **east asia:** burma jakarta japan manila qc **europe:** alacant andorra antwerpen armenia athe barcelona belarus belgium belgrade bristol bulgaria croatia cyprus estrecho / madiaq euskal herria galiza grenoble hungary ireland istanbul italy la pl madrid malta marseille nantes netherlands nice norway oost-vlaanderen paris/île-de-france poland portugal romania russia scotland sverige switzerl thessaloniki toulouse ukraine united kingdom valencia west vlaanderen **latin america:** argentina bolivia brasil chiapas chile chile sur colombia ecuad peru puerto rico qollasuyu rosario santiago tijuana uruguay valparaiso **oceania:** adelaide aotearoa brisbane burma darwin jakarta manila melbourne sydney **south asia:** india mumbai **united states:** arizona arkansas atlanta austin baltimore big muddy binghamton boston buffalo charlottesville chic. cleveland colorado columbus danbury, ct dc hampton roads, va hawaii houston hudson mohawk idaho ithaca kansas city la madison maine miami m milwaukee minneapolis/st. paul new hampshire new jersey new mexico new orleans north carolina north texas nyc oklahoma omaha philadelphia pitt portland richmond rochester rogue valley saint louis san diego san francisco san francisco bay area santa barbara santa cruz, ca seattle tallahassee-tampa bay tennessee urbana-champaign utah vermont virginia beach western mass worcester **west asia:** armenia beirut israel palestine **process:** d fbi/legal updates indymedia faq mailing lists process & imc docs tech volunteer **projects:** print radio satellite tv video **regions:** london, ontario germa united states **topics:** biotech

© 2000-2003 Los Angeles Independent Media Center. Unless otherwise stated by the author, all content is free for non-commercial reuse, reprint, an rebroadcast, on the net and elsewhere. Opinions are those of the contributors and are not necessarily endorsed by the Los Angeles Independent Me Running sf-active v0.9.4 Disclaimer | Privacy