UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PRINCETON HUMMINGWAY,** *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1111 (RMC) |
| ) | |
| **GEORGE W. BUSH,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons set forth in a Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, the Amended Complaint is **DISMISSED**; accordingly, this case will be closed. This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: November 14, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge