# Notice of Appeal to a court of appeals from a Judgment or Order of a District Court

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 06-1111 (RMC)
[filed on 23, June, 2006, Amended
3, November, 2006]

**NOTICE OF APPEAL**

PRINCETON HUMMINGWAY, By Birth:
Sidi Mohammed Bn' Abdul'Rahman El 'Halabi
El 'Kettani [Idrisi Sharif] — US-World Victims,
*et al.*,

*Plaintiffs,*

v.

SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL
SAUD ( Saudi Arabia); PRINCE BANDAR BIN SULTAN,
FORMER AMBASSADOR TO THE UNITED STATES
(Washington, DC); PRINCE TURKI AL-FAISAL,
AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR,
SAUDI EMBASSY'S SPOKESPERSON (Washington, DC);
OMAR BIN MUHAMMAD KUDRI, AMBASSADOR (Unite Nations,
NY) ; ABDELAH ALHARTHI, CONSUL (Saudi Consulate, Los
Angeles); KHALIL A. KHALIL, FOUNDER |SAUDI-
WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN
TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City,
CA); OSMAN (Last Name Unknown) CO-FOUNDER |KFM –
Los Angeles]; TAJUDDIN SHUAIB, DIRECTOR AND IMAM
|KFM – Los Angeles]; USMAN MADHA, SENIOR
ADMINISTRATOR |KFM – Los Angeles, CA]; NISHAR
SIDIQUI, BABA ARAHMAN, ADMINISTRATORS |KFM –
Los Angeles, CA]; MUSTAPHA (Last name Unknown),
SECURITY |KFM – Los Angels, CA|; DR. SAMI AL-
IBRAHIMI, *OFFICIALLY & INDIVIDUALLY*, *et al ,*

**RECEIVED**

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

601 NEW HAMPSHIRE AVE., N.W., WASHINGTON, D.C. 20037
(202) 337-4076 – 2045 SAWTELLE BLVD., LOS ANGELES, CA 90025
(310) 479-6000 -- 10980 W. WASHINGTON BLVD., CULVER CITY, CA
90323  (310) 202-0432

15

*and*

WAHHABI-ALAWI PRINCESSES, SULTAN (KING)
MOHAMMED VI (Rabat Morocco); SULTAN (KING) HASSAN
II (Rabat, Morocco) ; SULTAN (KING) ABD AL-HAFIZ ALAWI
(Fez/Mekness, Morocco); THE EXECUTIVE, LEGISLATIVE
AND JUDICIAL BRANCHES OF THE KINGDOM OF
MOROCCO *OFFICIALLY & INDIVIDUALLY,* et al ,

1601 21st Street, NW, Washington DC 20009   Tel: 1-202-462-7979
Fax: 1-202- 265-0161

*and*

GEORGE [WALKER] BUSH, PRESIDENT OF THE UNITED
STATES, THE BUSH ADMINISTRATION [THE EXECUTIVE,
LEGISLATIVE AND JUDICIAL BRANCHES OF THE
GOVERNMENT OF THE UNITED STATES OF AMERICA,
*OFFICIALLY & INDIVIDUALLY*, , et al ,

The WHITE HOUSE; 1600 PENNSYLVANIA AVENUE, N.W.,
WASHINGTON, DC 20008

*and*

KINGDOM OF SAUDI ARABIA [SAUDI-WAHHABI ROYAL
PRINCESSES], SAUDI ROYAL EMBASSY (Washington, DC) ; SAUDI
PERMANENT MISSION TO THE UNITED NATIONS (New York, NY) ;
SAUDI ROYAL CONSULATE (Los Angeles, CA) ; SAUDI-WAHHABI
ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING
FAHAD MOSQUE (KFM-Culver City, CA) ;  SAUDI ARABIA-
KINGDOM OF MOROCCO [ALAWITE ROYAL PRINCESSES],
ALAWITE ROYAL EMBASSY (Washington, DC), ALAWITE
PERMANENT MISSION TO THE UNITED NATIONS ( New York,
NY) ; SAUDI ARABIA-UNITED STATES OF AMERICA
[THE BUSH ADMINISTRATION], DEPARTMENT OF STATE,
DEPARTMENT OF DEFENSE, DEPARTMENT OF JUSTICE,
CENTRAL INTILLEGENCE AGENCY (CIA), HOMELAD
SECURITY (HS), FEDERAL BUREAU OF INVESTIGATION
(FBI), US-BUSH PERMANENT MISSION  TO THE UNITED
NATIONS , *et al,*

   And does (1-____), inclusive,

                              *Defendants.*

_____

                    PRINCETON  HUMMINGWAY
                    [US-World Victims] , Plaintiffs Pro se

                    3863 Prospect Avenue [Suite # 7}
                    Culver City, CA 90232   (323) 302-4459

                    M/Address,  P.O. Box 341225
                    Los Angeles, CA 90034

16

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Notice is hereby given that Princeton Hummingway, NOB: Sidi Mohammed Bn' Abdul'Rahman El 'Halabi El 'Kettani and US-World Victims, PLAINTIFFS in the above referenced case, *hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an Order of a District Court in a 'Class Action' ENTERED on the 14th day of November, 2006, at Washington, D.C., by United States District Judge Rosemary M. Collyer.

# STATEMENT OF PROCEEDINGS
## [FACTUAL BACKGROUND]

PLAINTIFFS, having on 15, June, 2006, filed a complaint with the United States district court for the District of Columbia alleging that Saudi Arabia [Saudi Royal Embassy (Washington, DC), Saudi Consulate (Los Angeles, CA), Saudi Mosque [King Fahad Mosque] (Culver City, CA)]; Kingdom of Morocco, United States of America, United Kingdom of Great Britain, United States-Government of Israel and United Nations-World Courts, hereinafter referred to as the Defendants, conspired, agreed, aided and abetted, and confederated among and between each other to commit the un-Civilized, Barbaric, Cruel and Inhumane Acts against sovereign nations and peoples, including: **"Crimes Against Plaintiffs, Princeton Hummingway and US-World Victims ['9/11-World Victims'], Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes"** Committed **[within the jurisdiction of the United States and other World Nations]**, in Violation of: ( I ) the Federal

17

Constitution and Domestic Laws of the United States, Islamic Law [i.e., Shari'ah (*sacred law*)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws;  **(II) Grave Violations** of the Charter of the United Nations (UN Charter), the North Atlantic Treaty (NAT), other international treaties, International Law, , the Basic Laws of Other Nations Including the United Kingdom, the Federal Republic of Germany, Turkey, the Netherlands, Hungary, Italy, Spain and other Governments of NATO members and the Federal Republic of Yugoslavia; and  **(III) Grave Violations** of the Universal Declaration of Human Rights (UDHR), the International Covenant on Civil and Political Rights (ICCPR), the International Covenant on Economic, Social and Cultural Rights (ICESCR), the Genocide Convention, and Other International Covenants, Conventions, Treaties, Declarations and Domestic Laws named herein.

PLAINTIFFS, PRINCETON HUMMINGWAY AND US-WORLD VICTIMS, proceeding pro se filed their Complaint ['Class Action Lawsuit'] in this Court on 15, June, 2006.

On 23, June, 2006, the United States District Court for the District of Columbia, Judge Rosemary M. Collyer issued an  **Order** pursuant to Federal Rules of Civil Procedure 8 and 41 (*sua sponte)* dismissing the Plaintiffs' Class Action Lawsuit without prejudice; and **Further Ordered** that Plaintiffs shall have until **24, July, 2006,** to file an **Amended Complaint** that correct the deficiencies addressed in the Order.

On 16, July, 2006, Plaintiffs filed a **Motion for Enlargement of Time** from [24, July, 2006 to 10, September, 2006].

MINUTE ENTRY ORDER, granting [3] Plaintiffs' Motion for Extension of Time to file an amended complaint [ENTERED 07/21/06. (KD)

On 25, August, 2006, Plaintiffs filed a **Second Motion for Extension of Time** from [10, September, 2006 to 10, November, 2006].

MINUTE ENTRY ORDER, granting [4] Plaintiffs' Second Motion for Extension of Time to file First Amended Complaint. [ENTERED 09/05/2006]. (KD)

On 27, October, 2006, Plaintiffs filed their First Amended Complaint in which Plaintiffs Corrected the deficiencies addressed in the Order.

MINUTE ENTRY ORDER, dismissing Plaintiffs' Amended Complaint. [ENTERED 11/14/06], Appendix "A & B" are Attached hereto.

                                    Respectfully submitted,

                                    PRINCETON HUMMINGWAY
                                    US-WORLD VICTIMS
                                    Plaintiffs Pro se

This 22nd day of November, 2006

Enclosures:

# Certificate of Service

The undersigned certifies that on 22nd day of November, 2006, he served an original and one copy of the instant **PLAINTIFFS' NOTICE OF APPEAL** by placing said copy or copies in a postpaid certified envelope addressed to the persons hereinafter named at the place and address stated below, which is the last known address: United States district court for the District of Columbia, Office of the Clerk, [ Nancy Mayer, W., Clerk of Court], United States Courthouse, 333 Constitution Avenue, N.W., {Room 1225], Washington, DC, 20001; Office of the Clerk, United States Court of Appeals for the District of Columbia; the E. Barrett Prettyman United States Courthouse, 333 Constitutional Avenue, N.W. (Room 5423), Washington, D.C. 20001; SULTAN (KING) ABDULLAH BIN ABD AL-AZIZ AL SAUD ( Saudi Arabia); PRINCE BANDAR BIN SULTAN, FORMER AMBASSADOR TO THE UNITED STATES (Washington, DC); PRINCE TURKI AL-FAISAL, AMBASSADOR (Washington, DC); ABDEL-AL JUBEIR, SAUDI EMBASSY'S SPOKESPERSON (Washington, DC); OMAR BIN MUHAMMAD KUDRI, AMBASSADOR (Unite Nations, NY) ; ABDELAH ALHARTHI, CONSUL (Saudi Consulate, Los Angeles); KHALIL A. KHALIL, FOUNDER [SAUDI-WAHHABI ISLAMIC FOUNDATION OF SHAIKH IBN TAIMMIYYAH-KING FAHAD MOSQUE (KFM-Culver City, CA); OSMAN (Last Name Unknown) CO-FOUNDER [KFM – Los Angeles]; TAJUDDIN SHUAIB, DIRECTOR AND IMAM [KFM – Los Angeles]; USMAN MADHA, SENIOR ADMINISTRATOR [KFM – Los Angeles, CA]; NISHAR SIDIQUI, BABA ARAHMAN, ADMINISTRATORS [KFM – Los Angeles, CA]; MUSTAPHA (Last name Unknown), SECURITY [KFM – Los Angels, CA];  DR. SAMI AL-IBRAHIMI, *OFFICIALLY & INDIVIDUALLY*, et al , 601 NEW HAMPSHIRE AVE., N.W., WASHINGTON, D.C. 20037  (202) 337-4076 – 2045 SAWTELLE BLVD., LOS ANGELES, CA 90025 (310) 479-6000  --  10980 W. WASHINGTON BLVD., CULVER CITY, CA 90323 (310) 202-0432 ; WAHHABI-ALAWI PRINCESSES, SULTAN (KING) MOHAMMED VI (Rabat Morocco); SULTAN (KING) HASSAN II (Rabat, Morocco) ; SULTAN (KING) ABD AL-HAFIZ ALAWI (Fez/Mekness, Morocco); THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE KINGDOM OF MOROCCO *OFFICIALLY & INDIVIDUALLY,* et al ,1601 21st Street, NW, Washington DC 20009  Tel: 1-202-462-7979  Fax: 1-202- 265-0161 ; GEORGE [WALKER] BUSH, PRESIDENT OF THE UNITED STATES, THE BUSH ADMINISTRATION [THE EXECUTIVE, LEGISLATIVE AND JUDICIAL BRANCHES OF THE GOVERNMENT OF THE UNITED STATES OF AMERICA, *OFFICIALLY & INDIVIDUALLY*, , et al , The WHITE HOUSE; 1600 PENNSYLVANIA AVENUE, N.W., WASHINGTON, DC 20008

Please return one filed-stamped copy of the *CLASS ACTION LAWSUIT… ["SECOND AMENDED COMPLAINT "]* to me in the enclosed self-addressed, postage paid envelope after filing.

_____
PRINCETON HUMMINGWAY
[US-WORLD VICTIMS]

20

# APPENDICES "A & B"



DCD_ECFNotice@dcd.uscourts.gov
11/14/2006 10:22 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-01111-RMC HUMMINGWAY et al v. BUSH et al "Order"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from KD, entered on 11/14/2006 at 10:22 AM EDT and filed on 11/14/2006

**Case Name:**         HUMMINGWAY et al v. BUSH et al
**Case Number:**       1:06-cv-1111
**Filer:**
**Document Number:**   7

**Docket Text:**
ORDER dismissing Amended Complaint. This case is closed. See Memorandum Opinion and Order for further details. Signed by Judge Rosemary M. Collyer on 11/14/06. (KD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\2006 Civil\06-1111 Hummingway v Bush\final order.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2006] [FileNumber=1269220-0
] [82b13925f15157d57d77e3fc705e68ae2f4c3721c88b86dd9f5b3a2a19a1f221be8
092e725d480f17ac1332b7314d76db8c3338d84f96e7d4c4935004593b607]]

**1:06-cv-1111 Notice will be electronically mailed to:**

**1:06-cv-1111 Notice will be delivered by other means to:**

CITIZENS OF WORLD NATIONS
,

PRINCETON HUMMINGWAY
P.O. Box 341225
Los Angeles, CA 90034

US WORLD VICTIMS
,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PRINCETON HUMMINGWAY, *et al.*, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1111 (RMC) |
| GEORGE W. BUSH, *et al.*, ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in a Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, the Amended Complaint is **DISMISSED**; accordingly, this case will be closed. This is a final appealable order. Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: November 14, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge



DCD_ECFNotice@dcd.uscourts.gov
11/14/2006 10:20 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01111-RMC HUMMINGWAY et al v. BUSH et al "Memorandum & Opinion"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from KD, entered on 11/14/2006 at 10:20 AM EDT and filed on 11/14/2006
**Case Name:**            HUMMINGWAY et al v. BUSH et al
**Case Number:**          1:06-cv-1111
**Filer:**
**Document Number:**      6

**Docket Text:**
MEMORANDUM AND OPINION dismissing Amended Complaint. This case will be closed. Signed by Judge Rosemary M. Collyer on 11/14/06. (KD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\2006 Civil\06-1111 Hummingway v Bush\6-1111 OPINION dismissing amd complaint.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2006] [FileNumber=1269212-0
] [0e2f05eae37c1293a814e841e3daf74fdc7cbb2cdea175d2dd1293d78ce6957d990
3b31783efecb288cfbdb5e29d39b50ce5632a36158648b0c8cb4f48819ac8]]

**1:06-cv-1111 Notice will be electronically mailed to:**

**1:06-cv-1111 Notice will be delivered by other means to:**

CITIZENS OF WORLD NATIONS
,

PRINCETON HUMMINGWAY

P.O. Box 341225
Los Angeles, CA 90034

US WORLD VICTIMS
,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON HUMMINGWAY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1111 (RMC) |
| ) | |
| GEORGE W. BUSH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

On June 15, 2006, Plaintiffs Princeton Hummingway and "Citizens of World Nations," proceeding *pro se*, filed a complaint against a multitude of defendants, including George W. Bush, Tony Blair, Ariel Sharon, Kofi Annan, and numerous other world leaders together with the United States, Iran, Pakistan, Nigeria, Turkey, Egypt, and numerous other countries. The Complaint charged "Crimes Against Humanity, Crimes Against Peace, War Crimes, and Other Criminal Acts and High Crimes in Violation of Islamic Law [i.e., Shari'ah (sacred law)], the Charter of the United Nations, The Principles of the Nuremberg Tribunal (Nuremberg), the Hague Regulations (Hague) and Geneva Conventions (Geneva) and Other International and National Laws." Compl. at 1 (brackets and parentheses in original). It further stated, "this Complaint is presented to end the scourge of war, prevent future violations of fundamental human rights, and hold those responsible of [sic] the crimes alleged accountable for their acts." *Id.* at 476.

Because the Complaint was 491 pages of confused, incomprehensible, and vague

material, the Court found that it was insufficiently clear to put Defendants on notice of the claims against them, even under the liberal "notice pleading" standards of the Federal Rules as relaxed for *pro se* litigants. Order filed June 23, 2006 [Dkt. #2] (citing Fed. R. Civ. P. 8(a), (e)(1) and *Karim-Panahi v. U.S. Congress*, 105 Fed. Appx. 270, 274 (D.C. Cir. 2004) (unpublished)). The Court dismissed the Complaint without prejudice, allowing Plaintiffs to file an amended complaint that would correct the deficiencies pointed out by the Court. *Id*. Plaintiffs twice sought, and twice were granted, additional time to file their amended complaint. Minute Entry Order dated July 21, 2006, and Minute Entry Order dated September 5, 2006. On November 3, 2006, Plaintiffs filed an Amended Complaint.

Federal Rule of Civil Procedure 8 requires that every complaint include "a short and plain statement of the claim showing that the pleader is entitled to relief" and that "each averment of a pleading be simple, concise, and direct." Fed. R. Civ. P. 8(a), (e)(1). Federal Rule of Civil Procedure 41(b) permits the Court to dismiss an action because of the plaintiff's failure to comply with the Federal Rules "or any order of [the] court." Fed. R. Civ. P. 41(b); *Ciralsky v. CIA*, 355 F.3d 661, 669 (D.C. Cir. 2004). Dismissal under Rule 8 "is usually reserved for those cases in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised." *Ciralsky*, 355 F.3d at 670 n.9 (quotations omitted). *Pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).

Much like the original Complaint, the Amended Complaint is vague, confused, and garbled. The Amended Complaint is asserted on behalf of "all concerned Citizens of the world who

seek justice and the truth as to the alleged charges." Am. Compl. at 4. It asserts that the Defendants' actions violated "numerous fundamental human rights laws and the international treaties prohibiting crimes against humanity, genocide war crimes, and crimes against peace . . . U.S. Laws and customary international law, . . . treaties, court decisions, and the United Nations Resolutions." *Id.* at 5. The Amended Complaint alleges:

> This is an action to recover Damages for Crimes Against Humanities . . . World Crimes, and other Criminal Acts and High Crimes, e.g., [Death threats, Torture, Blackmailing, Assassinations, summary execution and kidnaping of political prisoners, suppression and killing of ethnic and religious minorities; cruelty and other corporal punishments, including: arbitrary arrest of both citizens and foreigners, prolonged incommunicado detention without notification of their arrest or trial, flogging, beating and deprivation of sleep during months, and amputations of the hands and limbs, which are systematically imposed by the Oppressive Regimes; Secret military tribunals and summary execution of both citizens and foreigners . . . Crimes against Peace, War Crimes, and other Criminal Acts and High Crimes.]

*Id.* at 6-7 (brackets in original). The Amended Complaint rambles on to describe the stoning of a woman, *id.* at 10-11 & 45-46, a partial transcript of an "interview with Mohammed Al Khilewi, Saudi Ambassador to the United Nations," *id.* at 38-44, and a listing of Mr. Hummingway's family members and the alleged causes of their deaths. *Id.* at 65-66. The Amended Complaint utterly fails to set forth a short and plain statement of any claim showing that Plaintiffs are entitled to relief. It is insufficiently clear to put the Defendants on notice of the claims against them, even under the liberal "notice pleading" standards of the Federal Rules, as it fails to articulate a comprehensible legal or factual basis for relief. *See Karim-Panahi*, 105 Fed. Appx. at 274.

As explained above, pursuant to Federal Rules of Civil Procedure 8 and 41, the

-3-

Amended Complaint will be dismissed[1], and this case will be closed.

Date: November 14, 2006                                /s/
                                               ROSEMARY M. COLLYER
                                               United States District Judge

---

[1] Similar complaints filed by Mr. Hummingway have been dismissed under Rule 8 by other courts in this District. *Hummingway v. United States*, No. 05-1633, Order [Dkt. #4] (D.D.C. Aug. 12, 2005), *aff'd*, No. 05-5351 (D.C. Cir. May 18, 2005); *Hummingway v. United States*, No. 05-1019, Memorandum Opinion [Dkt. #3] (D.D.C. May 19, 2005).

-4-